# In The United States Court of Federal Claims

## Cover Sheet

07-271 L

Plaintiff(s) or Petitioner(s)
(See separate alphabetized list)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark F. (Thor) Hearne, II

Firm Name: Lathrop & Gage L.C.

Post Office Box: N/A

Street Address: 10 South Broadway, Suite 1300

City-State-Zip: St. Louis, Missouri 63102

Telephone & Facsimile Numbers: (314) 613-2522/(314) 613-2550

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0
See attached sheet for three-digit codes.

Amount Claimed: $ 1,000,000 plus
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

LADD, JACK

LADD, JOBETH

LADD, JOHN

LADD, MARIE

LANHAM, GAIL A

LINDSEY, JAMES A.

LINDSEY, MICHAEL A.

LINDSEY, WILLIAM

MILLER, CHARLIE

MILLER, PAULINE

MILLER, RAYMOND