# In the United States Court of Federal Claims

**07-271 L**

**Filed:4/30/2007**

**JACK LADD et al.**

**v.**

**THE UNITED STATES**

**Document** : Exhibits A to G of the complaint is filed in hard copy at the Clerk's office.

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.