**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACK LADD and MARIE LADD, et al., | No. 07-271 L |
| Plaintiffs, | Honorable Robert H. Hodges, Jr. |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Rachel A. Dougan as attorney for the United States of America. Service of all papers by U.S. Mail should be addressed as follows:

Rachel A. Dougan
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

Express deliveries and hand deliveries should be addressed to:

Rachel A. Dougan
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Room 3812
Washington, D.C. 20004

Electronic mail should be addressed to:

Rachel.Dougan@usdoj.gov

Telephone and Facsimile numbers are as follows:

(202) 616-5082 (Tel.)
(202) 305-0506 (Fax)

June 18, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
Attorney
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov