# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, Husband and Wife, JOHN LADD and JOBETH LADD, Husband and Wife, | ) | No. 07-271 L |
| et. al | ) | |
| | ) | Honorable Robert H. Hodges, Jr. |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | | |

## MOTION FOR FILING AMENDED COMPLAINT

COME NOW the Plaintiff and, pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC"), files the Plaintiff's First Amended Complaint. In support whereof the Plaintiff states as follows:

Pursuant to the RCFC, Rule 15 (a), "A party may amend the party's pleading as a matter of course at any time before a responsive pleading is served."

The Defendant has not filed a responsive pleading.

The Plaintiff has advised counsel for the Defendant of the Plaintiff's intention to file this First Amended Complaint.

Counsel for the Defendant stated no objection to Plaintiff's filing of an amended complaint and Defendant stated that Defendant would not file a responsive pleading until

after receiving Plaintiff's Amended Complaint. Counsel for the Defendant also advised Plaintiff that they would likely seek a thirty (30) day extension of time to file a responsive pleading.

Plaintiff had no objection to this thirty (30) day enlargement of time requested by Defendant for the Defendant to file its responsive pleading.

WHEREFORE, the Plaintiff files herewith the Plaintiff's First Amended Complaint together with an amended civil cover sheet. The amended civil cover sheet is the same in all respects as the civil cover sheet originally filed with the exception that the attached list of Plaintiffs includes all those additional Plaintiffs noted in the Plaintiff's Amended Complaint.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: June 27, 2007

By: ______________________

Mark F. Hearne, II
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiffs