# In The United States Court of Federal Claims

FIRST AMENDED

## Cover Sheet

Plaintiff(s) or Petitioner(s)

See separate attached sheet

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark F. (Thor) Hearne

Firm Name: Lathrop & Gage

Post Office Box:

Street Address: 10 South Broadway - Suite 1300

City-State-Zip: St. Louis, MO 63102

Telephone & Facsimile Numbers: 314-613-2522 ofc./314-613-2550 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0 ☐ ☐

See attached sheet for three-digit codes.

Amount Claimed: $ 1,000,000 plus

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Plaintiff's First Amended Comlaint**

**No. 07-271L**

**Plaintiff List**

1. Valentin Castro
2. Joseph Lawrence Heinzl
3. Jack Ladd
4. JoBeth Ladd
5. John Ladd
6. Marie Ladd
7. Gail Lanham
8. James A. Lindsey
9. Michael A. Lindsey
10. William Lindsey
11. Miller Family Trust
12. Charlie Miller
13. Pauline Miller
14. Raymond Miller
15. Singletree Ranch, LLC
16. Tammy Windsor-Brown