37200
DO

SERVICE DATE – JULY 26, 2006

SURFACE TRANSPORTATION BOARD

DECISION AND NOTICE OF INTERIM TRAIL USE OR ABANDONMENT

STB Docket No. AB-1081X

SAN PEDRO RAILROAD OPERATING COMPANY, LLC—ABANDONMENT EXEMPTION—IN COCHISE COUNTY, AZ

Decided: July 25, 2006

By decision served February 3, 2006, the Board, under 49 U.S.C. 10502, exempted from the prior approval requirements of 49 U.S.C. 10903 the abandonment by San Pedro Railroad Operating Company, LLC (SPROC) of approximately 76.2 miles of railroad line in Cochise County, AZ, as follows: (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, a distance of 5.6 miles; and (2) the Douglas Branch (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, a distance of 9.2 miles, (b) between milepost 1055.8 near Charleston and milepost 1097.3 near Paul Spur, a distance of 41.5 miles, and (c) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, a distance of 19.9 miles. The exemption was scheduled to become effective on March 5, 2006, unless an offer of financial assistance (OFA) was filed on or before February 13, 2006.

On February 13, 2006, Sonora-Arizona International LLC (Sonora) timely filed an OFA under 49 U.S.C. 10904 and 49 CFR 1152.27(c) to purchase the line. By decision served on February 17, 2006, the Board, by the Director of the Office of Proceedings, found Sonora to be financially responsible and postponed the effective date of the exemption to permit the OFA process to proceed. Subsequently, on March 17, 2006, Sonora filed a request that the Board set the terms and conditions for the sale of this line. Thereafter, in a decision served on April 13, 2006, the Board set the purchase price for the line at $5,632,644, on the condition that SPROC agree to indemnify Sonora for title defects, and established terms for transfer of the line. In that decision, the Board also directed SPROC to notify Sonora and the Board by April 18, 2006, if it agrees to indemnify Sonora for title defects.

By letter filed on April 21, 2006, SPROC agreed to provide such indemnification and stated that it would include appropriate documentation with the draft purchase and sale agreement that SPROC would provide Sonora. On April 24, 2006, Sonora filed notice that it accepted the Board's terms and conditions, noting that it expected closing on this transaction to take place on or before July 12, 2006. The Board approved the sale and dismissed the petition for exemption, effective on the date the sale was consummated, in a decision served on May 3, 2006.

EXHIBIT
tabbies
A

On July 12, 2006, Sonora filed a notice indicating its withdrawal of its OFA in this proceeding. On July 13, 2006, SPROC filed a letter requesting that the Board vacate the May 3 decision authorizing the sale and authorize SPROC to abandon this line without further delay. On July 20, 2006, SPROC filed a letter indicating its willingness to enter into trail use negotiations previously requested by the Trust for Public Land (the Trust) under section 8(d) of the National Trails System Act, 16 U.S.C. 1247(d) (Trails Act).

When an entity offering to purchase a line later notifies the Board that it is withdrawing its OFA, the Board will serve a decision vacating the decision which postponed the effective date of the decision granting the exemption. See 49 U.S.C. 10904 and 49 CFR 1152.27(g)(2). Accordingly, the OFA process will be terminated, and the May 3 decision will be vacated to permit the prior abandonment authorization for the line subject to the OFA to become effective on the service date of this decision.

As indicated in the February 3, 2006 decision, the Trust submitted a request for issuance of a notice of interim trail use (NITU) for the subject line under the Trails Act, in order to negotiate with SPROC for acquisition of the right-of-way for interim trail use. The Trust at that time also submitted a statement of willingness to assume financial responsibility for the right-of-way and acknowledged that use of the right-of-way is subject to future reconstruction and reactivation for rail service as required under 49 CFR 1152.29. However, because SPROC had not indicated whether it was willing to enter into negotiations, the Board did not issue a NITU in its February 3 decision. Because SPROC has since notified the Board of its willingness to enter into trail use negotiations with the Trust, a 180-day period will now be authorized for the parties to negotiate an interim trail use/rail banking agreement. Moreover, the Trust had simultaneously submitted a request for a public use condition under 49 U.S.C. 10905 for 180 days, which the Board authorized in its February 3 decision. The Board noted that operation of the public use procedures could be delayed, or even foreclosed, by the financial assistance procedures under 49 U.S.C. 10904. Such procedures were subsequently delayed by Sonora's OFA. Because the OFA process will now be terminated, the public use condition and NITU periods will commence with the effective date of this decision.

This decision and notice will not significantly affect either the quality of the human environment or the conservation of energy resources.

It is ordered:

1. This proceeding is reopened.

2. The request for permission to withdraw the OFA is granted and the financial assistance process in this proceeding is terminated.

3. The decision served on February 17, 2006, is vacated to the extent it postponed the effective date of the abandonment exemption to permit the OFA process to proceed.

4. The abandonment exemption will become effective on the service date of this decision and notice, subject to the conditions imposed in the February 3 decision, and subject to the NITU issued in this decision.

5. If an interim trail use/rail banking agreement is reached, it must require the trail user to assume, for the term of the agreement, full responsibility for management of, for any legal liability arising out of the transfer or use of (unless the user is immune from liability, in which case it need only indemnify the railroad against any potential liability), and for the payment of any and all taxes that may be levied or assessed against, the right-of-way.

6. Interim trail use/rail banking is subject to the future restoration of rail service and to the user's continuing to meet the financial obligations for the right-of-way.

7. If interim trail use is implemented, and subsequently the user intends to terminate trail use, it must send the Board a copy of this decision and notice and request that it be vacated on a specified date.

8. If an agreement for interim trail use/rail banking is reached by January 22, 2007, interim trail use may be implemented. If no agreement is reached by that time, SPROC may fully abandon the line, provided the previously imposed conditions are met.

9. This decision and notice is effective on its service date.

By the Board, David M. Konschnik, Director, Office of Proceedings.

Vernon A. Williams
Secretary

37728
DO

SERVICE DATE – FEBRUARY 14, 2007

SURFACE TRANSPORTATION BOARD

DECISION

STB Docket No. AB-1081X

SAN PEDRO RAILROAD OPERATING COMPANY, LLC—ABANDONMENT EXEMPTION—IN COCHISE COUNTY, AZ

Decided: February 12, 2007

By decision served February 3, 2006, the Board, under 49 U.S.C. 10502, exempted from the prior approval requirements of 49 U.S.C. 10903 the abandonment by San Pedro Railroad Operating Company, LLC (SPROC) of approximately 76.2 miles of railroad line in Cochise County, AZ, as follows: (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, a distance of 5.6 miles; and (2) the Douglas Branch (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, a distance of 9.2 miles, (b) between milepost 1055.8 near Charleston and milepost 1097.3 near Paul Spur, a distance of 41.5 miles, and (c) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, a distance of 19.9 miles. The exemption was scheduled to become effective on March 5, 2006, unless an offer of financial assistance (OFA) was filed on or before February 13, 2006.

On February 13, 2006, Sonora-Arizona International LLC (Sonora) timely filed an OFA under 49 U.S.C. 10904 and 49 CFR 1152.27(c) to purchase the line. By decision served on February 17, 2006, the Board, by the Director of the Office of Proceedings, found Sonora to be financially responsible and postponed the effective date of the exemption to permit the OFA process to proceed. Subsequently, on March 17, 2006, Sonora filed a request that the Board set the terms and conditions for the sale of this line. The Board did so in a decision served on April 13, 2006. On April 24, 2006, Sonora filed notice that it accepted the Board's terms and conditions. The Board approved the sale and dismissed the petition for exemption, effective on the date the sale was consummated, in a decision served on May 3, 2006.

On July 12, 2006, Sonora filed a notice indicating its withdrawal of its OFA in this proceeding. On July 13, 2006, SPROC filed a letter requesting that the Board vacate the May 3 decision authorizing the sale and authorize SPROC to abandon this line. On July 20, 2006, SPROC filed a letter indicating its willingness to enter into trail use negotiations previously requested by the Trust for Public Land (the Trust) under the National Trails System Act, 16 U.S.C. 1247(d) (Trails Act). By a decision served on July 26, 2006, the Board reopened the proceeding, granted Sonora permission to withdraw its OFA, terminated the financial assistance process, and vacated the February 17, 2006 decision to the extent it postponed the effective date of the

EXHIBIT
B

abandonment exemption. In the same decision, the Board also imposed a public use condition and issued a notice of interim trail use (NITU) for the subject line under the Trails Act, authorizing the Trust to negotiate an interim trail use/rail banking agreement with SPROC until January 22, 2007.

On January 22, 2007, the Trust filed a request for a 30-day extension of the NITU negotiating period. The Trust states that it and SPROC are in the process of completing negotiations on an option for the Trust's purchase of the portions of the subject right-of-way owned by SPROC in the Douglas Branch as follows: (a) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, and (b) between milepost 1055.8 near Charleston and approximately milepost 1074.3 at the intersection of the rail line with State Highway 92 (subject right-of-way). The Trust states that additional time is needed for the parties to negotiate an option agreement for the property in the subject right-of-way.

According to the Trust, the subject right-of-way will not include portions of the railroad line designated under the original abandonment and NITU filing described as: (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, and (2) portions of the Douglas Branch, specifically (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, and (b) between approximately milepost 1074.3 at the intersection with State Highway 92 and milepost 1097.3 near Paul Spur. According to the Trust, SPROC has indicated that it desires to remove these portions of the right-of-way from continued trail use negotiations.

In a letter filed January 25, 2007, SPROC acknowledged receipt of the Trust's extension request and consented to the extension for those portions of the property in the subject right-of-way identified by the Trust.

On January 29, 2007, SPROC filed a letter stating that it had consummated the abandonment of the line between: (1) milepost 1084.0 and milepost 1097.3 at Paul Spur, (2) milepost 1097.3 at Paul Spur and milepost 1106.5 near Douglas, and (3) milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee.[1]

Where, as here, the carrier has not consummated the abandonment at the end of the previously imposed negotiating period and has indicated its willingness to continue negotiations by requesting an extension, the Board retains jurisdiction and the NITU negotiating period may be extended. Under the circumstances, further extension of the negotiating period is warranted. See Birt v. STB, 90 F.3d 580, 588-90 (D.C. Cir. 1996); Grantwood Village v. Missouri Pac. R.R. Co., 95 F.3d 654, 659 (8th Cir. 1996). Accordingly, the NITU negotiating period will be extended to February 21, 2007.

---

[1] The status of the segment of the right-of-way between milepost 1074.3 at the intersection of the rail line with State Highway 92 and milepost 1084.0 was not mentioned by SPROC in its January 29 letter.

This action will not significantly affect either the quality of the human environment or the conservation of energy resources.

It is ordered:

1. Petitioner's request to extend the NITU negotiating period is granted.

2. The NITU negotiating period is extended until February 21, 2007, for the portion of the line: (a) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, and (b) between milepost 1055.8 near Charleston and approximately milepost 1074.3 at the intersection of the rail line with State Highway 92.

3. This decision is effective on the date of service.

By the Board, David M. Konschnik, Director, Office of Proceedings.

Vernon A. Williams
Secretary

38011
DO

SERVICE DATE – JUNE 8, 2007

SURFACE TRANSPORTATION BOARD

DECISION

STB Docket No. AB-1081X

SAN PEDRO RAILROAD OPERATING COMPANY, LLC—ABANDONMENT EXEMPTION—IN COCHISE COUNTY, AZ

Decided: June 6, 2007

By decision served February 3, 2006, the Board, under 49 U.S.C. 10502, exempted from the prior approval requirements of 49 U.S.C. 10903 the abandonment by San Pedro Railroad Operating Company, LLC (SPROC) of approximately 76.2 miles of railroad line in Cochise County, AZ, as follows: (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, a distance of 5.6 miles; and (2) the Douglas Branch (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, a distance of 9.2 miles, (b) between milepost 1055.8 near Charleston and milepost 1097.3 near Paul Spur, a distance of 41.5 miles, and (c) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, a distance of 19.9 miles. The exemption was scheduled to become effective on March 5, 2006, unless an offer of financial assistance (OFA) was filed on or before February 13, 2006.

On February 13, 2006, Sonora-Arizona International LLC (Sonora) timely filed an OFA to purchase the line but, on July 12, 2006, Sonora filed a notice indicating its withdrawal of the OFA. On July 13, 2006, SPROC filed a letter requesting that the Board vacate the May 3, 2006 decision authorizing the sale and authorize SPROC to abandon this line. On July 20, 2006, SPROC filed a letter indicating its willingness to enter into trail use negotiations previously requested by the Trust for Public Land (the Trust) under the National Trails System Act, 16 U.S.C. 1247(d) (Trails Act). By a decision served on July 26, 2006, the Board reopened the proceeding, granted Sonora permission to withdraw its OFA, terminated the financial assistance process, and vacated the February 17, 2006 decision to the extent it postponed the effective date of the abandonment exemption. In the same decision, the Board also imposed a public use condition and issued a notice of interim trail use (NITU) for the subject line under the Trails Act, authorizing the Trust to negotiate an interim trail use/rail banking agreement with SPROC until January 22, 2007.

On January 22, 2007, the Trust filed a request for a 30-day extension of the NITU negotiating period. In a letter filed January 25, 2007, SPROC consented to the extension but

EXHIBIT
tabbies
C

only for those portions of the line between mileposts 1040.15 and 1074.3.[1] By decision served on February 14, 2007, an extension was granted until February 21, 2007.

On January 29, 2007, SPROC filed a letter stating that it had consummated the abandonment of the line between: (1) milepost 1084.0 and milepost 1097.3 at Paul Spur, (2) milepost 1097.3 at Paul Spur and milepost 1106.5 near Douglas, and (3) milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee.

On May 11, 2007, SPROC filed a request to postpone for one year, until July 26, 2008, the deadline to consummate abandonment of the remaining portion of the line (from milepost 1040.15 near Curtiss to milepost 1084.0).[2] SPROC states that the extension is needed to arrange for the ultimate disposition of the underlying right-of-way. SPROC has shown good cause to extend the time to consummate the remainder of the abandonment and for filing a notice of consummation in this proceeding. Accordingly, the request will be granted.

This action will not significantly affect either the quality of the human environment or the conservation of energy resources.

It is ordered:

1. SPROC's request for an extension of time to exercise the abandonment authority for that portion of the line from milepost 1040.15 near Curtiss to milepost 1084.0 is granted.

2. The authority to abandon must be exercised, and the notice of consummation must be filed, on or before July 26, 2008.

3. This decision is effective on its service date.

By the Board, David M. Konschnik, Director, Office of Proceedings.

Vernon A. Williams
Secretary

---

[1] The status of the segment of the right-of-way between milepost 1074.3 at the intersection of the rail line with State Highway 92 and milepost 1084.0 was not mentioned by SPROC in its January 29 letter.

[2] Under 49 CFR 1152.29(e)(2), a railroad may, for good cause shown, file a request for an extension of time to file a notice of consummation in abandonment proceedings.

R



(4—405 a.)

# THE UNITED STATES OF AMERICA,

**To all to whom these presents shall come, Greeting:**

Homestead Certificate No. 1287
Application 4191

**Whereas** There has been deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE OF THE REGISTER OF THE LAND OFFICE at Tucson, Arizona, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Ella M. Fike has been established and duly consummated, in conformity to law, for the North West quarter of Section thirteen in Township twenty four South of Range twenty three East of Gila and Salt River Meridian in Arizona, containing one hundred and sixty acres

according to the OFFICIAL PLAT of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL:

**Now know ye,** That there is, therefore, granted by the United States unto the said Ella M. Fike the tract of Land above described: **To have and to hold** the said tract of Land, with the appurtenances thereof, unto the said Ella M. Fike and to her heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. And there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

**In testimony whereof** I, Theodore Roosevelt, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the seal of the GENERAL LAND OFFICE to be hereunto affixed.

GIVEN under my hand, at the CITY OF WASHINGTON, the Fourth day of December, in the year of our Lord one thousand nine hundred and three, and of the Independence of the United States the one hundred and twenty eighth.

BY THE PRESIDENT: T. Roosevelt

By F. M. McKean, Secretary,

Recorded Arizona, Vol. 3, Page [illegible] C. H. Brush, Recorder of the Gen[eral Land Office.]

EXHIBIT
tabbies
D

N.

Ella M. Fike,
Naco,
Arizona

6441

Fee ______

| Indexed | Compared To | Copied | Blotted |
| --- | --- | --- | --- |
| ✓ | COMPARED | PHOTOSTAT | ✓ |

STATE OF ARIZONA, } ss.
County of Cochise. }
I hereby certify that the within instrument was filed and recorded at request of
PIONEER ABSTRACT Co
BISBEE, ARIZ.
AUG 20 1948 9 00 AM M
in Book DOCKET 12
on Page 316
Witness my hand and Official Seal the day and year aforesaid.
P. W. Newbury,
County Recorder
By P. W. Newbury
Deputy Recorder

U. S. Land Office, Tucson, Arizona
FILED ...
DEC 13 1909
M. R. Moore




tabbies®

EXHIBIT

E

# Warranty Deed

KNOW ALL MEN BY THESE PRESENTS:

That ETOILE F. PARKER, a widow,

of the City of Bisbee, Arizona, for and in consideration of the sum of Ten and no/100 - - - - - - - - - - - - - ($10.00) DOLLARS to her in hand paid by William Lindsey, Howard Lindsey and Helen Lindsey, his wife, has granted, sold and conveyed, and by these presents does grant, sell and convey unto the said William Lindsey, a single man, and Howard Lindsey and Helen Lindsey, his wife, all that certain premises described as follows, viz:

Lots One and Two, in Section Eleven, and the Southwest Quarter of the Northwest Quarter of Section Twelve, Township Twenty-one South, Range Twenty-one East, of the Gila and Salt River Base and Meridian, Cochise County, State of Arizona.

TO HAVE AND TO HOLD the above described premises, together with all and singular the right and appurtenances thereto in anywise belonging unto the said William Lindsey, a single man, Howard Lindsey and Helen Lindsey, his wife, and their heirs and assigns forever.

And I hereby bind myself and my heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto the said William Lindsey, a single man, Howard Lindsey and Helen Lindsey, his wife, and their heirs and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

WITNESS my hand this 12th day of February, A. D. 1962.

Signed and Sealed in the presence of (WHEN MARK IS USED)

Etoile F. Parker (SEAL)

(SEAL)

(SEAL)

(SEAL)



DOCKET 294/451
RECORDED 2-20-1962

EXHIBIT
F

NOV 13 2002

FEE # 021136305
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
11/13/02 1
REQUEST OF
ANDERSON, NANCY L
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 2

NANCY L. ANDERSON, LLC
6700 N. Oracle Rd Ste. 242
Tucson, Arizona 85704

# QUITCLAIM DEED

A.R.S. 11-1134 B.8 EXEMPTION FROM AFFIDAVIT OF VALUE

For the consideration of One and 00/100 Dollar, and other valuable considerations, James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994, the Grantor, does hereby quitclaim to Michael A. Lindsey, Gail A. Lanham and James A. Lindsey, each as to an undivided one-third (1/3) interest, the Grantees, all right, title and interest in the following described property known as the San Pedro River Parcel situated in Cochise County, Arizona:

LEGALLY DESCRIBED ON EXHIBIT A ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

EXECUTED october 30, 2002

James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994

STATE OF ARIZONA )
)ss.
COUNTY OF PIMA )

On october 30, 2002, before me, the undersigned Notary Public, personally appeared James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994, personally known to me OR proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his capacity as Successor Trustee.

WITNESS my hand and official seal.

OFFICIAL SEAL
NANCY L. ANDERSON
NOTARY PUBLIC - STATE OF ARIZONA
PIMA COUNTY
My Comm. Expires Sept. 30, 2004

Nancy L. Anderson
Notary Public in and for said State

(SEAL)

021136305

**EXHIBIT A**
**LEGAL DESCRIPTION**

**San Pedro River Parcel**
Deeded Acreage
Township 21 South, Range 21 East
Section 11: Lots 1 and 2
Section 12: SW ¼ NW¼

All of the above is in the Gila and Salt River Base and Meridian, Cochise County, Arizona.

021136305


USA
ARIZ
SPRR
BOQUILLAS
LAND
CHARLESTON
ROAD
AZ
MAP 24
MAP 28

EXHIBIT

G

FEE # 991031019
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
99/10/13 1
REQUEST OF
FIDELITY NATIONAL TITLE
CHRISTINE RHODES-RECORDER
FEE 11.00 PAGES 2

When Recorded Mail To:

Mr. and Mrs. Charles R. Miller
PO Box 613
Naco, AZ 85620

Escrow No. 20[illegible]-KW

## WARRANTY DEED

For the consideration of Ten and 00/100 Dollars, and other valuable consideration, I or we,

Naco Industrial Park, L.L.C., an Arizona Limited Liability Company

the GRANTORS do hereby convey to

[illegible] Charles Raymond Miller and Pauline, Trustees of the Revocable Trust dated June 11, 1986 MILLER
BENEFICIARIES OF THE TRUST PURSUANT TO ARS 33-401 ARE AS FOLLOWS:
the GRANTEES CHARLES RAYMOND MILLER AND PAULINE MILLER P.O. BOX 613 NACO, AZ 85620
the following described real property situated in Cochise County, Arizona:
SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO: Current taxes, assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions and restrictions as may appear of record.

And the Grantor(s) do(es) warrant the title against all persons whomsoever, subject to the matters above set forth.

DATED: August 24, 1999

STATE OF ARIZONA
COUNTY OF COCHISE
This instrument was acknowledged before me this 26TH day of AUGUST 1999
by CHARLES M. SOTELO, MEMBER AND TOM BROCK, MEMBER OF THE NACO INDUSTRIAL PARK DEVELOPMENT L.L.C., an Arizona Limited Liability Company
Signature [signature]
Notary Public
My Commission Expires: [illegible]

Naco Industrial Park, L.L.C., an Arizona Limited Liability Company

By: CHARLES M. SOTELO, MEMBER
[signature]
TOM BROCK, MEMBER

FNTA (Rev. 8/98) WARRANTY DEED

991031019

Order No. 201181-KW

# EXHIBIT "ONE"

PARCEL I:

All that portion of the Northwest quarter of Section 15, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Northwesterly of the Northwesterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995 in Instrument No. 9502-02806, records of Cochise County, Arizona.

PARCEL II:

All that portion of the Northeast quarter of Section 15, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Southeasterly of the Southeasterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995, in Instrument No 9502-02806, records of Cochise County, Arizona.

PARCEL III:

All that portion of the Southeast quarter of the Southeast quarter of Section 10, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Southeasterly of the Southeasterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995, in Instrument No. 9502-02806, records of Cochise County, Arizona.

FEE # 000411149
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
00/04/20 3
REQUEST OF
STIGLER, TRACY
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 1

And when recorded mail this deed and unless otherwise shown below, mail tax statements to:

Name: MR. & MRS. RAYMOND MILLER
Address: P.O. BOX 613
City State Zip: NACO, ARIZONA 85620

-----SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN #

# QUITCLAIM DEED

The undersigned declares that the documentary transfer tax is $..0.. and is
__ computed on the full value of the interest or property conveyed, or is
__ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale
The land, tenements or realty is located in
__ unincorporated area X, city of NACO

FOR A VALUABLE CONSIDERATION, receipt of which hereby acknowledged.

CHARLES RAYMOND MILLER and PAULINE MILLER, husband and wife as community property with right of survivorship.

do hereby remise, release and forever quitclaim to

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees of the RAYMOND MILLER AND PAULINE MILLER LIVING TRUST DATED March 29, 2000

All of their interest in the following described real property in the County of COCHISE State of Arizona:

> **By metes and bounds – beginning at the southwest corner of the southwest quarter of the southeast quarter, thence north along the half section line 3,566.3 feet, thence east 849.5 feet, thence south 3,566.3 feet, thence along the south line of said section 849.5 feet to a point of beginning, Section 14, township 24 South, Range 24 East, Salt River Meridian and Base, consisting of 69.549 acres.**

SUBJECT TO: ALL LIENS, TAXES, ENCUMBRANCES, RESTRICTIONS, COVENANTS, AND RESERVATIONS IN STATE AND FEDERAL PATENTS, OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF COCHISE COUNTY, ARIZONA.

Exempt per A.R.S. § 11-1134 B(8)

DATED this April 20, 2000

C. Raymond Miller
CHARLES RAYMOND MILLER

Pauline Miller
PAULINE MILLER

State of Arizona )
County of )

On 4/20, 2000 before me, Patricia J. Gee, the undersigned, a Notary Public in and for said State, personally appeared CHARLES RAYMOND MILLER AND PAULINE MILLER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument. WITNESS my hand and official seal

Signature Patricia J. Gee

SEAL
A. J. GEE
ARIZONA
COUNTY

000411149

FEE # 000411150
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
00/04/20 3
REQUEST OF
STIGLER, TRACY
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 2

And when recorded mail this deed and unless otherwise shown below, mail tax statements to:

Name: MR. & MRS. RAYMOND MILLER
Address: P.O. BOX 613
City State Zip: NACO, ARIZONA 85620

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN #

# QUITCLAIM DEED

The undersigned declares that the documentary transfer tax is $..0.. and is
__ computed on the full value of the interest or property conveyed, or is
__ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
The land, tenements or realty is located in
__ unincorporated area X city of NACO

FOR A VALUABLE CONSIDERATION, receipt of which hereby acknowledged,

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees under that Revocable Trust dated June 11, 1986,

do hereby remise, release and forever quitclaim to

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees of the RAYMOND MILLER AND PAULINE MILLER LIVING TRUST DATED March 29, 2000

the following described real property in the County of COCHISE State of Arizona:

SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF.

Parcel Identification: 102-36-007A 1

SUBJECT TO: ALL LIENS, TAXES, ENCUMBRANCES, RESTRICTIONS, COVENANTS, AND RESERVATIONS IN STATE AND FEDERAL PATENTS, OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF COCHISE COUNTY, ARIZONA.

Exempt per A.R.S. § 11-1134 B(8)

DATED this April 20, 2000

C. Raymond Miller
CHARLES RAYMOND MILLER

Pauline Miller
PAULINE MILLER

State of Arizona )
County of )

On 4/20, 2000 before me, Patricia J Gee the undersigned, a Notary Public in and for said State, personally appeared CHARLES RAYMOND MILLER AND PAULINE MILLER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument. WITNESS my hand and official seal.

Signature Patricia J Gee

OFFICIAL SEAL
PATRICIA J. GEE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Exp. ... 30, 2003

000411150

EXHIBIT "ONE"

IN NW S OF SPRR BY M/B BEG AT SW COR OF NW4 N 780.32' N 68DEG 46MIN E 2832.2' S 1806.5' W 2636.04' TO BEG 78.257AC SEC 15 S2 SEC 15 320AC; LOTS 3, 4 IN NWLESS S 60' & LOTS 1, 2 IN NE LESS S 60' 91.98AC SEC 22 24 24;

IN NW 4 BY M&B BEG 1089' S OF NWCOR OF NW4 S 1551' E 2635.55' N 2640' W 1835.05' S 1089' W 800' TO BEG 134.715AC IN SEC 14 24 24, SW OF SEC 14 24 24 160AC; 294.71AC;

LOTS 3, 4 IN NW LESS S 60' OF SEC 23 24 24 46.119AC

Undivided one-half (1/2) interest in and to the following described property:

IN NW4 BY M&B BEG 272.25' E OF NW COR OF NW4 E 2367.75' S 2640' W 264[illegible] N 1840' E 272.25' N 800' TO BEG 155AC; NE LESS 11.136AC SPRR R/W 148.789AC; SWLESS 13.004AC SPRR R/W 146.931AC; SE LESS 1.854AC SPRRR/W 158.081AC ALL IN SEC 16; LOTS 1, 2, 3, 4 IN N2 LESS S 60' 92.050AC SEC 21 ALL IN T 24 R 24 700.851AC;

SW LESS 12.199AC SPRR R/W & LESS 3.80AC TO COUNTY 143.972AC SEC 17; SE LESS 12.563AC SPRR R/W 147.408AC SEC 17; LOTS 1, 2, 3, 4 IN N2 LESS S60' 92.208AC SEC 20 ALL IN T24 R24 TOTAL 383.59AC;

W2 NE & W2 SE SEC 6 24 24 TOTAL 160.00AC;

E2NW & E2 & NESW 440AC SEC 1 24 23 NW & NWSW & E2SW 289AC SEC 6 E2NW & W2NE & NWSE & NESW 240AC SEC 7 ALL IN T24 R24 960AC.

FEE # 860816356
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
03/01/86 10
REQUEST OF
[illegible], DUSHAN S
CHRISTINE RHODES-RECORDER
FEE : 11.00 PAGES : 2

QUIT CLAIM DEED

For the consideration of Ten Dollars ($10.00) and other good and valuable consideration, we, CHARLES RAYMOND MILLER and PAULINE MILLER, husband and wife, herewith and hereby remise, release and quit-claim unto CHARLES RAYMOND MILLER and PAULINE MILLER, his wife, as Trustees under at Revocable Trust dated June 11, 1986, all right, title, interest, claim, lien or demand whatsoever in and to the following real property situated in the County of Cochise, State of Arizona, being more particularly described as follows:

IN NW S OF SPRR BY M/B BEG AT SW COR OF NW4 N 780.32' N 68DEG 46MIN E 2832.2' S 1806.5' W 2636.04' TO BEG 78.257AC SEC 15 S2 SEC 15 320AC; LOTS 3, 4 IN NWLESS S 60' & LOTS 1, 2 IN NE LESS S 60' 91.98AC SEC 22 24 24;

IN NW 4 BY M&B BEG 1089' S OF NWCOR OF NW4 S 1551' E 2635.55' N 2640' W 1835.05' S 1089' W 800' TO BEG 134.715AC IN SEC 14 24 24; SW OF SEC 14 24 24 160AC; 294.71AC;

LOTS 3, 4 IN NW LESS S 60' OF SEC 23 24 24 46.119AC

Undivided one-half (1/2) interest in and to the following described property:

IN NW4 BY M&B BEG 272.25' E OF NW COR OF NW4 E 2367.75' S 2640' W 2640' N 1840' E 272.25' N 800' TO BEG 155AC; NE LESS 11.136AC SPRR R/W 148.789AC; SWLESS 13.004AC SPRR R/W 146.931AC; SE LESS 1.854AC SPRRR/W 158.081AC ALL IN SEC 16; LOTS 1, 2, 3, 4 IN N2 LESS S 60' 92.050AC SEC 21 ALL IN T 24 R24 700.851AC;

SW LESS 12.199AC SPRR R/W & LESS 3.80AC TO COUNTY 143.972AC SEC 17; SE LESS 12.563AC SPRR R/W 147.408AC SEC 17; LOTS 1, 2, 3, 4 IN N2 LESS S60' 92.208AC SEC 20 ALL IN T24 R24 TOTAL 383.59AC;

W2 NE & W2 SE SEC 6 24 24 TOTAL 160.00AC;

E2NW & E2 & NESW 440AC SEC 1 24 23 NW & NWSW & E2SW 289AC SEC 6 E2NW & W2NE & NWSE & NESW 240AC SEC 7 ALL IN T24 R 24 960AC.

860816356

[illegible], DUSHAN S
BOX 430
BISBEE AZ, 85603

860816356

TO HAVE AND TO HOL unto the said CHARLES RAYMOND MILLER and PAULINE MILLER, his wife, as Trustees under that Revocable Trust dated June 11, 1986, their heirs and assigns forever.

DATED this 29th day of July, 1986.

CHARLES RAYMOND MILLER

PAULINE MILLER

STATE OF ARIZONA )
: ss.
COUNTY OF COCHISE )

The foregoing deed was acknowledged before me this 29th day of July, 1986, by CHARLES RAYMOND MILLER and PAULINE MILLER, his wife.

Notary Public

My commission expires:
August 3, 1987



860816350