At the request of:

Gary W. Ramaeker, P.C.
25 El Camino Real, Suite One
Sierra Vista, Arizona 85635

When recorded mail to the above.

FEE # 060100088
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/03/06 12
REQUEST OF
RAMAEKER, GARY W
CHRISTINE RHODES RECORDER
FEE : 10.00 PAGES : 4

Exemption A.R.S. § 11-1134 B-8

# QUIT CLAIM DEED

For the consideration of Ten Dollars, and other valuable consideration, VICTORIA KELSEY, an unmarried woman, does hereby quit-claim to VALENTIN CASTRO III or DEBORAH ANN CASTRO, TRUSTEES OF THE VALENTIN CASTRO III & DEBORAH ANN CASTRO REVOCABLE LIVING TRUST, DATED NOVEMBER 4, 1999, the following real property situated in Cochise County, Arizona:

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

DATED this 28 day of DECEMBER, 2005.

[signature]
VICTORIA KELSEY

Trust Beneficiaries:
Valentin Castro III and Deborah Ann Castro
76 N. Ten Pond Place
Sierra Vista, AZ 85635

THIS DEED IS BEING RE-RECORDED FOR THE SOLE PURPOSE OF CORRECTING THE ORDER OF RECORDING.

STATE OF ARIZONA )
) ss.
County of Cochise )

This instrument was acknowledged before me this 28 day of December, 2005, by VICTORIA KELSEY.

[signature]
Notary Public

My Commission Expires:

OFFICIAL SEAL
DEBRA L. CERINO
Notary Public-Arizona
COCHISE COUNTY
My Comm. Exp. 10/18/2008

060103689

060100088

EXHIBIT
I

JOINT TENANCY
ACCEPTED BY:

VALENTIN CASTRO III

DEBORAH ANN CASTRO

STATE OF ARIZONA )
) ss.
County of Cochise )

This instrument was acknowledged before me this 28 day of December, 2005, by VALENTIN CASTRO III and DEBORAH ANN CASTRO.

Notary Public

My Commission Expires:

OFFICIAL SEAL
DEBRA L. CIMINO
Notary Public-Arizona
COCHISE COUNTY
My Comm Exp 10/19/2008

FEE # 060103689
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/30/06 3
REQUEST OF
RAMAEKER, GARY W
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 4

Exhibit A

PARCEL I

All that portion of the following described parcel of land lying Easterly of the center line of the San Pedro River as said River existed on January 26, 1982:

That portion of the South half of the Southwest quarter of SECTION 18, and the Northeast quarter of the Northwest quarter of SECTION 19, all in TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the Southwest corner of the said Southwest quarter of SECTION 18;
THENCE North along the West line of the Southwest quarter, a distance of 133.04 feet;
THENCE North 89° 47' East, a distance of 1067.70 feet to the Northwest corner of a parcel of land described in Deed recorded in Docket 672, page 73 and the TRUE POINT OF BEGINNING;
THENCE North 00° 13' West, a distance of 365.92 feet to a point of intersection with the Easterly extension of the South line of a parcel of land described in Deed recorded in Docket 465, page 50;
THENCE South 89° 47' West, a distance of 40.00 feet to the Southeast corner of the said parcel described in Deed recorded in Docket 465, page 50;
THENCE North 00° 13' West, a distance of 196.04 feet to the South line of a parcel of land described in Docket 408, page 416;
THENCE South 89° 46' East along the South line of said parcel described in Deed recorded in Docket 408, page 416, a distance of 325.03 feet to the Southeast corner thereof;
THENCE North 00° 14' West along the East line of said parcel described in Docket 408, page 416, a distance of 225.00 feet to the Southeast corner of a parcel of land described in Docket 341, page 201;
THENCE North 00° 14' West along the said parcel described in Docket 341, page 201, a distance of 225.00 feet to a point on the South line of a parcel of land described in Deed recorded in Docket 362, page 256;
THENCE North 89° 46' East along the South line of the said parcel described in Docket 362, page 256, a distance of 586.75 feet to the West boundary line of the Southern Pacific Transportation Company right-of-way;
THENCE North 27° 02' West along said railroad right-of-way, a distance of 195.18 feet to the North line of the South half of the Southwest quarter of SECTION 18;
THENCE North 89° 46' East along the North line of the said South half of the Southwest quarter, a distance of 591.00 feet, more or less, to the Northeast corner of the South half of the Southwest quarter of SECTION 18;
THENCE South 00° 12' East, a distance of 1320.00 feet to the South quarter corner of SECTION 18;
THENCE South 00° 12' East along the East line of the Northeast quarter of the Northwest quarter of SECTION 19, a distance of 447.71 feet to the North boundary of a parcel of land described in Docket 287, page 417;
THENCE South 89° 47' West along the North line of the said parcel described in Deed recorded in Docket 287, page 417, a distance of 65.08 feet to the Easterly boundary of a parcel of land described in Deed recorded in Docket 672, page 73;
THENCE North 36° 30' West along the Easterly boundary of said parcel described in Deed recorded in Docket 672, page 73, a distance of 723.02 feet;
THENCE South 89° 47' West along the North line of the said parcel in Deed recorded in Docket 672, page 73, a distance of 900.00 feet to the TRUE POINT OF BEGINNING.

EXCEPTING therefrom any portion of the undefined 20.00 foot ditch as conveyed by Deed recorded in Book 83, Deeds of Real Estate, page 1 and modified by Agreement recorded in Book 35, Miscellaneous Records, page 328; and

EXCEPT a 100.00 foot strip of land conveyed to the Southern Pacific Transportation Company by Deed recorded in Book 53, Deeds of Real Estate, page 232; and

EXCEPT the following described parcel of land:

BEGINNING at a steel pipe located at the intersection of the North line of the Southeast quarter of SECTION 18, TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian,

060103689 ~~080100033~~ ~~051041779~~

Cochise County, Arizona, and the West line of the 100.00 foot right-of-way of the Southern Pacific Railroad;
THENCE Southeasterly along said right-of-way line, a distance of 185.18 feet from said pin to the point of intersection with the Northeast corner of a portion of the Carl Wolff Property, West of the Southern Pacific Railroad, the TRUE POINT OF BEGINNING;
THENCE Southeasterly along the West line of said Southern Pacific Railroad right-of-way line, a distance of 85.00 feet, more or less, to the Northeast corner of said tract;
THENCE Southwesterly, South 23° 46' West, parallel to the aquaduct and 50.00 feet therefrom a distance of 160.00 feet, more or less, to the Southeast corner of the pump site tract;
THENCE Westerly, North 66° 44' at right angle to the aquaduct, a distance of 100.00 feet to the Southeast corner of said tract;
THENCE Northeasterly, North 23° 46' East, parallel to the aquaduct and 50.00 feet distance therefrom, a distance of 195.00 feet, more or less, to the North property line of the Carl Wolff Property;
THENCE Easterly, North 89° 46' East along said property line, a distance of 37.00 feet, more or less, to the TRUE POINT OF BEGINNING; and

EXCEPT a one-half interest in all mineral rights as reserved in Deed recorded in Document No. 8509-18427, records of Cochise County, Arizona.

PARCEL II

An easement for ingress, egress and utilities over that portion of the South half of the Southwest quarter of SECTION 18, TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at a point which is North 920.00 feet and East 770.00 feet of the Southwest corner of Lot 4 of said SECTION 18;
THENCE East, a distance of 580.00 feet to a point on the West line of Parcel I above;
THENCE South, along said West line, a distance of 50.00 feet;
THENCE West, a distance of 580.00 feet to a point on the East line of that parcel of land conveyed in Docket 768, page 580;
THENCE North, along said East line, a distance of 50.00 feet to the POINT OF BEGINNING.

060103589 060100086 051041229

FEE # 010100416
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/01/05 3
REQUEST OF
GADARIAN, GREGORY V
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 2

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Law Office of Gregory V. Gadarian
2200 East River Road, Suite 123
Tucson, Arizona 85718

Recording Data:

**MAIL TAX STATEMENTS TO:**

Singletree Ranch, L.L.C.
c/o John S. Gay and Mary E. Gay
1241 Calle De La Plaza
Sahuarita, Arizona 85629

# GIFT DEED

We, John S. Gay and Mary E. Gay, husband and wife, hereby give and quit-claim to

**SINGLETREE RANCH, L.L.C.**, an Arizona limited liability company,

any and all right, title, or interest we may have in the real property located in Cochise County, Arizona, described as follows:

> **The West half of the Southwest quarter of Section 17; the Southeast quarter, and the Southwest quarter of the Northeast quarter of Section 18; all in Township 18 South, Range 21 East of the Gila and Salt River Base Meridian, Cochise County, Arizona.**

Subject to: current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record or otherwise.

J:APPLEBY Singletree LLC Gift Deed.wpd

010100416

EXHIBIT
tabbies
J

The Affidavit and fee required under A.R.S. § 11-1132 and 1133 do not apply to this transfer because the transfer is exempt under A.R.S. § 11-1134 A 7.

DATED: December 28, 2000.

John S. Gay
John S .Gay

Mary E. Gay
Mary E. Gay

STATE OF ARIZONA )
: ss.
County of Pima )

SUBSCRIBED, SWORN TO and ACKNOWLEDGED before me this 28th day of December, 2000, by John S .Gay and Mary E. Gay.

OFFICIAL SEAL
G V. GADARIAN
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Expires July 28, 2002

G V Gadarian
Notary Public

My Commission Expires:



U:\APPS\LRY\Sapphire LLC Gift Deed.wpd

021600416

FEE # 990722817
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
99/07/23 12
REQUEST OF
PIONEER TITLE AGENCY
CHRISTINE RHODES-RECORDER
FEE : 12.00 PAGES : 2

at the request of Pioneer Title Agency, Inc.
when recorded mail to
JOE LAWRENCE HEINZL
P.O. BOX 522
TOMBSTONE, AZ 85638

00150177-LB

# WARRANTY DEED

For the consideration of Ten Dollars, and other valuable consideration, I or we,

**ROBERT D. WALKER and SUE G. WALKER, husband and wife**

do/does hereby convey to

**JOE LAWRENCE HEINZL, a single man**

the following real property situated in COCHISE County, Arizona:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

The Grantor warrants the title against all persons whomsoever

DATED this JULY 21, 1999

*Robert D. Walker*
ROBERT D. WALKER

*Sue G. Walker*
SUE G. WALKER

State of Arizona } ss
County of COCHISE

This instrument was acknowledged before me this *22* day of *July*, 19*99* by ROBERT D. WALKER and SUE G. WALKER

OFFICIAL SEAL
LEE BREWER
NOTARY PUBLIC - ARIZONA
COCHISE COUNTY
My Comm. Expires Oct. 7, 2001

Notary Public

My commission will expire______

State of Arizona } ss
County of COCHISE

This instrument was acknowledged before me this ____ day of ________, 19___ by

Notary Public

My commission will expire______

990722817

EXHIBIT
K

Exhibit A

PTA No. 150177

That portion of the South half of the Southwest quarter of Section 18, Township 21 South, Range 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNIN at a point on the North boundary of Lot 4 of said Section 18, which is South 89° 46' East, a distance of 720.00 feet from the West boundary of said Section 18;

thence North 89° 46' East along the North boundary of the South half of the Southwest quarter of said Section 18, a distance of 1,130.95 feet to a point on the Southwesterly boundary of the Southern Pacific Company right-of-way;

thence South 27° 02' East along the Southwesterly boundary of said Southern Pacific Company right-of-way, a distance of 195.18 feet;

thence South 89° 46' West, a distance of 1,217.55 feet;

thence North 175.00 feet to the POINT OF BEGINNING;

EXCEPT a 20.00 foot strip of land as conveyed by instrument recorded in Book 83, Deeds of Real Estate, page 1, and modified by instrument recorded in Book 35, Miscellaneous Records, page 328.

990722517

Please mail to Quentin H. Miller Rt 1 Box 180 St. David Az, 85630

OCT 22 1993

963/71

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That STEPHANIE KLOEPPEL, Successor Personal Representative of the Estate of KASPER J. EDER, Deceased, of 1509 Freemont, Thermopolis, Wyoming 82443, and BRENT BLACKWELDER, 3517 Rodham Street N.W., Washington, D.C. 20008, SHIRLEY EATON, 6508 Yadkin Court, Alexandria, Virginia 22310, C. RODNEY EATON, P.O. Box 108, 15 Lakeside Avenue, Silver Lake, New York 14549, BLAKE BLACKWELDER, 3022 Tilden, Houston, Texas 77025, and BRION BLACKWELDER, 1533 Adams Street, Hollywood, Florida 33020, the heirs and devisees of CLARA ANN EDER, Deceased, in Cochise County, Arizona Probate No. 88-00287, for and in consideration of the sum of TEN ($10.00) DOLLARS to QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, in hand paid by QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, have granted, sold and conveyed, and by these presents do grant, sell and convey unto QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, all that certain premises described as follows:

COUNTY OF COCHISE ARIZONA

FEE # 931028778
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
10/22/93 3
REQUEST OF
PIONEER TITLE AGENCY
CHRISTINE RHODES-RECORDER
FEE : 12.00 PAGES : 5

931028778

EXHIBIT L

PARCEL I:

That portion of the Northwest quarter of the Northeast quarter (NW 1/4 NE 1/4) of Section Eighteen (18), Township Eighteen (18) South, Range Twenty-one East of the Gila and Salt River Base and Meridian, in the County of Cochise, State of Arizona, particularly described as follows:

BEGINNING at a point 283 feet South and 3 feet West of the Northeast corner of said NW 1/4 NE 1/4; thence West 140 feet; thence South 100 feet; thence East 140 feet; thence North 100 feet to the point of beginning.

PARCEL II:

The North half of the Northwest quarter (N 1/2 NW 1/4) of Section Seventeen (17), and the East half of the Northeast quarter (E 1/2 NE 1/4) and the Northwest quarter of the Northeast quarter (NW 1/4 NE 1/4) of Section 18, in Township 18 South, Range 21 East of the Gila and Salt River Base and Meridian, in the County of Cochise, State of Arizona,

EXCEPTING however, the following particularly described parcels:

(a) beginning at a point 30 ft. South and 3 ft. West of the NE corner of the NW 1/4 NE 1/4 of said Section 18; thence W 150 feet; thence S. 125 ft. thence E. 150 ft.; thence N. 125 ft. to the point of beginning;

(b) beginning at a point 283 ft. South and 3 ft. West of the NE corner of said NW 1/4 NE 1/4; thence W. 140 ft.; thence S. 100 ft.; thence East 140 ft.; thence North 100 ft. to the point of beginning.

TO HAVE AND TO HOLD the above described premises, together with all and singular the right and appurtenances thereto in anywise belonging unto QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, its successors and assigns forever.

And we hereby bind our heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto QUENTIN H. MILLER, Trustee of the MILLER FAMILY TRUST dated September 4, 1992, its successors and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

WITNESS our hands this 16th day of September, 1993.

STEPHANIE KLOEPPEL, As Successor Personal Representative of the Estate of KASPAR J. EDER, Deceased.

BRENT BLACKWELDER

SHIRLEY EATON

C. RODNEY EATON

BLAKE BLACKWELDER

BRION BLACKWELDER



93102877?

STATE OF Wyoming )
: ss.
COUNTY OF Hot Springs )

The foregoing instrument was acknowledged before me this 16th day of September, 1993, by STEPHANIE KLOEPPEL, Successor Personal Representative of the Estate of KASPER J. EDER, Deceased.

Notary Public Clerk of District Court

My ~~commission~~ Term expires:

1st Mon in Jan, 1995

~~STATE OF~~ District of Columbia )

~~COUNTY~~ OF )

The foregoing instrument was acknowledged before me this 28th day of September, 1993, by BRENT BLACKWELDER.

Notary Public

My commission expires:

Dec 14, 1996

STATE OF Virginia )
:
COUNTY OF Fairfax )

The foregoing instrument was acknowledged before me this 27th day of September, 1993, by SHIRLEY EATON.

Notary Public

My commission expires:

Nov. 30, 1993

4

931028778

STATE OF New York )
:
COUNTY OF Wyoming )

The foregoing instrument was acknowledged before me this 6th day of October, 1993, by C. RODNEY EATON.

Judith A. Schoonmaker
Notary Public in the State of New York
Qualified in Wyoming County No. 4700333
My Commission Expires 12/31/93

Judith A. Schoonmaker
Notary Public

My commission expires:
10/31/93

STATE OF Texas )
:
COUNTY OF Harris )

The foregoing instrument was acknowledged before me this 12 day of October, 1993, by BLAKE BLACKWELDER.

Diana B. Lopez
Notary Public

DIANA B. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 4-12-94

My commission expires:

STATE OF [illegible] )
:
COUNTY OF [illegible] )

The foregoing instrument was acknowledged before me this eighth day of October, 1993, by BRION BLACKWELDER.

[illegible signature]
Notary Public

My commission expires:

OFFICIAL SEAL [illegible]



931028779

FEE # 021239035
OFFICIAL RECORDS
COCHISE COUNTY
DATE 12/05/02 HOUR 4
REQUEST OF
FIDELITY NATIONAL TITLE
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 2

When Recorded Mail To:
Tammy Windsor-Brown
P.O. Box 4495
Bisbee, AZ 85603

Escrow No. 104038-CC
COURTESY RECORDING
NO TITLE LIABILITY

## QUITCLAIM DEED

Exempt A.R.S. 11-1134 B3

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Pete Brown, husband of Tammy L. Windsor-Brown,

hereby remises, releases and quitclaims to Tammy L. Windsor-Brown, wife of Pete Brown,

the following described real property situated in Cochise County, State of Arizona

See Exhibit "A" attached hereto and made a part hereof

DATED: November 21, 2002

STATE OF ARIZONA
COUNTY OF Cochise
This instrument was acknowledged before me this 3rd day of March 2003
by Pete Brown

Signature ____________ Notary Public

My Commission Expires: ____________

____________
Pete Brown

____________

FNTA Rev 4/96 QUITCLAIM DEED

021239035

EXHIBIT
M

Exhibit A

PTA NO. 510935

That portion of Lot 4 and the Southeast quarter of the Southwest quarter of Section 31, Township 23 South, Range 23 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the West quarter corner of said Section 31;
thence South 00° 02' 30" West, a distance of 1,323.90 feet, and to a point in the Southerly right of way of Southern Pacific Railroad;
thence Southeasterly along said Southerly right of way, a distance of 990.49 feet, to the TRUE POINT OF BEGINNING;
thence South 50° 51' 15" East along said Southerly right of way a distance of 942.08 feet, to the intersection of said Railroad right of way and the Northerly right of way of State Highway 92;
thence South 89° 54' 51" West along said State Highway right of way, a distance of 731.06 feet;
thence North 00° 02' 30" East and parallel to the West line of said Section 31, a distance of 595.95 feet to the TRUE POINT OF BEGINNING.

EXCEPT all coal and other minerals as reserved in Patent from United States of America.

021239035