**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | No. 07-271 L |
| | ) | |
| Plaintiffs, | ) | Honorable Robert H. Hodges, Jr. |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, pursuant to RCFC 6(b), requests an enlargement of time of twenty-nine (29) days, to and including August 10, 2007, in which to respond to Plaintiffs' First Amended Complaint. The United States' response is currently due July 12, 2007.

The United States requests this short enlargement of time in order to provide litigation counsel an opportunity to consult with the Surface Transportation Board, to identify and review the records relevant to Plaintiffs' claims, and to internally coordinate the United States' position in response to the First Amended Complaint.

The United States has not previously sought an extension of time to respond to Plaintiffs' First Amended Complaint. The extension will not impact the parties' abilities to meet future deadlines in this case.

Counsel for the United States contacted Plaintiffs' counsel regarding this request. Plaintiffs' counsel consents to the request and does not oppose the granting of this motion.

Accordingly, the United States respectfully requests that the Court grant it a twenty-nine

(29) day extension, to and including August 10, 2007, in which to respond to Plaintiffs' First Amended Complaint.

June 28, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
Attorney
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov