**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACK LADD and MARIE LADD, et al., | No. 07-271 L |
| Plaintiffs, | Honorable Robert H. Hodges, Jr. |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The United States, pursuant to RCFC 6(b), requests an enlargement of time of seven (7) days, to and including October 1, 2007, in which to file a reply to Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' Claim for Declaratory Relief. The United States' reply is currently due September 24, 2007.

The United States requests this short enlargement of time because its counsel who will write the reply will be out of town on work-related travel during the week of September 17, 2007. The United States has not previously sought an extension of time to file this reply. The extension will not impact the parties' abilities to meet future deadlines in this case.

Counsel for the United States contacted Plaintiffs' counsel regarding this request. Plaintiffs' counsel does not oppose the granting of this motion.

Accordingly, the United States respectfully requests that the Court grant it a seven (7) day extension, to and including October 1, 2007, in which to file a reply to Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' Claim for Declaratory Relief.

September 17, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
JAMES D. GETTE
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024