# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, * No. 07-271L

v. * Filed: September 17, 2007
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to October 1 within which to reply to plaintiffs' response to defendant's motion to dismiss is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge