**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al. | ) | |
| | ) | |
| For Themselves and As Representatives of a | ) | |
| Class of Similarly Situated Persons, | ) | Hon. Robert H. Hodges, Jr. |
| | ) | |
| Plaintiffs, | ) | Case No. 07-271L |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR THE FILING OF THE PARTIES' JOINT PRELIMINARY STATUS REPORT**

---

The Plaintiff and Defendant jointly move for a seven (7) day enlargement of time to and including October 8, 2007, for the filing of the parties' Joint Preliminary Status Report ("JPSR") in the above captioned matter.

The parties' JPSR is currently due on October 1, 2007. No previous enlargements of time for this deadline have been requested.

The parties have begun discussing the issues to be addressed in the JPSR and have exchanged drafts. The parties believe that further discussion of the logistics and management of this case and both the factual and legal issues to be presented to this court will be helpful in providing a more meaningful JPSR with the possibility of more points of agreement between the parties. The parties would like to provide details on this

upcoming process to the Court in the JPSR, but have not yet been able to finalize such details.

Counsel for the Defendant is in court on another matter and requested that counsel for Plaintiff file this joint request for enlargement of time on behalf of both parties.

WHEREFORE, Plaintiff and Defendant requests that the Court grant an enlargement of time of 7 days, or to and including October 8, 2007, for the filing of the parties' Joint Preliminary Status Report ("JPSR") in the above captioned matter.

Dated: October 1, 2007

Respectfully submitted,

LATHROP & GAGE, L.C.

By: ______________________

Mark F. Hearne, II
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
E-mail: Thornet@ix.netcom.com

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiffs