# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, No. 07-271L
*
v. Filed: October 2, 2007
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to October 8, 2007 within which to file a joint preliminary status report is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge