TARDIFF

# In the United States Court of Federal Claims

No. 98-934L
(Filed: October 22, 2001)

FILED
OCT 2 2 2001
U.S. COURT OF FEDERAL CLAIMS

******************************
SARAH ILLIG and GALE ILLIG,
for themselves, and as
representatives of a class of
similarly represented persons,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
******************************

01 OCT 23 AM 11:20
DEPARTMENT OF JUSTICE
GENERAL LITIGATION SECTION

ORDER

The court has received the parties "Joint Stipulations Related to Liability and Joint Proposal Regarding Future Proceedings," filed October 18, 2001. In accordance with the joint stipulations and the parties' proposal, the following is ORDERED:

1. Plaintiffs' March 2, 2001 motion for partial summary judgment is granted with respect to named plaintiffs Sarah and Gale Illig. Determination of liability with respect to other individuals will await final determination of membership in the class.

2. Defendant will file any objections it has to inclusion of specific individuals in the class on or before January 4, 2002. Plaintiffs shall file any responses to any objections on or before February 15, 2002. If defendant does not file objections on or before January 4, 2002, the parties will file a joint status report by that same date proposing the closure of the class.

EXHIBIT
A-2

90-1-23-09440

3. Pending final resolution of class membership and of liability, the parties may proceed with discovery on the question of just compensation. On or before March 4, 2002, or 60 days after closure of the class, whichever is later, the parties will exchange expert reports related to just compensation. On or before April 18, 2002, or six weeks following the exchange of expert reports (whichever is later), all depositions of experts shall be concluded.

4. Further scheduling will be deferred until resolution of class membership.

ERIC G. BRUGGINK
Judge