# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al., *

Plaintiffs, * No. 07-271L

v. * Filed: October 10, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

We have received the parties' joint status report filed October 9, 2007. The parties will agree upon a date and time for a meeting by telephone. Please contact chambers to determine the availability of the court.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge