# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, No. 07-271L
*
v. Filed: October 12, 2007
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

A telephonic status conference will be held October 17 at 4:00 p.m. Eastern time. The court will initiate the call.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge