IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al.<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 07-271L<br><br>Honorable Robert H. Hodges, Jr. |

**MOTION TO CERTIFY CLASS ACTION PURSUANT TO RULE 23 RCFC**

**COME NOW** Plaintiffs Jack and Marie Ladd and the other named plaintiffs, for themselves and as representative of a class of similarly situated persons, and move this Court pursuant to Rule 23 of the Rules of the U.S. Court of Federal Claims to certify this action as a class action brought by Plaintiffs as representative parties on behalf of all other landowners holding title to property in Cochise County, Arizona whose property has been taken or damaged as a result of the conversion of their property to a public-use recreational trail pursuant to the National Trails System Act, 16 U.S.C. § 1247(d) and that Notice of Trail Use ("NITU") issued by the Surface Transportation Board ("STB") on July 25, 2006, which NITU has precluded the Plaintiff's and similarly situated property owners from enjoying their state law "reversionary" right to use and occupy their property and has imposed an additional servitude upon the Plaintiff's property allowing the Trust for Public Land (or some other "trail user") to use the Plaintiff's property for a

public-access recreational trail and provided for the potential future operation of a railroad across the Plaintiff's property.

In support of this motion, Plaintiffs state as follows:

1. The former railroad right-of-way which is subject of the NITU is located entirely in Cochise County, Arizona, along an approximately 76 mile long stretch of land originally established as a right-of-way for the operation of a railroad by the El Paso and Southwestern Railroad in 1903.

2. This former right-of-way lies over the land held in fee by approximately 100 separate property owners. Accordingly, the class of people in the same or similar position to that of Plaintiffs is so numerous that joinder of all members is impracticable.

2. The claims of all members of this potential class of landowners involve the same or substantially similar questions of law and fact.

3. The claims of Plaintiffs as representative parties are typical of the claims of the class.

4. Plaintiffs as the representative parties will fairly and adequately protect the interests of the class.

5. Incorporated herein by reference in this Motion is Plaintiffs' Memorandum in Support of Motion to Certify Class Action.

**WHEREFORE**, Plaintiffs Jack and Marie Ladd and the other named plaintiffs pray that this Court certify this action as a class action pursuant to Rule 23 of the U.S. Court of Federal Claims.

| | |
|---|---|
| Date: 10-15-2007 | LATHROP & GAGE L.C.<br><br>By____________________<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON (*admission pending*)<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of October, 2007, a true and correct copy of the foregoing Plaintiffs' Motion to Certify Class Action was sent by First Class Mail, postage prepaid and by e-mail to the following counsel of record:

Rachel A. Dougan
Attorney for Defendants
Resurces Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Dougan@usdoj.gov

____________________
Mark F. (Thor) Hearne, II



STLDOCS 205403v3