**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | No. 07-271 L |
| | ) | |
| Plaintiffs, | ) | Honorable Robert H. Hodges, Jr. |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, pursuant to RCFC 6(b), requests an enlargement of time in which to file a response to Plaintiffs' Motion to Certify Class Action Pursuant To Rule 23 RCFC. Specifically, the United States requests an enlargement of time of fourteen (14) days from the day that the United States receives Plaintiffs' initial disclosures. The United States' response to Plaintiffs' motion for class certification is currently due November 1, 2007.

The United States requests this enlargement of time in order to review the Plaintiffs' initial disclosures, prior to responding to their motion for class certification. Based on an October 17, 2007 telephonic conference with the Court, the United States understood that initial disclosures would be due no later than November 2, 2007. Today, counsel for Plaintiffs informed counsel for the United States that Plaintiffs had a different understanding of the schedule and would be providing their disclosures no later than November 9, 2007. The United States does not object to such an extension. Therefore, pursuant to the Court's Rules, the parties have stipulated to extend the deadline for initial disclosures until November 9, 2007.

Accordingly, the United States respectfully requests that the Court grant it an extension of fourteen (14) days from the day that the United States receives Plaintiffs' initial disclosures, in which to file a response to Plaintiffs' Motion to Certify Class Action Pursuant To Rule 23 RCFC. The United States has not previously sought an extension of time to file this response. The extension will not impact the parties' abilities to meet future deadlines in this case.

Counsel for the United States contacted Plaintiffs' counsel regarding this request. Plaintiffs' counsel does not oppose the granting of this motion.

November 1, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
JAMES D. GETTE
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024