# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, *
No. 07-271L
v. *
Filed: November 1, 2007
UNITED STATES OF AMERICA, *
Defendant. *
*

* * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time within which to respond to plaintiff's Motion for Class Action is GRANTED. Defendant will file its reply no later than November 23.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge