**1:98-cv-00934-EGB** ILLIG v. USA
Eric G. Bruggink, presiding
**Date filed:** 12/28/1998
**Date terminated:** 07/27/2005 **Date of last filing:** 08/08/2005

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 12/28/1998 | Complaint |
| 2 | *Filed & Entered:* 12/28/1998 | Case Assigned/Reassigned |
| 3 | *Filed:* 01/27/1999<br>*Entered:* 02/01/1999<br>*Terminated:* 01/27/1999 | Motion for Extension of Time |
| 4 | *Filed:* 01/27/1999<br>*Entered:* 02/01/1999 | Order |
| 5 | *Filed:* 01/27/1999<br>*Entered:* 02/01/1999<br>*Terminated:* 02/14/2000 | Motion to Certify Class |
| 6 | *Filed:* 01/27/1999<br>*Entered:* 02/01/1999 | Memorandum |
| 7 | *Filed:* 02/02/1999<br>*Entered:* 02/03/1999<br>*Terminated:* 02/11/1999 | Motion to Stay |
| 8 | *Filed:* 02/03/1999<br>*Entered:* 02/04/1999 | Notice of Appearance |
| 9 | *Filed:* 02/11/1999<br>*Entered:* 02/12/1999 | Order |
| 10 | *Filed:* 03/19/1999<br>*Entered:* 03/23/1999<br>*Terminated:* 03/23/1999 | Motion for Extension of Time |
| 11 | *Filed:* 03/22/1999<br>*Entered:* 03/24/1999 | Proposed Findings of Uncontroverted Fact |
| 12 | *Filed:* 03/22/1999<br>*Entered:* 03/24/1999<br>*Terminated:* 11/12/1999 | *Description not available* |
| 13 | *Filed:* 03/23/1999<br>*Entered:* 03/25/1999 | Order |
| 14 | *Filed:* 04/19/1999<br>*Entered:* 04/21/1999<br>*Terminated:* 12/09/2002 | Motion for Extension of Time |
| | *Filed:* 04/20/1999 | Motion to Withdraw |

| | | | |
|---|---|---|---|
| 15 | *Entered:*<br>*Terminated:* | 04/26/1999<br>12/09/2002 | |
| 16 | *Filed:*<br>*Entered:* | 04/29/1999<br>05/03/1999 | Response to Motion |
| 17 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/30/1999<br>05/03/1999<br>05/04/1999 | Motion for Leave to File |
| 18 | *Filed:*<br>*Entered:* | 05/04/1999<br>05/06/1999 | Order |
| 19 | *Filed:*<br>*Entered:* | 05/04/1999<br>05/06/1999 | Response to Motion |
| 20 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/12/1999<br>05/17/1999<br>05/14/1999 | Motion for Extension of Time |
| 21 | *Filed:*<br>*Entered:* | 05/14/1999<br>05/19/1999 | Order |
| 22 | *Filed:*<br>*Entered:* | 05/27/1999<br>05/28/1999 | Reply to Response to Motion |
| 23 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/04/1999<br>06/09/1999<br>06/08/1999 | Motion for Leave to File |
| 24 | *Filed:*<br>*Entered:* | 06/04/1999<br>06/09/1999 | Response to Motion |
| 25 | *Filed:*<br>*Entered:* | 06/08/1999<br>06/14/1999 | Order |
| 26 | *Filed:*<br>*Entered:* | 06/17/1999<br>06/21/1999 | Memorandum |
| 27 | *Filed:*<br>*Entered:* | 07/02/1999<br>07/06/1999 | Memorandum |
| 28 | *Filed:*<br>*Entered:* | 08/24/1999<br>08/25/1999 | Order |
| 29 | *Filed:*<br>*Entered:* | 10/14/1999<br>10/19/1999 | Order |
| -- | *Filed & Entered:* | 11/09/1999 | Oral Argument |
| 30 | *Filed:*<br>*Entered:* | 11/12/1999<br>12/15/1999 | Unpublished Decision |
| 31 | *Filed & Entered:* | 11/15/1999 | Transcript |
| 32 | *Filed:*<br>*Entered:* | 01/14/2000<br>01/18/2000 | Response to Motion |
| 33 | *Filed:*<br>*Entered:* | 01/27/2000<br>01/28/2000 | Reply to Response to Motion |

| | | | |
|---|---|---|---|
| 34 | *Filed:*<br>*Entered:* | 02/14/2000<br>02/16/2000 | Order |
| 35 | *Filed:*<br>*Entered:* | 03/17/2000<br>03/21/2000 | Answer |
| 36 | *Filed:*<br>*Entered:* | 03/17/2000<br>03/21/2000 | Status Report |
| 37 | *Filed:*<br>*Entered:* | 03/29/2000<br>03/30/2000 | Order |
| 38 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/11/2000<br>04/12/2000<br>04/11/2000 | Motion for Extension of Time |
| 39 | *Filed:*<br>*Entered:* | 04/11/2000<br>04/12/2000 | Order |
| 40 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/25/2000<br>04/26/2000<br>12/09/2002 | Motion for Extension of Time |
| 41 | *Filed:*<br>*Entered:* | 04/26/2000<br>04/27/2000 | Status Report |
| 42 | *Filed:*<br>*Entered:* | 04/27/2000<br>04/28/2000 | Order |
| 43 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/27/2000<br>07/05/2000<br>07/10/2000 | Motion for Miscellaneous Relief |
| 44 | *Filed:*<br>*Entered:* | 07/10/2000<br>07/14/2000 | Order |
| 45 | *Filed & Entered:* | 08/31/2000 | Notice (Other) |
| 46 | *Filed:*<br>*Entered:* | 09/26/2000<br>09/29/2000 | Notice (Other) |
| 47 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/29/2000<br>10/04/2000<br>10/03/2000 | Motion for Extension of Time |
| 48 | *Filed:*<br>*Entered:* | 10/03/2000<br>10/05/2000 | Order |
| 50 | *Filed:*<br>*Entered:* | 11/01/2000<br>11/03/2000 | Notice of Appearance |
| 51 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/11/2000<br>12/12/2000<br>12/11/2000 | Motion for Extension of Time |
| 52 | *Filed:*<br>*Entered:* | 12/11/2000<br>12/12/2000 | Order |
| 53 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/18/2000<br>12/20/2000<br>12/26/2000 | Motion for Clarification |

| | | | |
|---|---|---|---|
| 54 | *Filed:*<br>*Entered:* | 12/26/2000<br>12/27/2000 | Order |
| 55 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/29/2001<br>01/30/2001<br>01/31/2001 | Motion for Extension of Time |
| 56 | *Filed:*<br>*Entered:* | 01/31/2001<br>02/01/2001 | Order |
| 57 | *Filed & Entered:* | 02/09/2001 | Affidavit |
| 58 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/16/2001<br>02/21/2001<br>02/16/2001 | Motion for Leave to File |
| 59 | *Filed:*<br>*Entered:* | 02/16/2001<br>02/21/2001 | Order |
| 60 | *Filed:*<br>*Entered:* | 02/16/2001<br>02/21/2001 | Notice (Other) |
| 61 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/02/2001<br>03/05/2001<br>12/09/2002 | Motion for Summary Judgment |
| 62 | *Filed:*<br>*Entered:* | 03/02/2001<br>03/05/2001 | Proposed Findings of Uncontroverted Fact |
| 63 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/23/2001<br>03/26/2001<br>03/26/2001 | Motion for Extension of Time |
| 64 | *Filed & Entered:* | 03/26/2001 | Order |
| 65 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/19/2001<br>04/20/2001<br>04/20/2001 | Motion for Extension of Time |
| 66 | *Filed & Entered:* | 04/20/2001 | Order |
| 67 | *Filed:*<br>*Entered:* | 04/30/2001<br>05/01/2001 | Statement of Facts |
| 68 | *Filed:*<br>*Entered:* | 04/30/2001<br>05/02/2001 | Response to Motion |
| 69 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/08/2001<br>05/09/2001<br>05/10/2001 | Motion for Extension of Time |
| 70 | *Filed:*<br>*Entered:* | 05/10/2001<br>05/11/2001 | Order |
| 72 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/25/2001<br>05/30/2001<br>05/30/2001 | Motion for Extension of Time |
| | *Filed & Entered:* | 05/29/2001 | Motion for Extension of Time |

| | | |
|---|---|---|
| 71 | *Terminated:* 05/30/2001 | |
| 73 | *Filed:* 05/30/2001<br>*Entered:* 06/01/2001 | Order |
| 74 | *Filed:* 06/06/2001<br>*Entered:* 06/07/2001 | Reply to Response to Motion |
| 75 | *Filed:* 06/06/2001<br>*Entered:* 06/07/2001 | Response |
| 76 | *Filed:* 06/06/2001<br>*Entered:* 06/07/2001<br>*Terminated:* 12/09/2002 | Motion for Leave to File |
| 77 | *Filed:* 06/13/2001<br>*Entered:* 06/14/2001 | Response |
| 78 | *Filed:* 06/22/2001<br>*Entered:* 06/25/2001 | Order |
| -- | *Filed:* 07/13/2001<br>*Entered:* 07/16/2001 | Set/Reset Deadlines |
| 79 | *Filed:* 07/13/2001<br>*Entered:* 07/16/2001 | Proposed Findings of Uncontroverted Fact |
| 80 | *Filed:* 07/13/2001<br>*Entered:* 07/16/2001 | Reply to Response to Motion |
| 81 | *Filed & Entered:* 07/19/2001<br>*Terminated:* 07/25/2001 | Motion for Extension of Time |
| 82 | *Filed:* 07/19/2001<br>*Entered:* 07/20/2001 | Notice of Change of Address |
| 83 | *Filed:* 07/25/2001<br>*Entered:* 07/26/2001 | Order |
| 84 | *Filed:* 08/02/2001<br>*Entered:* 08/03/2001 | Memorandum |
| 85 | *Filed:* 08/02/2001<br>*Entered:* 08/03/2001 | Statement of Facts |
| 86 | *Filed:* 08/02/2001<br>*Entered:* 08/03/2001 | Order |
| 87 | *Filed:* 08/03/2001<br>*Entered:* 08/06/2001 | Response |
| 88 | *Filed:* 08/06/2001<br>*Entered:* 08/07/2001 | Order |
| 89 | *Filed:* 08/09/2001<br>*Entered:* 08/10/2001 | Order |
| 90 | *Filed:* 08/13/2001<br>*Entered:* 08/14/2001<br>*Terminated:* 08/15/2001 | Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 91 | *Filed:*<br>*Entered:* | 08/14/2001<br>08/15/2001 | Order |
| 92 | *Filed & Entered:* | 08/15/2001 | Order |
| 93 | *Filed & Entered:* | 08/20/2001 | Memorandum |
| 94 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/24/2001<br>08/27/2001<br>08/24/2001 | *Description not available* |
| 95 | *Filed:*<br>*Entered:* | 08/24/2001<br>08/27/2001 | Order |
| 96 | *Filed:*<br>*Entered:* | 08/29/2001<br>08/30/2001 | Notice (Other) |
| 97 | *Filed:*<br>*Entered:* | 08/30/2001<br>08/31/2001 | Reply to Response to Motion |
| 98 | *Filed:*<br>*Entered:* | 09/12/2001<br>09/13/2001 | Order |
| 99 | *Filed:*<br>*Entered:* | 09/21/2001<br>09/24/2001 | Notice of Appearance |
| 100 | *Filed:*<br>*Entered:* | 10/12/2001<br>10/15/2001 | Order |
| 101 | *Filed:*<br>*Entered:* | 10/18/2001<br>10/19/2001 | Stipulation |
| 102 | *Filed:*<br>*Entered:* | 10/22/2001<br>10/23/2001 | Order |
| 103 | *Filed:*<br>*Entered:* | 01/04/2002<br>01/05/2002 | Status Report |
| 104 | *Filed & Entered:* | 01/31/2002 | Status Report Order |
| 105 | *Filed & Entered:* | 01/31/2002 | Memorandum |
| 106 | *Filed:*<br>*Entered:* | 02/01/2002<br>02/04/2002 | Status Report |
| 107 | *Filed:*<br>*Entered:* | 02/20/2002<br>02/21/2002 | Order |
| 108 | *Filed:*<br>*Entered:* | 04/03/2002<br>04/04/2002 | Memorandum |
| 109 | *Filed:*<br>*Entered:* | 04/11/2002<br>04/12/2002 | Order |
| 110 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/26/2002<br>04/29/2002<br>12/09/2002 | Motion for Extension of Time |
| 111 | *Filed:* | 04/29/2002 | Order |

| | | | |
|---|---|---|---|
| | *Entered:* | 04/30/2002 | |
| 112 | *Filed:*<br>*Entered:* | 05/03/2002<br>05/06/2002 | Additional Documentation |
| 113 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/06/2002<br>06/07/2002<br>06/07/2002 | Motion for Extension of Time |
| 114 | *Filed:*<br>*Entered:* | 06/07/2002<br>06/11/2002 | Order |
| 115 | *Filed:*<br>*Entered:* | 07/10/2002<br>07/11/2002 | Status Report |
| 115 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/10/2002<br>07/11/2002<br>07/12/2002 | Motion for Extension of Time |
| 116 | *Filed:*<br>*Entered:* | 07/12/2002<br>07/15/2002 | Order |
| 117 | *Filed:*<br>*Entered:* | 10/17/2002<br>10/21/2002 | Status Report |
| 118 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/23/2002<br>10/24/2002<br>10/23/2002 | Motion for Miscellaneous Relief |
| 119 | *Filed:*<br>*Entered:* | 10/23/2002<br>10/24/2002 | Order |
| 120 | *Filed:*<br>*Entered:* | 10/24/2002<br>10/26/2002 | Order |
| 121 | *Filed:*<br>*Entered:* | 12/10/2002<br>12/13/2002 | Notice of Change of Address |
| 122 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/03/2003<br>01/09/2003<br>01/09/2003 | *Description not available* |
| 123 | *Filed:*<br>*Entered:* | 01/09/2003<br>01/14/2003 | Order |
| 124 | *Filed:*<br>*Entered:* | 02/06/2003<br>02/13/2003 | Status Report |
| 125 | *Filed:*<br>*Entered:* | 02/07/2003<br>02/14/2003 | Order |
| 126 | *Filed:*<br>*Entered:* | 03/04/2003<br>03/06/2003 | Order |
| 127 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/21/2003<br>03/26/2003<br>03/24/2003 | Motion to Amend/Correct |
| -- | *Filed:*<br>*Entered:* | 03/24/2003<br>03/27/2003 | Set/Reset Deadlines |
| 128 | *Filed:*<br>*Entered:* | 03/24/2003<br>03/27/2003 | Order on Motion to Amend/Correct |

| | | | |
|---|---|---|---|
| 129 | *Filed:*<br>*Entered:* | 04/02/2003<br>04/03/2003 | Transcript |
| 132 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/15/2003<br>04/23/2003<br>07/27/2005 | Motion for Extension of Time |
| 130 | *Filed & Entered:*<br>*Terminated:* | 04/17/2003<br>07/27/2005 | Motion for Summary Judgment |
| 131 | *Filed & Entered:* | 04/17/2003 | Statement of Facts |
| 133 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/17/2003<br>04/23/2003<br>12/03/2003 | Motion for Summary Judgment |
| 134 | *Filed:*<br>*Entered:* | 04/17/2003<br>04/23/2003 | Notice (Other) |
| 135 | *Filed:*<br>*Entered:* | 04/17/2003<br>04/24/2003 | Proposed Findings of Uncontroverted Fact |
| 136 | *Filed:*<br>*Entered:* | 04/17/2003<br>04/24/2003 | Affidavit |
| 137 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/17/2003<br>04/25/2003<br>04/17/2003 | Motion for Leave to File |
| 138 | *Filed:*<br>*Entered:* | 04/17/2003<br>04/25/2003 | Order on Motion for Leave to File |
| 139 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/05/2003<br>05/08/2003<br>12/03/2003 | Cross Motion [Dispositive] |
| 140 | *Filed:*<br>*Entered:* | 05/05/2003<br>05/08/2003 | Response to Proposed Findings of Uncontroverted Fact |
| 141 | *Filed:*<br>*Entered:* | 05/05/2003<br>05/08/2003 | Proposed Findings of Uncontroverted Fact |
| 142 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/23/2003<br>06/04/2003<br>05/27/2003 | Motion for Leave to File |
| 143 | *Filed:*<br>*Entered:* | 05/27/2003<br>06/04/2003 | Order on Motion for Leave to File |
| 144 | *Filed:*<br>*Entered:* | 05/27/2003<br>06/04/2003 | *Description not available* |
| 145 | *Filed:*<br>*Entered:* | 05/27/2003<br>06/04/2003 | Response to Proposed Findings of Uncontroverted Fact |
| 146 | *Filed:*<br>*Entered:* | 06/10/2003<br>06/13/2003 | Order Setting Oral Argument/Hearing on Motion |
| -- | *Filed & Entered:* | 07/09/2003 | Set/Reset Transcript Deadlines |

| | | | |
|---|---|---|---|
| 147 | *Filed:*<br>*Entered:* | 07/09/2003<br>07/11/2003 | Scheduling Order |
| 148 | *Filed:*<br>*Entered:* | 07/30/2003<br>07/31/2003 | Supplemental Brief |
| 149 | *Filed:*<br>*Entered:* | 08/06/2003<br>08/08/2003 | Transcript |
| 150 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/13/2003<br>08/18/2003<br>08/14/2003 | Motion for Leave to File |
| 151 | *Filed:*<br>*Entered:* | 08/14/2003<br>08/19/2003 | Order on Motion for Leave to File |
| 152 | *Filed:*<br>*Entered:* | 08/14/2003<br>08/19/2003 | Supplemental Brief |
| 153 | *Filed:*<br>*Entered:* | 10/31/2003<br>11/05/2003 | Supplemental Brief |
| 154 | *Filed:*<br>*Entered:* | 10/31/2003<br>11/05/2003 | Scheduling Order |
| 155 | *Filed:*<br>*Entered:* | 11/19/2003<br>11/26/2003 | Response |
| 156 | *Filed:*<br>*Entered:* | 12/03/2003<br>12/09/2003 | Published Opinion |
| 157 | *Filed:*<br>*Entered:* | 12/19/2003<br>12/23/2003 | Joint Status Report |
| 158 | *Filed:*<br>*Entered:* | 01/06/2004<br>01/12/2004 | Status Report Order |
| 159 | *Filed:*<br>*Entered:* | 01/14/2004<br>01/20/2004 | Joint Status Report |
| 160 | *Filed:*<br>*Entered:* | 01/21/2004<br>01/27/2004 | Status Report Order |
| 161 | *Filed:*<br>*Entered:* | 01/30/2004<br>02/04/2004 | Joint Status Report |
| 162 | *Filed:*<br>*Entered:* | 02/10/2004<br>02/17/2004 | Status Report Order |
| 163 | *Filed:*<br>*Entered:* | 02/25/2004<br>03/01/2004 | Status Report |
| 164 | *Filed:*<br>*Entered:* | 03/12/2004<br>03/15/2004 | Status Report Order |
| 165 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/28/2004<br>04/29/2004<br>07/12/2004 | Motion for Miscellaneous Relief |
| 166 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/29/2004<br>05/03/2004<br>05/05/2004 | Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 167 | *Filed:*<br>*Entered:* | 05/05/2004<br>05/07/2004 | Protective Order |
| 168 | *Filed:*<br>*Entered:* | 05/05/2004<br>05/07/2004 | Order |
| 169 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/11/2004<br>05/13/2004<br>05/17/2004 | Motion for Extension of Time to File Response/Reply |
| 170 | *Filed:*<br>*Entered:* | 05/17/2004<br>05/18/2004 | Order on Motion for Extension of Time to File Response/Reply |
| 171 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/18/2004<br>05/20/2004<br>05/25/2004 | Motion to Substitute Party |
| 172 | *Filed:*<br>*Entered:* | 05/25/2004<br>05/27/2004 | Order on Motion to Substitute Party |
| 173 | *Filed:*<br>*Entered:* | 05/27/2004<br>06/01/2004 | Response to Motion |
| 174 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/08/2004<br>06/10/2004<br>06/15/2004 | Motion for Extension of Time to File Response/Reply |
| 175 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/08/2004<br>06/14/2004<br>06/15/2004 | Motion for Extension of Time |
| 176 | *Filed:*<br>*Entered:* | 06/15/2004<br>06/21/2004 | Order on Motion for Extension of Time to File Response/Reply |
| 177 | *Filed:*<br>*Entered:* | 06/17/2004<br>06/22/2004 | Reply to Response to Motion |
| 178 | *Filed:*<br>*Entered:* | 07/12/2004<br>07/15/2004 | Published Opinion |
| 179 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/13/2004<br>07/15/2004<br>07/22/2004 | Motion for Extension of Time |
| 180 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/19/2004<br>07/21/2004<br>07/22/2004 | Motion for Miscellaneous Relief |
| 181 | *Filed:*<br>*Entered:* | 07/22/2004<br>07/26/2004 | Order on Motion for Extension of Time to File |
| 182 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/10/2004<br>08/12/2004<br>08/13/2004 | Motion for Extension of Time |
| 183 | *Filed:*<br>*Entered:* | 08/13/2004<br>08/17/2004 | Order on Motion for Extension of Time to File |
| 184 | *Filed:*<br>*Entered:* | 08/31/2004<br>09/02/2004 | Joint Status Report |
| 185 | *Filed:* | 09/08/2004 | Status Report Order |

| | | | |
|---|---|---|---|
| | *Entered:* | 09/10/2004 | |
| 186 | *Filed:*<br>*Entered:* | 10/07/2004<br>10/12/2004 | Joint Status Report |
| 187 | *Filed:*<br>*Entered:* | 10/12/2004<br>10/15/2004 | Scheduling Order |
| 188 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/25/2004<br>10/27/2004<br>07/27/2005 | Motion for Attorney Fees |
| 189 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/01/2004<br>11/03/2004<br>11/04/2004 | Motion for Extension of Time |
| 190 | *Filed:*<br>*Entered:* | 11/04/2004<br>11/08/2004 | Joint Status Report |
| 191 | *Filed:*<br>*Entered:* | 11/04/2004<br>11/08/2004 | Order on Motion for Extension of Time to File |
| 192 | *Filed:*<br>*Entered:* | 11/08/2004<br>11/15/2004 | Scheduling Order |
| 193 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/19/2004<br>11/23/2004<br>11/22/2004 | Motion for Extension of Time to File Response/Reply |
| 194 | *Filed:*<br>*Entered:* | 11/22/2004<br>11/24/2004 | Supplemental Brief |
| 195 | *Filed:*<br>*Entered:* | 11/22/2004<br>11/24/2004 | Order on Motion for Extension of Time to File Response/Reply |
| 196 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/24/2004<br>12/01/2004<br>12/01/2004 | Motion to Stay |
| 197 | *Filed:*<br>*Entered:* | 12/01/2004<br>12/07/2004 | Order on Motion to Stay |
| 198 | *Filed:*<br>*Entered:* | 12/03/2004<br>12/10/2004 | Scheduling Order |
| 199 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/15/2004<br>12/22/2004<br>07/27/2005 | Motion for Miscellaneous Relief |
| 200 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/15/2004<br>12/22/2004<br>12/29/2004 | Motion for Leave to Exceed Page Limit |
| 201 | *Filed:*<br>*Entered:* | 12/15/2004<br>12/22/2004 | Notice (Other) |
| 202 | *Filed:*<br>*Entered:* | 12/15/2004<br>12/29/2004 | Memorandum |
| 203 | *Filed:*<br>*Entered:* | 12/22/2004<br>12/29/2004 | Order |
| | *Filed & Entered:* | | Set/Reset Transcript Deadlines |

| | | | |
|---|---|---|---|
| -- | | 12/23/2004 | |
| -- | *Filed:*<br>*Entered:* | 01/31/2005<br>02/01/2005 | Transcript |
| 204 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/04/2005<br>02/08/2005<br>07/27/2005 | Motion to Dismiss - Rule 12(b)(1) |
| 205 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/23/2005<br>02/25/2005<br>03/01/2005 | Motion for Extension of Time to File Response/Reply |
| 206 | *Filed:*<br>*Entered:* | 03/01/2005<br>03/02/2005 | Order on Motion for Extension of Time to File Response/Reply |
| 207 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/15/2005<br>03/17/2005<br>03/15/2005 | Motion for Extension of Time to File Response/Reply |
| 208 | *Filed:*<br>*Entered:* | 03/15/2005<br>03/17/2005 | Order on Motion for Extension of Time to File Response/Reply |
| 209 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/22/2005<br>03/25/2005<br>03/29/2005 | Motion for Extension of Time to File Response/Reply |
| 211 | *Filed:*<br>*Entered:* | 03/28/2005<br>03/31/2005 | Notice of Additional Authority |
| 210 | *Filed:*<br>*Entered:* | 03/29/2005<br>03/31/2005 | Order on Motion for Extension of Time to File Response/Reply |
| 212 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/04/2005<br>04/08/2005<br>04/12/2005 | Motion for Extension of Time to File Response/Reply |
| 213 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/06/2005<br>04/08/2005<br>04/06/2005 | Motion for Leave to Exceed Page Limit |
| 214 | *Filed:*<br>*Entered:* | 04/06/2005<br>04/08/2005 | Order on Motion for Leave to File Excess Pages |
| 215 | *Filed:*<br>*Entered:* | 04/06/2005<br>04/08/2005 | Response to Motion |
| 216 | *Filed:*<br>*Entered:* | 04/12/2005<br>04/15/2005 | Order on Motion for Extension of Time to File Response/Reply |
| 217 | *Filed:*<br>*Entered:* | 05/13/2005<br>05/16/2005 | Reply to Response to Motion |
| 218 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/19/2005<br>05/24/2005<br>07/27/2005 | Motion for Leave to File |
| 219 | *Filed:*<br>*Entered:* | 05/27/2005<br>06/01/2005 | Notice (Other) |
| 220 | *Filed:*<br>*Entered:* | 05/27/2005<br>06/01/2005 | Motion for Extension of Time |

| | | | |
|---|---|---|---|
| | *Terminated:* | 05/27/2005 | |
| 221 | *Filed:*<br>*Entered:* | 05/27/2005<br>06/01/2005 | Order on Motion for Extension of Time to File |
| 222 | *Filed:*<br>*Entered:* | 05/31/2005<br>06/02/2005 | Memorandum |
| 223 | *Filed:*<br>*Entered:* | 05/31/2005<br>06/02/2005 | Notice (Other) |
| -- | *Filed:*<br>*Entered:* | 06/02/2005<br>06/06/2005 | Set Deadlines/Hearings |
| 224 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/02/2005<br>06/06/2005<br>06/02/2005 | Motion to Strike |
| 225 | *Filed:*<br>*Entered:* | 06/02/2005<br>06/06/2005 | Order on Motion to Strike |
| 226 | *Filed:*<br>*Entered:* | 06/06/2005<br>06/07/2005 | Response to Motion |
| 227 | *Filed:*<br>*Entered:* | 06/10/2005<br>06/14/2005 | Response |
| 228 | *Filed:*<br>*Entered:* | 06/14/2005<br>06/16/2005 | Order Setting Oral Argument/Hearing on Motion |
| -- | *Filed & Entered:* | 06/16/2005 | Set/Reset Transcript Deadlines |
| -- | *Filed:*<br>*Entered:* | 06/27/2005<br>06/28/2005 | Transcript |
| 229 | *Filed:*<br>*Entered:* | 07/01/2005<br>07/06/2005 | Order |
| 230 | *Filed:*<br>*Entered:* | 07/01/2005<br>07/06/2005 | Letter |
| 231 | *Filed:*<br>*Entered:* | 07/08/2005<br>07/12/2005 | Response |
| 232 | *Filed & Entered:* | 07/27/2005 | Published Opinion/Order |
| 233 | *Filed & Entered:* | 07/27/2005 | Judgment |
| 234 | *Filed:*<br>*Entered:* | 08/02/2005<br>08/04/2005 | Notice of Appeal |
| -- | *Filed:*<br>*Entered:* | 08/08/2005<br>08/09/2005 | CAFC Appeal Fees |
| 235 | *Filed:*<br>*Entered:* | 08/08/2005<br>09/07/2005 | CAFC Case Number |

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 10/25/2007 14:52:56 | | | |
|---|---|---|---|
| **PACER Login:** | us3079 | **Client Code:** | doj |
| **Description:** | History/Documents | **Search Criteria:** | 1:98-cv-00934-EGB |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |