CLOSED, ECF

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:03-cv-02489-EGB

MILLER et al v. USA
Assigned to: Senior Judge Eric G. Bruggink
Demand: $0
Cause: 28:1491 Tucker Act

Date Filed: 10/23/2003
Date Terminated: 11/21/2006
Jury Demand: None
Nature of Suit: 512 Taking - Realty
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DIANNE J. MILLER** represented by **Mark Fernlund Hearne, II**
Lathrop & Gage
10 South Broadway
The Equitable Building, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
Fax: (314) 613-2550
Email: thornet@ix.netcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT N.and MILLER**
*and*
represented by **Mark Fernlund Hearne, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LISA M. SHANIKA**
*For Themselves and As Representatives of a Class of Similarly Situated Persons*
represented by **Mark Fernlund Hearne, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA** represented by **William James Shapiro**
U.S. Department of Justice
Environment & Natural Resources Division
501 I Street
Room 9-700
Sacramento, CA 95814

(916) 930-2207
Fax: (916) 930-2210
Email: william.shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2003 | 1 | COMPLAINT against USA (ICC) (Filing fee $150, Receipt number 059005), filed by DIANNE J. MILLER, ROBERT N.and MILLER and LISA M. SHANIKA.Answer Due by 12/22/2003.(dw1, ) (Entered: 10/24/2003) |
| 10/23/2003 | 2 | NOTICE of Assignment to Judge Mary Ellen Coster Williams. (dw1, ) (Entered: 10/24/2003) |
| 12/18/2003 | 3 | NOTICE of Appearance filed by William James Shapiro for USA. Service: 12/18/03.(dls) (Entered: 12/19/2003) |
| 12/18/2003 | 4 | MOTION for Extension of Time to File Answer re [1] Complaint until 1/21/2004 filed by USA.Service: 12/18/03. (dls) (Entered: 12/19/2003) |
| 12/19/2003 | 5 | ORDER granting [4] Motion for Extension of Time to Answer. Answer Due by 1/21/2004. (signed by the Acting Clerk) (dls) (Entered: 12/19/2003) |
| 01/21/2004 | 6 | ANSWER to [1] Complaint by USA.Service: 1/21/2004. JPSR due by 3/15/2004.(jcp, ) (Entered: 01/26/2004) |
| 01/28/2004 | 7 | MOTION to Transfer This Matter From Judge Mary Ellen Coster Williams to Senior Judge Eric G. Bruggink by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA.Service: 1/26/2004. Response due by 2/12/2004. (jcp, ) (Entered: 02/03/2004) |
| 03/01/2004 | 8 | ORDER REASSIGNING CASE. Pursuant to RCFC 40.1(b), which permits transfers amojng judges to promote docket efficiency as well as for the "efficient administration of justice," without opposition from the Dft and with the agreement of the transferee judge, this case shall be transferred to Senior Judge Eric G. Bruggink for all further proceedings. Judge Mary Ellen Coster Williams no longer assigned to case. Signed by Judge Mary Ellen Coster Williams. (jcp, ) (Entered: 03/03/2004) |
| 03/01/2004 | 9 | NOTICE of Reassignment to Senior Judge Eric G. Bruggink. (jcp, ) (Entered: 03/03/2004) |
| 03/01/2004 | 10 | RESPONSE to [7] Pltfs' MOTION to Transfer filed by USA. [FILED BY LEAVE OF THE JUDGE] Service: 2/25/2004.(jcp, ) (Entered: 03/03/2004) |
| 03/05/2004 | 11 | MOTION to Certify Class Action and Memorandum in Support by |

| | | |
|---|---|---|
| | | DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA.Service: 3/4/2004. Response due by 3/22/2004. (jcp, ) (Entered: 03/08/2004) |
| 03/23/2004 | 12 | MOTION for Leave to File Dft's Response to Pltfs' Motion to Certify Class Action One Day Out of Time by USA.Service: 3/23/2004. Response due by 4/9/2004. (jcp, ) (Entered: 03/25/2004) |
| 03/25/2004 | 13 | ORDER granting [12] Dft's Motion for Leave to File Dft's Response to Pltfs' Motion to Certify Class Action Out of Time. Signed by Judge Eric G. Bruggink. (jcp, ) (Entered: 03/29/2004) |
| 03/25/2004 | 14 | RESPONSE to [11] Pltfs' MOTION to Certify Class Action filed by USA. Reply due by 4/5/2004. Service: 3/22/2004.(jcp, ) (Entered: 03/29/2004) |
| 04/01/2004 | 15 | STATUS CONFERENCE ORDER: A telephonic Status Conference will be held Tuesday, 4/6/2004 10:00 AM before Senior Judge Eric G. Bruggink. Signed by Judge John P. Wiese for Judge Eric G. Bruggink. [VACATED PER ORDER OF 4/6/2004] (jcp, ) Modified on 4/8/2004 (jcp, ). (Entered: 04/05/2004) |
| 04/06/2004 | 16 | STATUS CONFERENCE ORDER: The court's order of 4/1/2004 is vacated. The telephonic Status Conference previously scheduled for 4/6/2004, will now be held Monday, 4/19/2004 02:30 PM before Senior Judge Eric G. Bruggink. Signed by Judge Eric G. Bruggink. (jcp, ) (Entered: 04/08/2004) |
| 04/20/2004 | 17 | STATUS REPORT ORDER: The parties shall file a Joint Status Report on or before 5/11/2004. Signed by Judge Eric G. Bruggink. (jcp, ) (Entered: 04/22/2004) |
| 04/29/2004 | | Minute Entry for proceedings held before Judge Eric G. Bruggink : Status Conference held on 04/19/2004. (mkb, ) (Entered: 04/29/2004) |
| 05/11/2004 | 18 | PROPOSED SCHEDULING ORDER by all parties. Service: 5/11/2004.(jcp, ) (Entered: 05/13/2004) |
| 05/11/2004 | 19 | JOINT STATUS REPORT by all parties. Service: 5/11/2004.(jcp, ) (Entered: 05/13/2004) |
| 05/13/2004 | 20 | SCHEDULING ORDER: The List of Potential Property Owners shall be filed with the Court on or before 5/17/2004. On or before 6/18/2004, Class Counsel shal file with this Court an affidavit certifying that the mailing and publication has been made as provided for herein. On or before 8/20/2004, Class Counsel shall file an "Index," which shall assign a separate claim number to every property for which an Entry of Appearance was filed. On or before 8/20/2004, Class Counsel shall file a "Claim Book," which shall be organizced according to claim number. Counsel for Dft shall have until 10/22/2004, to challenge the ligibility of any |

| | | |
|---|---|---|
| | | prospective class member by filing an objection to any class member based upon th Entry of Appearance. After 10/22/2004, the Court shall hold a status conference to determine further proceedings. Signed by Judge John P. Wiese. (jcp, ) (Entered: 05/17/2004) |
| 05/14/2004 | 21 | NOTICE of List of Potential Property Owners by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 5/13/04.(jat, ) (Entered: 05/17/2004) |
| 05/20/2004 | 22 | TRANSCRIPT of Proceedings in One Volume held on 4/19/2004 before Judge Eric G. Bruggink. (jcp, ) (Entered: 05/21/2004) |
| 06/18/2004 | 23 | AFFIDAVIT of Mark F. (Thor) Hearne, II re [20] Scheduling Order by DIANNE J. MILLER, ROBERT N. MILLER and LISA M. SHANIKA. Service: 6/17/04.(dw1) (Entered: 06/22/2004) |
| 06/22/2004 | 24 | MOTION to Amend [specifically item 3] re: [20] Scheduling Order by DIANNE J. MILLER, ROBERT N. MILLER and LISA M. SHANIKA, by leave of the Judge.Service: 6/17/04. Response due by 7/6/2004. (dw1) (Entered: 06/24/2004) |
| 06/24/2004 | 25 | ORDER granting [24] Motion to Amend Class Notification Scheduling Order of 5/13/04. A copy of the Notice shall be published four times in the following newspaper between 5/14/04 and 6/16/04: the Suburban Journal, targeted to South County. Signed by Judge Eric G. Bruggink. (jat, ) (Entered: 06/28/2004) |
| 08/19/2004 | 26 | MOTION to Amend [20] Scheduling Order, by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 8/18/2004. Response due by 9/7/2004. (jcp, ) (Entered: 08/20/2004) |
| 08/20/2004 | 27 | ORDER granting [26] Pltfs' Motion to Amend the Class Notification Scheduling Order of 5/13/2004. On or before 9/20/2004, Class Counsel shall file an "Index" which shall assign a separate claim number to every property for which an Entry of Appearance was filed. On or before 9/20/2004, Class Counsel shall file a "Claim Book," Which shall be organized according to claim number. Counsel for the Dft shall have until 11/22/2004, to challenge the eligibility of any prospective class member by filing an objection to any class member based upon the Entry of Appearance. Signed by Judge Eric G. Bruggink. (jcp, ) (Entered: 08/23/2004) |
| 09/20/2004 | 28 | CLAIM INDEX by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 9/17/2004.(jcp, ) (Entered: 09/22/2004) |
| 09/20/2004 | 29 | CLAIM BOOK by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 9/17/2004.(jcp, ) (Entered: 09/22/2004) |
| 11/19/2004 | 30 | MOTION to supplement claim book with two updated entries of appearance by DIANNE J. MILLER, ROBERT N.and MILLER and |

| | | |
|---|---|---|
| | | LISA M. SHANIKA.Service: 11/18/04. Response due by 12/6/2004. (dw1) (Entered: 11/23/2004) |
| 11/22/2004 | 31 | NOTICE of No Challenges Based on Entries of Appearance by USA. Service: 11/22/2004.(jcp, ) (Entered: 11/24/2004) |
| 12/06/2004 | 32 | ORDER granting [30] Plts' 11/19/2004 Motion to Supplement Claim Book With Two Updated Entries of Appearance. Signed by Judge Eric G. Bruggink. (jcp, ) (Entered: 12/10/2004) |
| 02/09/2005 | 33 | SCHEDULING ORDER: Status Conference set for 2/15/2005 10:30 AM before Senior Judge Eric G. Bruggink. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 02/11/2005) |
| 02/15/2005 | 34 | STATUS CONFERENCE ORDER: Status Conference set for 3/11/2005 at 03:30 PM before Senior Judge Eric G. Bruggink. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 02/17/2005) |
| 02/24/2005 | | Set/Reset Transcript Deadlines: Transcript due by 3/15/2005. (vp1, ) (Entered: 02/24/2005) |
| 03/14/2005 | | TRANSCRIPT of Proceedings held on 2/15/05 before Judge Eric J. Bruggink. (eph, ) (Entered: 03/15/2005) |
| 03/28/2005 | 35 | STATUS REPORT ORDER: Status Report due by 4/6/2005. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 03/31/2005) |
| 04/06/2005 | 36 | STATUS REPORT and MOTION to Stay The Proceedings, filed by USA. Service: 4/6/2005. Response due by 4/25/2005.(mb2, ) (Entered: 04/08/2005) |
| 04/08/2005 | 37 | MOTION for Extension of Time until 4/8/2005 to FIle Joint Status Report, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 4/7/2005. Response due by 4/25/2005. (mb2, ) (Entered: 04/12/2005) |
| 04/14/2005 | 38 | ORDER granting [37] Motion for Extension of Time. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 04/18/2005) |
| 04/14/2005 | 39 | STATUS REPORT by DIANNE J. MILLER, ROBERT N. MILLER. Service: 4/7/2005.(mb2, ) (Entered: 04/18/2005) |
| 04/15/2005 | 40 | ORDER granting in part and denying in part [36] Motion to Stay. Status Report due by 5/20/2005. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 04/19/2005) |
| 05/20/2005 | 41 | JOINT STATUS REPORT, filed by all parties. (mb2, ) (Entered: 05/26/2005) |
| 05/31/2005 | 42 | SCHEDULING ORDER: Class counsel for plaintiff's Cross Motions due by 6/17/2005. Defendant's Dispositive Motion(s) due by 6/3/2005. Parties Status Report due by 6/3/2005. Signed by Senior Judge Eric G. Bruggink. (dw1) (Entered: 06/02/2005) |
| 06/03/2005 | 43 | JOINT STATUS REPORT, filed by all parties. Service: 6/3/2005. |

| | | |
|---|---|---|
| | | (mb2, ) (Entered: 06/08/2005) |
| 06/03/2005 | 44 | MOTION for Partial Summary Judgment (with separate Exhibit List), filed by USA. Service: 6/3/2005. Dispositive Motion Response due by 6/17/2005.(mb2, ) (Entered: 06/08/2005) |
| 06/03/2005 | 45 | PROPOSED FINDINGS of Uncontroverted Fact RE: [44] MOTION for Partial Summary Judgment, filed by USA. Service: 6/3/2005. (mb2, ) (Entered: 06/08/2005) |
| 06/10/2005 | 46 | JOINT STATUS REPORT, filed by all parties. Service: 6/10/2005. (mb2, ) (Entered: 06/15/2005) |
| 06/13/2005 | 47 | NOTICE of Change of Address by William James Shapiro. Service: 6/13/2005.(mb2, ) (Entered: 06/16/2005) |
| 06/24/2005 | 48 | MOTION for Extension of Time until 7/1/2005 to File Response as to [44] MOTION for Partial Summary Judgment, filed by DIANNE J. MILLER. Service: 6/23/2005. Response due by 7/11/2005. (mb2, ) (Entered: 06/27/2005) |
| 06/29/2005 | 49 | STATUS REPORT, filed by USA. [FILED BY LEAVE OF THE JUDGE] Service: 6/27/2005.(mb2, ) Modified to correct filer on 6/30/2005 (mb2, ). (Entered: 06/30/2005) |
| 06/29/2005 | 50 | MOTION for Leave to File Status Report out of time, filed by USA. [FILED BY LEAVE OF THE JUDGE] Service: 6/27/2005. Response due by 7/14/2005. (mb2, ) Modified to correct filer on 6/30/2005 (mb2, ). (Entered: 06/30/2005) |
| 06/29/2005 | 51 | ORDER granting [50] Motion for Leave to File Status Report out of time. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 06/30/2005) |
| 06/29/2005 | 52 | ORDER granting [48] Motion for Extension of Time to File Response re [44] MOTION for Partial Summary Judgment. Cross Motion and Response due by 7/1/2005. Response and Reply due by 7/22/2005. Reply due by 8/5/2005. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 06/30/2005) |
| 06/30/2005 | | Set/Reset Transcript Deadlines: Transcript due by 8/1/2005. (vp1, ) (Entered: 06/30/2005) |
| 07/05/2005 | 53 | CROSS MOTION and RESPONSE (with separate exhibits) to [44] Motion for Partial Summary Judgment filed by USA, filed by DIANNE J. MILLER. [FILED BY LEAVE OF THE JUDGE] Service: 6/30/2005. Dispositive Motion Response due by 7/22/2005. (mb2, ) Modified on 7/6/2005 (mb2, ). (Entered: 07/06/2005) |
| 07/05/2005 | 54 | RESPONSE to [45] PROPOSED FINDINGS of Uncontroverted Fact, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] Service: 6/30/2005.(mb2, ) (Entered: 07/08/2005) |

| | | |
|---|---|---|
| 07/15/2005 | 55 | RESPONSE to [53] CROSS MOTION and reply to RESPONSE to [44] Motion for Partial Summary Judgment filed by USA, Reply due by 8/1/2005. Service: 7/14/2005.(mb2, ) (Entered: 07/20/2005) |
| 07/15/2005 | 56 | RESPONSE to PROPOSED FINDINGS of Uncontroverted Fact, filed by USA. Service: 7/15/2005.(mb2, ) (Entered: 07/20/2005) |
| 07/28/2005 | 57 | REPLY to Response to Motion re [53] CROSS MOTION and RESPONSE to [44] Motion for Partial Summary Judgment filed by USA, filed by DIANNE J. MILLER. [FILED BY LEAVE OF THE JUDGE] Service: 7/22/2005.(mb2, ) (Entered: 07/29/2005) |
| 08/01/2005 | | TRANSCRIPT (Pg1-16) of Proceedings held on 8/1/05 before Judge Eric G. Bruggink. (eph, ) (Entered: 08/03/2005) |
| 08/10/2005 | 58 | JOINT STATUS REPORT and JOINT CASE MANAGEMENT PLAN by DIANNE J. MILLER, ROBERT N.and MILLER and LISA M. SHANIKA. Service: 8/2/05.(dw1) (Entered: 08/11/2005) |
| 08/11/2005 | 59 | STATUS REPORT ORDER: Joint Status Report due by 10/31/2005. Signed by Senior Judge Eric G. Bruggink. (dw1) (Entered: 08/11/2005) |
| 08/16/2005 | 60 | MOTION to Dismiss pursuant to Rule 12(b)(1), filed by USA.Service: 8/15/2005. Dispositive Motion Response due by 9/15/2005.(mb2, ) (Entered: 08/18/2005) |
| 08/31/2005 | 61 | RESPONSE to [60] MOTION to Dismiss pursuant to Rule 12(b)(1) and MOTION in the Alternative, filed by DIANNE J. MILLER. [FILED BY LEAVE OF THE JUDGE] Reply due by 9/12/2005. Service: 8/26/2005.(mb2, ) (Entered: 09/01/2005) |
| 08/31/2005 | 62 | PUBLISHED OPINION on [53] CROSS MOTION and RESPONSE to [44] Motion for Partial Summary Judgment filed by USA, filed by DIANNE J. MILLER, [44] MOTION for Partial Summary Judgment filed by USA. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 09/01/2005) |
| 09/16/2005 | 63 | REPLY to Response to Motion re [60] MOTION to Dismiss pursuant to Rule 12(b)(1), filed by USA. [FILED BY LEAVE OF THE JUDGE] Service: 9/13/2005.(mb2, ) Modified on 9/20/2005 (mb2, ). (Entered: 09/20/2005) |
| 09/23/2005 | 64 | SUPPLEMENTAL CLAIM INDEX by DIANNE J. MILLER, ROBERT N.and MILLER and LISA M. SHANIKA, by leave of the Judge. Service: 9/19/2005.(dw1) (Entered: 09/26/2005) |
| 10/11/2005 | 65 | MOTION for Reconsideration re [62] Published Opinion, filed by DIANNE J. MILLER. [FILED BY LEAVE OF THE JUDGE] Service: 9/27/2005. Response due by 10/14/2005. (mb2, ) (Entered: 10/12/2005) |
| 10/13/2005 | 66 | MOTION to Amend [59] Status Report Order, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY |

| | | |
|---|---|---|
| | | LEAVE OF THE JUDGE] Service: 10/6/2005. Response due by 10/24/2005. (mb2, ) (Entered: 10/17/2005) |
| 10/13/2005 | 67 | MOTION to Amend Class, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] Service: 10/6/2005. Response due by 10/24/2005. (mb2, ) (Entered: 10/17/2005) |
| 10/18/2005 | 68 | ORDER Setting Hearing on Motion [60] MOTION to Dismiss pursuant to Rule 12(b)(1): Oral Argument set for 8/16/2005 at 10:00 AM in National Courts Building before Senior Judge Eric G. Bruggink. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 10/20/2005) |
| 10/25/2005 | | Set/Reset Transcript Deadlines: Transcript due by 11/25/2005. (vp1, ) (Entered: 10/25/2005) |
| 11/02/2005 | 69 | ORDER granting [60] Motion to Dismiss - Rule 12(b)(1), denying [65] Motion for Reconsideration, granting [66] Motion to Amend Order, granting [67] Motion to Amend the Class. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 11/07/2005) |
| 11/08/2005 | 70 | MOTION for Partial Summary Judgment as to the Appropriate Interest Rate Necessary to Calculate "Just Compensation", filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 11/7/2005. Dispositive Motion Response due by 12/8/2005.(mb2, ) (Entered: 11/09/2005) |
| 11/08/2005 | 71 | PROPOSED FINDINGS of Uncontroverted Fact RE: [70] MOTION for Partial Summary Judgment, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 11/7/2005. (mb2, ) (Entered: 11/09/2005) |
| 11/15/2005 | 72 | MOTION to Amend Entries of Appearance for Existing Claims 20, 30 and 73, Consent to Dismissal of Existing Claim 33 as Substituted by Supplemental Claim 79 and Withdrawal of Claim 92 , filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] Service: 11/2/2005. Response due by 11/21/2005. (mb2, ) (Entered: 11/16/2005) |
| 11/15/2005 | 73 | ORDER denying as moot [72] Motion to Amend Entries of Appearance for Existing Claims 20, 30 and 73, Consent to Dismissal of Existing Claim 33 as Substituted by Supplemental Claim 79 and Withdrawal of Claim 92. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 11/16/2005) |
| 11/23/2005 | 75 | MOTION to Stay Briefing on Plaintiffs' Motion for Partial Summary Judgment , filed by USA. Service: 11/25/2005. Response due by 12/12/2005. (mb2, ) (Entered: 11/29/2005) |
| 11/28/2005 | 74 | TRANSCRIPT of Proceedings held on October 25, 2005 before Senior Judge Eric G. Bruggink. (dw1) (Entered: 11/29/2005) |

[redacted]

| | | |
|---|---|---|
| | | Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 03/13/2006) |
| 03/13/2006 | 90 | MOTION to Lift Stay , filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 3/10/2006. Response due by 3/27/2006. (mb2, ) (Entered: 03/15/2006) |
| 03/21/2006 | 91 | JOINT STATUS REPORT, filed by all parties. [FILED BY LEAVE OF THE JUDGE] Service: 3/17/2006.(mb2, ) (Entered: 03/22/2006) |
| 03/23/2006 | 92 | STATUS REPORT ORDER: **Status Report due by 4/19/2006.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 03/27/2006) |
| 03/27/2006 | 93 | RESPONSE to [90] MOTION to Lift Stay , filed by USA. **Reply due by 4/10/2006.** Service: 3/27/2006.(mb2, ) (Entered: 03/29/2006) |
| 03/31/2006 | 94 | STATUS CONFERENCE ORDER: **Status Conference set for 4/3/2006 at 2:30 PM before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 04/04/2006) |
| 04/04/2006 | 95 | STATUS CONFERENCE ORDER: **Status Conference set for 4/19/2006 at 2:30 PM before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 04/06/2006) |
| 04/20/2006 | 96 | STATUS CONFERENCE ORDER: **Status Conference set for 5/12/2006 at 2:30 PM before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 04/25/2006) |
| 05/17/2006 | 97 | ORDER granting [90] Motion Lifting Stay. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 05/24/2006) |
| 05/17/2006 | | Set Deadlines: Response due by 6/2/2006. Reply due by 6/16/2006. Joint Status Report due by 6/12/2006. (mb2, ) (Entered: 05/24/2006) |
| 06/02/2006 | 98 | PROPOSED FINDINGS of Uncontroverted Fact RE: [70] MOTION for Partial Summary Judgment, filed by USA. Service: 6/2/2006. (lld, ) (Entered: 06/07/2006) |
| 06/02/2006 | 99 | RESPONSE to [71] PROPOSED FINDINGS of Uncontroverted Fact, filed by USA. Service: 6/2/2006.(lld, ) (Entered: 06/07/2006) |
| 06/02/2006 | 100 | CROSS MOTION and RESPONSE to [70] Motion for Partial Summary Judgment, filed by DIANNE J. MILLER,, ROBERT N.and MILLER,, LISA M. SHANIKA, , filed by USA. Service: 6/2/2006.**Response due by 6/16/2006.**(lld, ) (Entered: 06/07/2006) |
| 06/09/2006 | 101 | SCHEDULING ORDER:**Response due by 7/5/2006. Reply due by 7/24/2006.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 06/12/2006) |
| 06/12/2006 | 102 | JOINT STATUS REPORT, filed by all parties. Service: 6/12/2006. (mb2, ) (Entered: 06/13/2006) |

| | | |
|---|---|---|
| 06/19/2006 | 103 | MOTION to Amend Schedule re: [101] Scheduling Order, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. Service: 6/16/2006.**Response due by 7/3/2006.**(mb2, ) (Entered: 06/20/2006) |
| 07/05/2006 | 104 | RESPONSE and reply (with two volume appendix) to [100] CROSS MOTION and RESPONSE to [70] Motion for Partial Summary Judgment, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] **Reply due by 7/20/2006.** Service: 7/3/2006.(mb2, ) (Entered: 07/07/2006) |
| 07/05/2006 | 105 | RESPONSE to [98] PROPOSED FINDINGS of Uncontroverted Fact, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] Service: 7/3/2006.(mb2, ) (Entered: 07/07/2006) |
| 07/05/2006 | 106 | PROPOSED ADDITIONAL FACTS re: [70] Motion for Partial Summary Judgment, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. [FILED BY LEAVE OF THE JUDGE] Service: 7/3/2006.(mb2, ) (Entered: 07/07/2006) |
| 07/05/2006 | 107 | ORDER denying [103] Motion to Shorten Time. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 07/07/2006) |
| 07/11/2006 | 108 | ORDER DENYING defendant's July 10, 2006, motion to strike or, in the alternative, motion for extension of time; and permitting defendant's reply to exceed the page limit by 34 pages. Signed by Judge Eric G. Bruggink. (dls ) (Entered: 07/14/2006) |
| 07/13/2006 | 109 | OPPOSITION to plaintiffs' motion for leave to exceed the page limit, and MOTION to Strike or, in the alternative for enlargement of time (to August 21, 2006) to file its reply memorandum filed by USA [by leave of the judge]. Service: 7/10/06.**Response due by 7/27/2006.**(dls ) (Entered: 07/14/2006) |
| 07/24/2006 | 110 | REPLY to Response to Motion re [100] CROSS MOTION and RESPONSE to [70] Motion for Partial Summary Judgment, filed by DIANNE J. MILLER,, ROBERT N.and MILLER,, LISA M. SHANIKA, , filed by USA. Service: 7/24/2006.(mb2, ) (Entered: 07/25/2006) |
| 07/24/2006 | 111 | RESPONSE to [106] Proposed Additional Facts , filed by USA. Service: 7/24/2006.(mb2, ) (Entered: 07/25/2006) |
| 07/27/2006 | 112 | ORDER Setting Hearing on Motion [70] MOTION for Partial Summary Judgment, [100] CROSS MOTION and RESPONSE to [70] Motion for Partial Summary Judgment: **Oral Argument set for 8/10/2006 at 2:00 PM in National Courts Building before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 07/27/2006) |
| 08/10/2006 | | Set/Reset Transcript Deadlines: Transcript due by 9/11/2006. |

| | | |
|---|---|---|
| | | (vp1, ) (Entered: 08/10/2006) |
| 08/22/2006 | 113 | ORDER granting in part [70] Motion for Partial Summary Judgment, denying [100] Cross Motion. **Status Report due by 9/15/2006.** Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 08/22/2006) |
| 08/24/2006 | 114 | TRANSCRIPT of Proceedings (pages 1-47) held on August 10, 2006 before Sr. Judge Eric G. Bruggink. (dw1) (Entered: 08/24/2006) |
| 08/25/2006 | 115 | ORDER directing the Clerk to designate this case as an electronic (ECF) case. All future filings will be in electronic form. Signed by Judge Eric G. Bruggink. (mb2, ) (Entered: 08/25/2006) |
| 08/25/2006 | 116 | NOTICE of Designation of Electronic Case. (mb2, ) (Entered: 08/25/2006) |
| 10/02/2006 | | STATUS CONFERENCE ORDER: **Status Conference set for Friday,10/6/2006 02:30 PM Eastern (1:30 p.m. Central; 11:30 a.m. Pacific) in Chambers (Telephonic) before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (mkb, ) (Entered: 10/02/2006) |
| 10/11/2006 | | Set/Reset Transcript Deadlines: Transcript due by 11/6/2006. (vp1, ) (Entered: 10/11/2006) |
| 10/11/2006 | | Set/Reset Transcript Deadlines: Transcript due by 11/6/2006. (vp1, ) (Entered: 10/11/2006) |
| 11/03/2006 | 118 | TRANSCRIPT of Proceedings (pages 1-12) held on October 6, 2006 before Senior Judge Eric G. Bruggink. (dw1) (Entered: 11/08/2006) |
| 11/06/2006 | 117 | SCHEDULING ORDER:**Response due on or before noon on 11/13/2006. Fairness hearing set for 11/15/2006 09:00 AM in plaintiffs' counsel's office before Senior Judge Eric G. Bruggink.** Signed by Judge Eric G. Bruggink. (cl2, ) (Entered: 11/06/2006) |
| 11/13/2006 | 119 | MEMORANDUM, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (Hearne, Mark) (Entered: 11/13/2006) |
| 11/14/2006 | 120 | AMENDED MEMORANDUM, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Errata 6# 7 Exhibit 7)(Hearne, Mark) Modified on 11/15/2006to indicate this is an amended memorandum. (dls ). (Entered: 11/14/2006) |
| 11/15/2006 | 121 | NOTICE, filed by all plaintiffs re 119 Memorandum *of Law in Support of Settlement* (Hearne, Mark) (Entered: 11/15/2006) |

| | | |
|---|---|---|
| 11/15/2006 | 122 | SETTLEMENT AGREEMENT *Filing Memorandum*, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA. (Attachments: # 1 Proposed Settlement)(Hearne, Mark) (Entered: 11/15/2006) |
| 11/15/2006 | 123 | NOTICE, filed by DIANNE J. MILLER, ROBERT N.and MILLER, LISA M. SHANIKA *Filing Memorandum* (Attachments: # 1 Exhibit Consents for Claims 1 through 46# 2 Exhibit Consents for Claims 47 through 79# 3 Exhibit Consents for Claims 81 through 116# 4 Exhibit Objection by James Reid# 5 Exhibit Objection by Warren Peterson# 6 Exhibit Chart Noting Objections and Consents for Each Claim)(Hearne, Mark) (Entered: 11/15/2006) |
| 11/17/2006 | 124 | UNPUBLISHED ORDER. The Clerk is directed to enter judgment. Signed by Judge Eric G. Bruggink. (cl2, ) (Entered: 11/17/2006) |
| 11/17/2006 | | Set/Reset Transcript Deadlines: Transcript due by 12/15/2006. (vp1, ) (Entered: 11/17/2006) |
| 11/21/2006 | 125 | NOTICE, filed by all plaintiffs *Filing Consent of James S. Reid* (Attachments: # 1 Exhibit James S. Reid Consent to Settlement and Release of Claims)(Hearne, Mark) (Entered: 11/21/2006) |
| 11/21/2006 | 126 | JUDGMENT entered, pursuant to Rule 58, that plaintiffs recover of and from the United States the total sum of $8,151,682.73 consisting of principal, interest, URA attorney fee reimbursement, and expenses. Counsel may, prior to distribution to class members of the balance in the proportion set out in the settlement proposal, recover from the total judgment, attorney fees of $2,500,000.00, along with $30,000.00 in expenses. The net payment of compensation to the class members will then be adjusted proportionately. No costs. (dls ) (Entered: 11/21/2006) |
| 11/29/2006 | 127 | NOTICE, filed by all plaintiffs *Notice of Filing Consent and Waiver of Warren John Peterson* (Attachments: # 1 Exhibit Warren Peterson Consent and Waiver)(Hearne, Mark) (Entered: 11/29/2006) |
| 12/15/2006 | 128 | TRANSCRIPT of Proceedings (pages 1-75) held on November 15, 2006 before Senior Judge Eric G. Bruggink. (dw1) (Entered: 12/18/2006) |
| 12/18/2006 | 129 | CERTIFIED TRANSCRIPT OF JUDGMENT, dated November 21, 2006, forwarded to Mark Fernlund Hearne, II. See letter in file. (bre,) (Entered: 12/21/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/25/2007 14:53:53 |

| | | | |
|---|---|---|---|
| **PACER Login:** | us3079 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-02489-EGB |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |