**1:93-cv-00134-EGB** MOORE, et al v. USA
Eric G. Bruggink, presiding
**Date filed:** 03/05/1993
**Date terminated:** 01/31/2005 **Date of last filing:** 03/23/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 03/05/1993<br>*Entered:* 02/28/1994 | Complaint |
| 2 | *Filed:* 03/05/1993<br>*Entered:* 09/19/1997 | Notice of Related Case(s) |
| 3 | *Filed:* 03/05/1993<br>*Entered:* 02/28/1994 | Case Assigned/Reassigned |
| 4 | *Filed:* 03/05/1993<br>*Entered:* 09/19/1997<br>*Terminated:* 07/02/1998 | Motion to Certify Class |
| 5 | *Filed:* 03/11/1993<br>*Entered:* 08/10/1998 | Notice of Appearance |
| 6 | *Filed:* 04/02/1993<br>*Entered:* 09/19/1997 | Notice of Change of Address |
| 7 | *Filed:* 04/20/1993<br>*Entered:* 09/19/1997<br>*Terminated:* 04/27/1993 | Motion for Leave to File |
| 8 | *Filed:* 04/26/1993<br>*Entered:* 02/28/1994 | Amended Complaint |
| 9 | *Filed:* 04/27/1993<br>*Entered:* 09/19/1997 | Order |
| 10 | *Filed:* 05/04/1993<br>*Entered:* 02/28/1994 | Answer |
| 11 | *Filed:* 05/04/1993<br>*Entered:* 09/19/1997 | Response to Motion |
| 12 | *Filed:* 06/07/1993<br>*Entered:* 09/19/1997<br>*Terminated:* 06/07/1993 | Motion for Extension of Time |
| 13 | *Filed:* 06/07/1993<br>*Entered:* 09/19/1997 | Response to Motion |
| 14 | *Filed:* 06/07/1993<br>*Entered:* 09/19/1997 | Order |
| 15 | *Filed:* 06/07/1993<br>*Entered:* 02/28/1994 | Notice of Appearance |
| 16 | *Filed:* 06/16/1993<br>*Entered:* 02/28/1994 | Joint Preliminary Status Report |

| | | | |
|---|---|---|---|
| 17 | *Filed:*<br>*Entered:* | 07/20/1993<br>02/28/1994 | Order |
| 18 | *Filed:*<br>*Entered:* | 10/05/1995<br>10/11/1995 | Order |
| 19 | *Filed:*<br>*Entered:* | 10/06/1995<br>10/17/1995 | Status Report Order |
| 20 | *Filed:*<br>*Entered:* | 10/20/1995<br>10/26/1995 | Memorandum |
| 21 | *Filed:*<br>*Entered:* | 10/27/1995<br>11/02/1995 | Order |
| 22 | *Filed:*<br>*Entered:* | 01/22/1997<br>01/29/1997 | Status Report |
| 23 | *Filed:*<br>*Entered:* | 05/01/1997<br>05/13/1997 | Status Report |
| 24 | *Filed:*<br>*Entered:* | 05/01/1997<br>05/14/1997 | Notice of Appearance |
| 25 | *Filed:*<br>*Entered:* | 05/12/1997<br>09/19/1997 | Status Report Order |
| 26 | *Filed:*<br>*Entered:* | 06/26/1997<br>09/19/1997 | Status Report |
| 27 | *Filed:*<br>*Entered:* | 06/26/1997<br>07/16/1997 | Order |
| 28 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/10/1997<br>07/25/1997<br>12/09/2002 | *Description not available* |
| 29 | *Filed:*<br>*Entered:* | 07/17/1997<br>07/31/1997 | Order |
| 30 | *Filed:*<br>*Entered:* | 09/02/1997<br>09/19/1997 | Reply to Response to Motion |
| 31 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/12/1997<br>09/18/1997<br>09/15/1997 | *Description not available* |
| 32 | *Filed:*<br>*Entered:* | 09/15/1997<br>09/19/1997 | Order |
| 33 | *Filed:*<br>*Entered:* | 10/03/1997<br>10/14/1997 | Response |
| 34 | *Filed:*<br>*Entered:* | 10/16/1997<br>10/27/1997 | Reply to Response to Motion |
| 35 | *Filed:*<br>*Entered:* | 10/22/1997<br>10/29/1997 | Order |
| 36 | *Filed:*<br>*Entered:* | 10/28/1997<br>11/06/1997 | Order |
| -- | *Filed:* | 11/21/1997 | Oral Argument |

| | | | |
|---|---|---|---|
| | *Entered:* | 11/24/1997 | |
| 37 | *Filed:*<br>*Entered:* | 11/21/1997<br>12/08/1997 | Order |
| 39 | *Filed:*<br>*Entered:* | 12/16/1997<br>12/29/1997 | Memorandum |
| 40 | *Filed:*<br>*Entered:* | 12/16/1997<br>12/29/1997 | Affidavit |
| 41 | *Filed:*<br>*Entered:* | 12/16/1997<br>12/29/1997 | Affidavit |
| 38 | *Filed:*<br>*Entered:* | 12/22/1997<br>12/23/1997 | Transcript |
| 42 | *Filed:*<br>*Entered:* | 01/05/1998<br>01/13/1998 | Memorandum |
| -- | *Filed:*<br>*Entered:* | 01/07/1998<br>01/14/1998 | Set/Reset Deadlines |
| 43 | *Filed:*<br>*Entered:* | 01/07/1998<br>01/14/1998 | Order |
| 44 | *Filed:*<br>*Entered:* | 01/28/1998<br>02/02/1998 | Memorandum |
| 45 | *Filed:*<br>*Entered:* | 01/29/1998<br>02/02/1998 | Notice (Other) |
| 46 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/06/1998<br>02/10/1998<br>12/09/2002 | Motion for Leave to File |
| 47 | *Filed:*<br>*Entered:* | 07/02/1998<br>07/10/1998 | Published Decision |
| 48 | *Filed:*<br>*Entered:* | 08/05/1998<br>08/10/1998 | Notice of Appearance |
| 49 | *Filed:*<br>*Entered:* | 08/05/1998<br>08/12/1998 | Notice (Other) |
| 50 | *Filed:*<br>*Entered:* | 08/17/1998<br>08/19/1998 | Response |
| 51 | *Filed:*<br>*Entered:* | 08/25/1998<br>08/27/1998 | Order |
| 52 | *Filed:*<br>*Entered:* | 10/07/1998<br>10/13/1998 | Order |
| 53 | *Filed:*<br>*Entered:* | 10/13/1998<br>10/15/1998 | Notice of Related Case(s) |
| 54 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/13/1998<br>10/19/1998<br>12/23/1998 | Motion for Clarification |
| -- | *Filed:*<br>*Entered:* | 10/16/1998<br>10/20/1998 | Evidentiary Hearing |

| | | | |
|---|---|---|---|
| 56 | *Filed:*<br>*Entered:* | 10/19/1998<br>10/22/1998 | Order |
| 55 | *Filed:*<br>*Entered:* | 10/21/1998<br>10/22/1998 | Transcript |
| 57 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/22/1998<br>10/29/1998<br>12/09/2002 | Motion for Leave to File |
| 58 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/27/1998<br>11/02/1998<br>10/27/1998 | Motion for Extension of Time |
| 59 | *Filed:*<br>*Entered:* | 10/27/1998<br>11/02/1998 | Order |
| 60 | *Filed:*<br>*Entered:* | 11/04/1998<br>11/06/1998 | Response to Motion |
| 61 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/10/1998<br>11/13/1998<br>11/13/1998 | Motion for Extension of Time |
| 62 | *Filed:*<br>*Entered:* | 11/13/1998<br>11/19/1998 | Order |
| 63 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/17/1998<br>11/20/1998<br>11/17/1998 | Motion for Extension of Time |
| 64 | *Filed:*<br>*Entered:* | 11/17/1998<br>11/20/1998 | Order |
| 65 | *Filed:*<br>*Entered:* | 11/18/1998<br>11/24/1998 | Notice of Appearance |
| 66 | *Filed:*<br>*Entered:* | 11/20/1998<br>11/25/1998 | Reply to Response to Motion |
| 67 | *Filed:*<br>*Entered:* | 11/24/1998<br>12/02/1998 | Order |
| 69 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/04/1998<br>12/09/1998<br>12/09/1998 | Motion for Extension of Time |
| 68 | *Filed:*<br>*Entered:* | 12/07/1998<br>12/09/1998 | Status Report |
| -- | *Filed:*<br>*Entered:* | 12/08/1998<br>12/09/1998 | Oral Argument |
| 70 | *Filed:*<br>*Entered:* | 12/09/1998<br>12/14/1998 | Order |
| 71 | *Filed:*<br>*Entered:* | 12/10/1998<br>12/14/1998 | Order |
| 72 | *Filed:*<br>*Entered:* | 12/15/1998<br>12/17/1998 | Memorandum |
| | *Filed:* | 12/23/1998 | Published Decision |

| | | | |
|---|---|---|---|
| 73 | *Entered:* | 12/30/1998 | |
| 74 | *Filed & Entered:* | 01/06/1999 | Transcript |
| 75 | *Filed:*<br>*Entered:* | 01/13/1999<br>01/20/1999 | Order |
| 76 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/29/1999<br>01/30/1999<br>12/09/2002 | Motion for Summary Judgment |
| 77 | *Filed:*<br>*Entered:* | 01/29/1999<br>01/30/1999 | Proposed Findings of Uncontroverted Fact |
| 78 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/05/1999<br>02/09/1999<br>12/09/2002 | Motion to Amend/Correct |
| 79 | *Filed:*<br>*Entered:* | 02/09/1999<br>02/11/1999 | Response to Motion |
| 80 | *Filed:*<br>*Entered:* | 02/23/1999<br>02/26/1999 | Stipulation |
| 81 | *Filed:*<br>*Entered:* | 02/25/1999<br>03/01/1999 | Notice (Other) |
| 82 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/25/1999<br>03/02/1999<br>03/05/1999 | Motion for Extension of Time |
| 83 | *Filed:*<br>*Entered:* | 02/25/1999<br>03/03/1999 | Order |
| 84 | *Filed:*<br>*Entered:* | 03/05/1999<br>03/08/1999 | Order |
| 86 | *Filed:*<br>*Entered:* | 04/15/1999<br>04/21/1999 | Order |
| -- | *Filed:*<br>*Entered:* | 04/16/1999<br>04/22/1999 | Set/Reset Deadlines |
| 85 | *Filed:*<br>*Entered:* | 04/16/1999<br>04/20/1999 | Statement of Genuine Issues |
| 87 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/16/1999<br>04/22/1999<br>12/09/2002 | Cross Motion |
| 88 | *Filed:*<br>*Entered:* | 05/05/1999<br>05/07/1999 | Memorandum |
| 89 | *Filed:*<br>*Entered:* | 05/17/1999<br>05/19/1999 | Response to Motion |
| 90 | *Filed:*<br>*Entered:* | 05/17/1999<br>05/19/1999 | Statement of Genuine Issues |
| 91 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/02/1999<br>06/07/1999<br>06/28/1999 | Motion to Amend/Correct |

| | | | |
|---|---|---|---|
| 92 | *Filed:*<br>*Entered:* | 06/08/1999<br>06/14/1999 | Response |
| 93 | *Filed:*<br>*Entered:* | 06/17/1999<br>06/21/1999 | Response to Motion |
| 94 | *Filed:*<br>*Entered:* | 06/17/1999<br>06/21/1999 | Response to Motion |
| 95 | *Filed:*<br>*Entered:* | 06/23/1999<br>06/25/1999 | Reply to Response to Motion |
| 96 | *Filed:*<br>*Entered:* | 06/28/1999<br>07/01/1999 | Order |
| 97 | *Filed & Entered:* | 08/04/1999 | Memorandum |
| 98 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/04/1999<br>08/06/1999<br>08/04/1999 | Motion for Extension of Time |
| 99 | *Filed:*<br>*Entered:* | 08/04/1999<br>08/06/1999 | Order |
| 100 | *Filed:*<br>*Entered:* | 08/11/1999<br>08/12/1999 | Order |
| 101 | *Filed:*<br>*Entered:* | 08/19/1999<br>08/20/1999 | Response |
| 102 | *Filed & Entered:* | 09/07/1999 | Memorandum |
| -- | *Filed:*<br>*Entered:* | 10/12/1999<br>10/15/1999 | Set/Reset Deadlines |
| 103 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/12/1999<br>10/15/1999<br>10/19/1999 | Motion to Amend/Correct |
| 104 | *Filed:*<br>*Entered:* | 10/19/1999<br>10/25/1999 | Order |
| 105 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/09/1999<br>11/13/1999<br>12/01/1999 | Motion to Amend/Correct |
| 106 | *Filed:*<br>*Entered:* | 12/01/1999<br>12/06/1999 | Order |
| 107 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/13/1999<br>12/17/1999<br>01/19/2000 | Motion for Miscellaneous Relief |
| 108 | *Filed & Entered:*<br>*Terminated:* | 01/07/2000<br>01/07/2000 | Motion for Extension of Time |
| 109 | *Filed:*<br>*Entered:* | 01/07/2000<br>01/10/2000 | Order |
| | *Filed & Entered:* | | Response to Motion |

| | | | |
|---|---|---|---|
| 110 | | 01/11/2000 | |
| 111 | *Filed & Entered:* | 01/14/2000 | Scheduling Order |
| -- | *Filed:*<br>*Entered:* | 01/19/2000<br>01/21/2000 | Status Conference |
| 112 | *Filed:*<br>*Entered:* | 01/19/2000<br>01/21/2000 | Order |
| 113 | *Filed:*<br>*Entered:* | 02/08/2000<br>02/10/2000 | Status Report |
| 114 | *Filed:*<br>*Entered:* | 02/08/2000<br>02/10/2000 | Order |
| 115 | *Filed & Entered:* | 02/14/2000 | Response |
| 116 | *Filed:*<br>*Entered:* | 03/10/2000<br>03/13/2000 | Response |
| 117 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/03/2000<br>04/04/2000<br>04/04/2000 | Motion for Extension of Time |
| 118 | *Filed & Entered:* | 04/04/2000 | Order |
| 119 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/11/2000<br>04/12/2000<br>04/14/2000 | Motion to Amend/Correct |
| 120 | *Filed:*<br>*Entered:* | 04/14/2000<br>04/19/2000 | Order |
| 121 | *Filed:*<br>*Entered:* | 04/24/2000<br>04/25/2000 | Notice (Other) |
| 122 | *Filed:*<br>*Entered:* | 04/26/2000<br>04/27/2000 | Response |
| 123 | *Filed:*<br>*Entered:* | 04/26/2000<br>04/27/2000 | Response |
| 124 | *Filed:*<br>*Entered:* | 05/05/2000<br>05/09/2000 | Status Report |
| 125 | *Filed:*<br>*Entered:* | 05/11/2000<br>05/16/2000 | Order |
| 126 | *Filed:*<br>*Entered:* | 05/15/2000<br>05/16/2000 | Notice (Other) |
| 127 | *Filed:*<br>*Entered:* | 05/15/2000<br>05/16/2000 | Notice (Other) |
| 128 | *Filed:*<br>*Entered:* | 05/15/2000<br>05/16/2000 | Remark |
| 129 | *Filed:*<br>*Entered:* | 05/30/2000<br>05/31/2000 | Motion to Strike |

| | | | |
|---|---|---|---|
| | *Terminated:* | 09/11/2000 | |
| 130 | *Filed:*<br>*Entered:* | 06/05/2000<br>06/08/2000 | Order |
| 131 | *Filed:*<br>*Entered:* | 06/05/2000<br>06/08/2000 | Remark |
| 132 | *Filed:*<br>*Entered:* | 07/13/2000<br>07/18/2000 | Status Report |
| 132 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/13/2000<br>07/18/2000<br>07/31/2000 | Motion for Miscellaneous Relief |
| 133 | *Filed:*<br>*Entered:* | 07/31/2000<br>08/02/2000 | Order |
| 134 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/02/2000<br>08/04/2000<br>09/11/2000 | Motion for Leave to File |
| 135 | *Filed:*<br>*Entered:* | 08/04/2000<br>08/08/2000 | Response to Motion |
| 136 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/08/2000<br>08/10/2000<br>09/11/2000 | Motion for Leave to File |
| 137 | *Filed & Entered:* | 08/15/2000 | Response to Motion |
| -- | *Filed:*<br>*Entered:* | 09/08/2000<br>09/14/2000 | Status Conference |
| 138 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Order |
| 139 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 140 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 141 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 142 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 143 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 144 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 145 | *Filed:*<br>*Entered:* | 09/11/2000<br>09/13/2000 | Notice (Other) |
| 146 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/02/2000<br>10/05/2000<br>11/30/2000 | Motion to Strike |
| | | | |

| | | | |
|---|---|---|---|
| 147 | *Filed:*<br>*Entered:* | 10/06/2000<br>10/10/2000 | Transcript |
| 148 | *Filed:*<br>*Entered:* | 10/17/2000<br>10/19/2000 | Response to Motion |
| 149 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/17/2000<br>10/19/2000<br>11/16/2000 | Motion for Leave to File |
| 150 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/17/2000<br>10/20/2000<br>10/23/2000 | Motion for Extension of Time |
| 151 | *Filed:*<br>*Entered:* | 10/23/2000<br>10/25/2000 | Order |
| 156 | *Filed:*<br>*Entered:* | 10/24/2000<br>10/26/2000 | Order |
| 152 | *Filed & Entered:* | 10/26/2000 | Response to Motion |
| 153 | *Filed & Entered:*<br>*Terminated:* | 10/26/2000<br>11/16/2000 | Motion for Leave to File |
| 154 | *Filed & Entered:*<br>*Terminated:* | 10/26/2000<br>11/16/2000 | Motion for Extension of Time |
| 157 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/26/2000<br>10/27/2000<br>10/26/2000 | Motion for Extension of Time |
| 158 | *Filed:*<br>*Entered:* | 10/26/2000<br>10/27/2000 | Order |
| 159 | *Filed:*<br>*Entered:* | 10/30/2000<br>10/31/2000 | Response to Motion |
| 160 | *Filed:*<br>*Entered:* | 11/09/2000<br>11/13/2000 | Stipulation |
| 161 | *Filed:*<br>*Entered:* | 11/09/2000<br>11/13/2000 | Response to Motion |
| 162 | *Filed:*<br>*Entered:* | 11/09/2000<br>11/13/2000 | Reply to Response to Motion |
| -- | *Filed:*<br>*Entered:* | 11/16/2000<br>11/20/2000 | Set/Reset Deadlines |
| 163 | *Filed:*<br>*Entered:* | 11/16/2000<br>11/20/2000 | Order |
| 164 | *Filed:*<br>*Entered:* | 11/20/2000<br>11/28/2000 | Order |
| 165 | *Filed:*<br>*Entered:* | 11/20/2000<br>11/22/2000 | Notice (Other) |
| | *Filed:* | 11/20/2000 | Notice (Other) |

| | | | |
|---|---|---|---|
| 166 | *Entered:* | 11/22/2000 | |
| 167 | *Filed:*<br>*Entered:* | 11/20/2000<br>11/22/2000 | Notice (Other) |
| 168 | *Filed & Entered:* | 11/22/2000 | Order |
| 170 | *Filed:*<br>*Entered:* | 11/28/2000<br>11/30/2000 | Order |
| 169 | *Filed:*<br>*Entered:* | 11/29/2000<br>11/30/2000 | Notice (Other) |
| 171 | *Filed:*<br>*Entered:* | 11/30/2000<br>12/04/2000 | Order |
| 172 | *Filed:*<br>*Entered:* | 11/30/2000<br>12/04/2000 | Notice (Other) |
| 173 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 174 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 175 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 176 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 177 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 178 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 179 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 180 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 181 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 182 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 183 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 184 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 185 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 186 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |
| 187 | *Filed:*<br>*Entered:* | 12/12/2000<br>12/13/2000 | Notice (Other) |

| | | |
|---|---|---|
| 188 | *Filed & Entered:* 01/04/2001 | Remark |
| 189 | *Filed & Entered:* 01/04/2001 | Remark |
| 190 | *Filed & Entered:* 01/04/2001 | Remark |
| 191 | *Filed & Entered:* 01/04/2001 | Remark |
| 192 | *Filed & Entered:* 01/04/2001 | Remark |
| 193 | *Filed & Entered:* 01/04/2001 | Remark |
| 194 | *Filed & Entered:* 01/04/2001 | Remark |
| 195 | *Filed & Entered:* 01/04/2001 | Remark |
| 196 | *Filed & Entered:* 01/04/2001 | Remark |
| 197 | *Filed & Entered:* 01/04/2001 | Remark |
| 198 | *Filed & Entered:* 01/04/2001 | Remark |
| 199 | *Filed & Entered:* 01/04/2001 | Remark |
| 200 | *Filed & Entered:* 01/04/2001 | Remark |
| 201 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 202 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 203 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 204 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 205 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 206 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 207 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 208 | *Filed:* 01/11/2001<br>*Entered:* 01/12/2001 | Remark |
| 209 | *Filed:* 01/11/2001 | Remark |

| | | | |
|---|---|---|---|
| | *Entered:* | 01/12/2001 | |
| 210 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 211 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 212 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 213 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 214 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 215 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 216 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 217 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 218 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 219 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 220 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 221 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 222 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 223 | *Filed:*<br>*Entered:* | 01/11/2001<br>01/12/2001 | Remark |
| 224 | *Filed:*<br>*Entered:* | 01/12/2001<br>01/17/2001 | Stipulation |
| 225 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 226 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 227 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 228 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 229 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 230 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |

| | | | |
|---|---|---|---|
| 231 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 232 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 233 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 234 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 235 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 236 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 237 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 238 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 239 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 240 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 241 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 242 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 243 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 244 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 245 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 246 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 247 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 248 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 249 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 250 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 251 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 252 | *Filed:* | 02/02/2001 | Remark |

| | | | |
|---|---|---|---|
| | *Entered:* | 02/05/2001 | |
| 253 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 254 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 255 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 256 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 257 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 258 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 259 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 260 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 261 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 262 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 263 | *Filed:*<br>*Entered:* | 02/02/2001<br>02/05/2001 | Remark |
| 264 | *Filed:*<br>*Entered:* | 02/07/2001<br>02/08/2001 | Order |
| 265 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/12/2001<br>02/13/2001<br>12/09/2002 | Motion for Extension of Time |
| 266 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 267 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 268 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 269 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 270 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 271 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 272 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 273 | *Filed:* | 02/12/2001 | Notice (Other) |

| | | | |
|---|---|---|---|
| | *Entered:* | 02/13/2001 | |
| 274 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 275 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 276 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 277 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 278 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 279 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 280 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 281 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 282 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 283 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 284 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 285 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 286 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 287 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 288 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 289 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 290 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 291 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 292 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 293 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 294 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |

| | | | |
|---|---|---|---|
| 295 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 296 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 297 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 298 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 299 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 300 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 301 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 302 | *Filed:*<br>*Entered:* | 02/12/2001<br>02/13/2001 | Notice (Other) |
| 303 | *Filed:*<br>*Entered:* | 02/26/2001<br>02/27/2001 | Response to Motion |
| 304 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 305 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 306 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 307 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 308 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 309 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 310 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 311 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 312 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 313 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 314 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 315 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |
| 316 | *Filed & Entered:* | 02/27/2001 | Notice (Other) |

| | | |
|---|---|---|
| 317 | *Filed & Entered:* 02/27/2001 | Notice (Other) |
| 318 | *Filed & Entered:* 02/27/2001 | Notice (Other) |
| 319 | *Filed & Entered:* 02/27/2001 | Notice (Other) |
| 320 | *Filed:* 02/28/2001<br>*Entered:* 03/05/2001 | Order |
| 321 | *Filed:* 03/21/2001<br>*Entered:* 03/22/2001 | Remark |
| 322 | *Filed:* 05/02/2001<br>*Entered:* 05/08/2001<br>*Terminated:* 12/09/2002 | Motion to Strike |
| 323 | *Filed:* 05/18/2001<br>*Entered:* 05/22/2001 | Notice (Other) |
| 324 | *Filed:* 05/18/2001<br>*Entered:* 05/22/2001<br>*Terminated:* 12/09/2002 | Motion for Leave to File |
| 325 | *Filed:* 05/18/2001<br>*Entered:* 05/22/2001 | Response to Motion |
| 326 | *Filed:* 05/23/2001<br>*Entered:* 05/24/2001 | Notice (Other) |
| 327 | *Filed:* 05/23/2001<br>*Entered:* 05/29/2001 | Order |
| 328 | *Filed & Entered:* 05/29/2001<br>*Terminated:* 12/09/2002 | Motion to Strike |
| 330 | *Filed & Entered:* 06/11/2001 | Memorandum |
| 331 | *Filed & Entered:* 06/11/2001 | Memorandum |
| 332 | *Filed & Entered:* 06/11/2001 | Memorandum |
| 333 | *Filed:* 07/23/2001<br>*Entered:* 07/24/2001<br>*Terminated:* 09/20/2001 | Motion for Miscellaneous Relief |
| 334 | *Filed:* 08/06/2001<br>*Entered:* 08/07/2001 | Response to Motion |
| 335 | *Filed & Entered:* 08/14/2001 | Notice of Appearance |
| 336 | *Filed & Entered:* 09/13/2001 | Order |

| | | |
|---|---|---|
| 337 | *Filed & Entered:* 09/20/2001 | Order |
| 338 | *Filed & Entered:* 10/02/2001 | Transcript |
| 339 | *Filed:* 10/16/2001<br>*Entered:* 10/17/2001 | Stipulation |
| 341 | *Filed:* 10/24/2001<br>*Entered:* 11/06/2001 | Status Report |
| 340 | *Filed:* 10/29/2001<br>*Entered:* 11/01/2001 | Order |
| 342 | *Filed:* 11/06/2001<br>*Entered:* 11/07/2001 | Remark |
| 343 | *Filed:* 11/16/2001<br>*Entered:* 11/19/2001 | Notice (Other) |
| 344 | *Filed:* 12/06/2001<br>*Entered:* 12/07/2001 | Notice (Other) |
| 345 | *Filed:* 12/27/2001<br>*Entered:* 01/02/2002 | Stipulation |
| 346 | *Filed & Entered:* 01/11/2002<br>*Terminated:* 02/20/2002 | Motion for Leave to File |
| 347 | *Filed:* 02/20/2002<br>*Entered:* 02/21/2002 | Order |
| 348 | *Filed:* 03/11/2002<br>*Entered:* 03/12/2002<br>*Terminated:* 12/09/2002 | Motion for Miscellaneous Relief |
| 349 | *Filed:* 03/15/2002<br>*Entered:* 03/18/2002 | Order |
| 350 | *Filed:* 03/20/2002<br>*Entered:* 03/21/2002<br>*Terminated:* 03/21/2002 | *Description not available* |
| -- | *Filed:* 03/21/2002<br>*Entered:* 04/03/2002 | Status Conference |
| 351 | *Filed & Entered:* 03/21/2002 | Order |
| 352 | *Filed:* 05/08/2002<br>*Entered:* 05/09/2002<br>*Terminated:* 05/24/2002 | *Description not available* |
| 353 | *Filed & Entered:* 05/23/2002<br>*Terminated:* 05/24/2002 | Stipulation |
| 354 | *Filed & Entered:* 05/24/2002 | Order |
| | *Filed:* 08/08/2002 | *Description not available* |

| | | | |
|---|---|---|---|
| 355 | *Entered:*<br>*Terminated:* | 08/12/2002<br>08/21/2002 | |
| 356 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/20/2002<br>08/23/2002<br>09/12/2002 | Motion to Strike |
| 357 | *Filed:*<br>*Entered:* | 08/21/2002<br>08/23/2002 | Order |
| 358 | *Filed:*<br>*Entered:* | 09/03/2002<br>09/05/2002 | Response to Motion |
| 359 | *Filed:*<br>*Entered:* | 09/05/2002<br>09/09/2002 | Order |
| 360 | *Filed:*<br>*Entered:* | 09/12/2002<br>09/16/2002 | Order |
| 361 | *Filed:*<br>*Entered:* | 10/03/2002<br>10/08/2002 | Order |
| 362 | *Filed:*<br>*Entered:* | 10/15/2002<br>10/16/2002 | Transcript |
| 363 | *Filed:*<br>*Entered:* | 10/18/2002<br>10/21/2002 | Memorandum |
| 364 | *Filed:*<br>*Entered:* | 10/18/2002<br>10/21/2002 | Exhibit List |
| 365 | *Filed:*<br>*Entered:* | 10/18/2002<br>10/21/2002 | Witness List |
| 366 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/18/2002<br>10/21/2002<br>11/06/2002 | Motion in Limine |
| 367 | *Filed:*<br>*Entered:* | 10/23/2002<br>10/25/2002 | Memorandum of Contentions of Fact and Law |
| 368 | *Filed:*<br>*Entered:* | 10/23/2002<br>10/25/2002 | Witness List |
| 369 | *Filed:*<br>*Entered:* | 10/23/2002<br>10/25/2002 | Exhibit List |
| 370 | *Filed:*<br>*Entered:* | 10/28/2002<br>10/30/2002 | Response to Motion |
| 371 | *Filed:*<br>*Entered:* | 10/29/2002<br>10/30/2002 | Witness List |
| 372 | *Filed:*<br>*Entered:* | 10/31/2002<br>11/05/2002 | Response |
| 373 | *Filed:*<br>*Entered:* | 11/05/2002<br>11/12/2002 | Reply to Response to Motion |
| 374 | *Filed:*<br>*Entered:* | 11/06/2002<br>11/12/2002 | Order |
| -- | *Filed:* | 11/08/2002 | Set/Reset Deadlines |

| | | | |
|---|---|---|---|
| | *Entered:* | 11/14/2002 | |
| 375 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/08/2002<br>11/14/2002<br>12/09/2002 | Motion to Strike |
| 376 | *Filed:*<br>*Entered:* | 12/19/2002<br>12/27/2002 | Published Decision |
| 377 | *Filed:*<br>*Entered:* | 12/27/2002<br>01/08/2003 | Transcript |
| -- | *Filed & Entered:* | 01/08/2003 | Trial - Held |
| 378 | *Filed:*<br>*Entered:* | 01/24/2003<br>01/31/2003 | Status Report |
| 379 | *Filed:*<br>*Entered:* | 01/31/2003<br>02/12/2003 | Status Report Order |
| 380 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 381 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 382 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 383 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 384 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 385 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 386 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 387 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/03/2003<br>02/13/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 388 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/07/2003<br>02/20/2003<br>02/26/2003 | Motion for Miscellaneous Relief |
| 389 | *Filed:*<br>*Entered:* | 02/24/2003<br>03/03/2003 | Status Report |
| | *Filed:* | 02/25/2003 | Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 390 | *Entered:*<br>*Terminated:* | 03/04/2003<br>03/05/2003 | |
| 391 | *Filed:*<br>*Entered:* | 02/26/2003<br>03/05/2003 | Order |
| 392 | *Filed:*<br>*Entered:* | 02/26/2003<br>03/05/2003 | Response to Motion |
| 393 | *Filed:*<br>*Entered:* | 02/28/2003<br>03/05/2003 | Status Report Order |
| 394 | *Filed:*<br>*Entered:* | 03/05/2003<br>03/07/2003 | Order |
| 395 | *Filed:*<br>*Entered:* | 03/05/2003<br>03/07/2003 | Order |
| 396 | *Filed:*<br>*Entered:* | 03/18/2003<br>03/20/2003 | Memorandum |
| 397 | *Filed:*<br>*Entered:* | 03/24/2003<br>03/26/2003 | Status Report |
| 398 | *Filed:*<br>*Entered:* | 03/26/2003<br>04/03/2003 | Status Report Order |
| 399 | *Filed:*<br>*Entered:* | 04/28/2003<br>04/29/2003 | Status Report |
| 400 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/01/2003<br>05/02/2003<br>01/31/2005 | Motion for Attorney Fees |
| 401 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/05/2003<br>05/08/2003<br>05/28/2003 | Motion to Stay |
| 403 | *Filed:*<br>*Entered:* | 05/27/2003<br>06/04/2003 | Memorandum |
| -- | *Filed & Entered:* | 05/28/2003 | *Description not available* |
| -- | *Filed:*<br>*Entered:* | 05/28/2003<br>06/04/2003 | Set Deadlines/Hearings |
| 402 | *Filed:*<br>*Entered:* | 05/28/2003<br>06/04/2003 | Order on Motion to Stay |
| -- | *Filed & Entered:* | 06/02/2003 | Set/Reset Transcript Deadlines |
| -- | *Filed & Entered:* | 06/13/2003 | Status Conference |
| -- | *Filed & Entered:* | 06/13/2003 | Set/Reset Transcript Deadlines |
| 404 | *Filed:*<br>*Entered:* | 06/13/2003<br>06/19/2003 | Status Conference Order |
| 405 | *Filed:* | 06/23/2003 | Transcript |

| | | | |
|---|---|---|---|
| | *Entered:* | 06/24/2003 | |
| 406 | *Filed & Entered:* | 07/02/2003 | Transcript |
| 407 | *Filed:*<br>*Entered:* | 07/03/2003<br>07/08/2003 | Status Conference Order |
| -- | *Filed & Entered:* | 07/11/2003 | Set/Reset Transcript Deadlines |
| -- | *Filed:*<br>*Entered:* | 07/14/2003<br>07/15/2003 | Set/Reset Deadlines |
| 408 | *Filed:*<br>*Entered:* | 07/14/2003<br>07/15/2003 | Scheduling Order |
| 409 | *Filed:*<br>*Entered:* | 08/04/2003<br>08/05/2003 | Transcript |
| 410 | *Filed:*<br>*Entered:* | 08/15/2003<br>08/19/2003 | Stipulation |
| 410 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/15/2003<br>08/19/2003<br>08/25/2003 | Motion for Entry of Judgment under Rule 54(b) |
| 411 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/21/2003<br>08/25/2003<br>10/03/2003 | Motion for Partial Summary Judgment |
| 412 | *Filed:*<br>*Entered:* | 08/21/2003<br>08/25/2003 | Proposed Findings of Uncontroverted Fact |
| 413 | *Filed:*<br>*Entered:* | 08/25/2003<br>08/26/2003 | Order |
| 414 | *Filed:*<br>*Entered:* | 08/25/2003<br>08/26/2003 | Affidavit |
| 415 | *Filed:*<br>*Entered:* | 08/25/2003<br>08/26/2003 | Unpublished Opinion/Order |
| 417 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/25/2003<br>08/26/2003<br>01/31/2005 | Motion for Miscellaneous Relief |
| 416 | *Filed & Entered:* | 08/26/2003 | Judgment |
| 418 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/27/2003<br>08/28/2003<br>08/27/2003 | Motion for Leave to File |
| 419 | *Filed:*<br>*Entered:* | 08/27/2003<br>08/28/2003 | Order on Motion for Leave to File |
| 420 | *Filed:*<br>*Entered:* | 08/27/2003<br>08/28/2003 | Notice (Other) |
| 421 | *Filed:*<br>*Entered:* | 08/27/2003<br>08/28/2003 | Notice (Other) |

| | | | |
|---|---|---|---|
| 422 | *Filed:*<br>*Entered:* | 08/28/2003<br>09/03/2003 | Response to Proposed Findings of Uncontroverted Fact |
| 423 | *Filed:*<br>*Entered:* | 08/28/2003<br>09/03/2003 | Proposed Findings of Uncontroverted Fact |
| 424 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/28/2003<br>09/03/2003<br>10/03/2003 | Cross Motion [Dispositive] |
| 425 | *Filed:*<br>*Entered:* | 08/29/2003<br>09/04/2003 | Response to Motion |
| 426 | *Filed:*<br>*Entered:* | 09/12/2003<br>09/16/2003 | Scheduling Order |
| 427 | *Filed:*<br>*Entered:* | 09/15/2003<br>09/16/2003 | Supplemental Brief |
| 428 | *Filed:*<br>*Entered:* | 09/15/2003<br>09/16/2003 | *Description not available* |
| 429 | *Filed:*<br>*Entered:* | 09/15/2003<br>09/16/2003 | Response to Proposed Findings of Uncontroverted Fact |
| 430 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/16/2003<br>09/22/2003<br>09/22/2003 | Motion for Extension of Time to File Response/Reply |
| 433 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/17/2003<br>09/25/2003<br>10/10/2003 | Motion to Vacate |
| -- | *Filed:*<br>*Entered:* | 09/22/2003<br>09/24/2003 | Set/Reset Hearings |
| 431 | *Filed:*<br>*Entered:* | 09/22/2003<br>09/24/2003 | Order on Motion for Extension of Time to File Response/Reply |
| 434 | *Filed:*<br>*Entered:* | 09/23/2003<br>09/29/2003 | Reply to Response to Motion |
| 432 | *Filed & Entered:* | 09/25/2003 | Certified Transcript to Attorney |
| 435 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/25/2003<br>10/02/2003<br>10/03/2003 | Motion to Strike |
| 436 | *Filed:*<br>*Entered:* | 09/25/2003<br>10/02/2003 | Response to Motion |
| -- | *Filed & Entered:* | 09/30/2003 | Set/Reset Transcript Deadlines |
| 437 | *Filed:*<br>*Entered:* | 10/01/2003<br>10/08/2003 | Order Setting Oral Argument/Hearing on Motion |
| 438 | *Filed:*<br>*Entered:* | 10/01/2003<br>10/08/2003 | Notice (Other) |
| 439 | *Filed:*<br>*Entered:* | 10/03/2003<br>10/10/2003 | Published Opinion |

| | | | |
|---|---|---|---|
| 441 | *Filed:*<br>*Entered:* | 10/08/2003<br>10/16/2003 | Response to Motion |
| 442 | *Filed:*<br>*Entered:* | 10/10/2003<br>10/17/2003 | Order on Motion to Vacate |
| 440 | *Filed & Entered:* | 10/15/2003 | Transcript |
| 443 | *Filed:*<br>*Entered:* | 10/17/2003<br>10/22/2003 | Notice (Other) |
| 444 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/17/2003<br>10/22/2003<br>10/29/2003 | Motion to Amend Schedule |
| -- | *Filed:*<br>*Entered:* | 10/29/2003<br>10/31/2003 | Set/Reset Deadlines |
| -- | *Filed:*<br>*Entered:* | 10/29/2003<br>10/31/2003 | Set/Reset Hearings |
| 445 | *Filed:*<br>*Entered:* | 10/29/2003<br>10/31/2003 | Order on Motion to Amend Schedule |
| 446 | *Filed:*<br>*Entered:* | 11/03/2003<br>11/06/2003 | Witness List |
| 447 | *Filed:*<br>*Entered:* | 11/03/2003<br>11/06/2003 | Exhibit List |
| 448 | *Filed:*<br>*Entered:* | 11/05/2003<br>11/10/2003 | Scheduling Order |
| 449 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/12/2003<br>11/17/2003<br>01/31/2005 | Motion to Amend/Correct |
| 450 | *Filed:*<br>*Entered:* | 11/14/2003<br>11/19/2003 | Response to Motion |
| 451 | *Filed:*<br>*Entered:* | 11/18/2003<br>11/24/2003 | Reply to Response to Motion |
| 452 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/18/2003<br>11/24/2003<br>12/02/2003 | Motion for Miscellaneous Relief |
| -- | *Filed & Entered:* | 11/19/2003 | Set/Reset Transcript Deadlines |
| 453 | *Filed:*<br>*Entered:* | 11/19/2003<br>11/25/2003 | Scheduling Order |
| 454 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/01/2003<br>12/04/2003<br>01/31/2005 | Motion for Attorney Fees |
| 455 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/02/2003<br>12/05/2003<br>12/04/2003 | Motion for Leave to File |
| | *Filed:* | 12/02/2003 | Order on Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 456 | *Entered:* | 12/09/2003 | |
| 457 | *Filed:*<br>*Entered:* | 12/04/2003<br>12/10/2003 | Order on Motion for Leave to File |
| 458 | *Filed:*<br>*Entered:* | 12/04/2003<br>12/10/2003 | Pretrial Memorandum |
| 459 | *Filed:*<br>*Entered:* | 12/11/2003<br>12/15/2003 | Transcript |
| 460 | *Filed:*<br>*Entered:* | 12/12/2003<br>12/16/2003 | Exhibit List |
| 461 | *Filed:*<br>*Entered:* | 12/12/2003<br>12/16/2003 | Witness List |
| 462 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/15/2003<br>12/19/2003<br>02/02/2004 | Motion to Strike |
| 463 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/17/2003<br>12/22/2003<br>12/19/2003 | Motion for Miscellaneous Relief |
| 464 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/18/2003<br>12/23/2003<br>02/02/2004 | Motion in Limine |
| 465 | *Filed:*<br>*Entered:* | 12/18/2003<br>12/23/2003 | Proposed Findings of Uncontroverted Fact |
| 466 | *Filed:*<br>*Entered:* | 12/18/2003<br>12/23/2003 | Memorandum of Contentions of Fact and Law |
| 467 | *Filed:*<br>*Entered:* | 12/18/2003<br>12/23/2003 | Exhibit List |
| 468 | *Filed:*<br>*Entered:* | 12/18/2003<br>12/23/2003 | Witness List |
| 469 | *Filed:*<br>*Entered:* | 12/19/2003<br>12/24/2003 | Order on Motion for Miscellaneous Relief |
| 470 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/19/2003<br>12/24/2003<br>02/02/2004 | Motion in Limine |
| 471 | *Filed:*<br>*Entered:* | 12/22/2003<br>12/29/2003 | Response |
| 472 | *Filed:*<br>*Entered:* | 12/23/2003<br>12/29/2003 | Notice (Other) |
| 473 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/12/2004<br>01/14/2004<br>02/02/2004 | Motion in Limine |
| 474 | *Filed:*<br>*Entered:* | 01/14/2004<br>01/20/2004 | Notice (Other) |
| 475 | *Filed:*<br>*Entered:* | 01/20/2004<br>01/23/2004 | Response to Motion |

| | | | |
|---|---|---|---|
| 476 | *Filed:*<br>*Entered:* | 01/21/2004<br>01/27/2004 | Response to Motion |
| 477 | *Filed:*<br>*Entered:* | 01/21/2004<br>01/27/2004 | Response to Proposed Findings of Uncontroverted Fact |
| 478 | *Filed:*<br>*Entered:* | 01/22/2004<br>01/27/2004 | Order |
| -- | *Filed & Entered:* | 01/23/2004 | Set/Reset Transcript Deadlines |
| 479 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/23/2004<br>01/29/2004<br>02/02/2004 | Motion for Leave to File |
| 480 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/26/2004<br>01/29/2004<br>02/02/2004 | Motion for Leave to File |
| 481 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/28/2004<br>02/03/2004<br>10/15/2004 | Motion to Withdraw |
| -- | *Filed:*<br>*Entered:* | 02/02/2004<br>02/06/2004 | Set/Reset Hearings |
| 482 | *Filed:*<br>*Entered:* | 02/02/2004<br>02/05/2004 | Proposed Findings of Uncontroverted Fact |
| 483 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/02/2004<br>02/05/2004<br>02/10/2004 | Motion for Partial Summary Judgment |
| 484 | *Filed:*<br>*Entered:* | 02/02/2004<br>02/05/2004 | Memorandum |
| 485 | *Filed:*<br>*Entered:* | 02/02/2004<br>02/06/2004 | Order on Motion to Strike |
| 486 | *Filed:*<br>*Entered:* | 02/02/2004<br>02/06/2004 | Supplemental Brief |
| 487 | *Filed:*<br>*Entered:* | 02/02/2004<br>02/06/2004 | Reply to Response to Motion |
| 488 | *Filed:*<br>*Entered:* | 02/05/2004<br>02/10/2004 | Transcript |
| -- | *Filed & Entered:* | 02/09/2004 | Set/Reset Transcript Deadlines |
| 489 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/09/2004<br>02/12/2004<br>02/10/2004 | Motion to Strike |
| 490 | *Filed:*<br>*Entered:* | 02/10/2004<br>02/13/2004 | Response to Motion |
| 491 | *Filed:*<br>*Entered:* | 02/10/2004<br>02/17/2004 | Order on Motion for Partial Summary Judgment |
| | *Filed & Entered:* | | Trial - Held |

| | | | |
|---|---|---|---|
| -- | | 02/20/2004 | |
| -- | *Filed & Entered:* | 02/20/2004 | Set/Reset Transcript Deadlines |
| 492 | *Filed:*<br>*Entered:* | 02/25/2004<br>03/01/2004 | Transcript |
| 493 | *Filed:*<br>*Entered:* | 03/11/2004<br>03/15/2004 | Transcript |
| 494 | *Filed:*<br>*Entered:* | 04/01/2004<br>04/05/2004 | Transcript |
| 495 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/07/2004<br>04/09/2004<br>01/31/2005 | Motion for Attorney Fees |
| 496 | *Filed:*<br>*Entered:* | 04/07/2004<br>04/09/2004 | Memorandum |
| 497 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/19/2004<br>05/20/2004<br>01/31/2005 | Motion for Attorney Fees |
| 498 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/04/2004<br>06/07/2004<br>01/31/2005 | Motion for Miscellaneous Relief |
| 499 | *Filed:*<br>*Entered:* | 06/09/2004<br>06/14/2004 | Response to Motion |
| 500 | *Filed:*<br>*Entered:* | 06/10/2004<br>06/15/2004 | Status Conference Order |
| 501 | *Filed:*<br>*Entered:* | 06/18/2004<br>06/22/2004 | Published Opinion |
| -- | *Filed & Entered:* | 06/23/2004 | Set/Reset Transcript Deadlines |
| 502 | *Filed:*<br>*Entered:* | 07/19/2004<br>07/20/2004 | Transcript |
| 503 | *Filed:*<br>*Entered:* | 09/24/2004<br>09/28/2004 | Stipulation |
| 504 | *Filed:*<br>*Entered:*<br>*Terminated:* | 10/13/2004<br>10/19/2004<br>01/31/2005 | Motion for Attorney Fees |
| -- | *Filed:*<br>*Entered:* | 10/15/2004<br>10/22/2004 | Set Deadlines/Hearings |
| 505 | *Filed:*<br>*Entered:* | 10/15/2004<br>10/22/2004 | Order on Motion to Withdraw |
| 506 | *Filed:*<br>*Entered:* | 11/05/2004<br>11/09/2004 | Response to Motion |
| 507 | *Filed:*<br>*Entered:* | 11/12/2004<br>11/16/2004 | Status Conference Order |
| | | | |

| | | | |
|---|---|---|---|
| 508 | *Filed:*<br>*Entered:* | 11/17/2004<br>11/19/2004 | Order Cancelling Deadline/Hearing |
| 509 | *Filed:*<br>*Entered:* | 11/18/2004<br>11/22/2004 | Scheduling Order |
| 510 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/19/2004<br>11/23/2004<br>01/31/2005 | Motion for Attorney Fees |
| -- | *Filed & Entered:* | 11/22/2004 | Set/Reset Transcript Deadlines |
| -- | *Filed & Entered:* | 11/22/2004 | Set/Reset Transcript Deadlines |
| 511 | *Filed:*<br>*Entered:* | 12/03/2004<br>12/10/2004 | Scheduling Order |
| -- | *Filed & Entered:* | 12/23/2004 | Set/Reset Transcript Deadlines |
| -- | *Filed & Entered:* | 12/23/2004 | Set/Reset Transcript Deadlines |
| 512 | *Filed:*<br>*Entered:* | 12/23/2004<br>12/30/2004 | Order |
| 513 | *Filed:*<br>*Entered:* | 12/29/2004<br>12/31/2004 | Stipulation |
| 514 | *Filed:*<br>*Entered:* | 01/03/2005<br>01/06/2005 | Order |
| 515 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/03/2005<br>01/06/2005<br>01/31/2005 | Motion for Attorney Fees |
| 516 | *Filed:*<br>*Entered:* | 01/06/2005<br>01/10/2005 | Response to Motion |
| 517 | *Filed:*<br>*Entered:* | 01/10/2005<br>01/11/2005 | Scheduling Order |
| 518 | *Filed:*<br>*Entered:* | 01/10/2005<br>01/12/2005 | Transcript |
| 519 | *Filed:*<br>*Entered:* | 01/10/2005<br>01/12/2005 | Response to Motion |
| -- | *Filed & Entered:* | 01/11/2005 | Set/Reset Transcript Deadlines |
| 520 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/12/2005<br>01/13/2005<br>01/14/2005 | Motion for Leave to File |
| 521 | *Filed:*<br>*Entered:* | 01/13/2005<br>01/18/2005 | Status Report |
| 522 | *Filed:*<br>*Entered:* | 01/14/2005<br>01/19/2005 | Order on Motion for Leave to File |

| | | | |
|---|---|---|---|
| 523 | *Filed:*<br>*Entered:* | 01/14/2005<br>01/19/2005 | Supplemental Brief |
| -- | *Filed:*<br>*Entered:* | 01/31/2005<br>02/01/2005 | Transcript |
| 524 | *Filed & Entered:* | 01/31/2005 | Published Opinion/Order |
| 525 | *Filed & Entered:* | 01/31/2005 | Judgment |
| 526 | *Filed:*<br>*Entered:* | 02/03/2005<br>03/03/2005 | Certified Transcript to Attorney |
| -- | *Filed:*<br>*Entered:* | 02/04/2005<br>02/07/2005 | Transcript |
| 527 | *Filed & Entered:* | 03/23/2006 | Notice (Other) |

**PACER Service Center**

**Transaction Receipt**

10/25/2007 14:54:35

| | | | |
|---|---|---|---|
| **PACER Login:** | us3079 | **Client Code:** | doj |
| **Description:** | History/Documents | **Search Criteria:** | 1:93-cv-00134-EGB |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |