# IMPORTANT LEGAL NOTICE

# NOTICE OF PENDANCY OF CLASS ACTION

*TO: ALL PERSONS WHO OWNED REAL PROPERTY ABUTTING OR UNDERLYING THE FORMER SAN PEDRO RAILROAD RIGHT-OF-WAY (PREVIOUSLY KNOWN AS THE EL PASO AND SOUTHWESTERN RAILROAD)*
***ON JULY 25, 2006***

**PURSUANT TO RULE 23** of the Rules of the United States Court of Federal Claims, you are hereby notified:

A class action, titled Ladd v. United States, Case No. 07-271L (Hodges, J.), is pending in the Court of Federal Claims. It was brought on behalf of a class consisting of all persons who, on July 25, 2006, were owners of real property abutting or underlying the former San Pedro Railroad (previously known as the El Paso and Southwestern Railroad).

In this lawsuit, class members allege that the United States should pay them compensation resulting from the application of the National Trails System Act, 16 U.S.C. Section 1247(d). The Plaintiffs seek to recover from the Defendant, the United States, for themselves and the class, the value of the land allegedly appropriated by the United States.

Any class member who receives compensation from the United States will, in exchange, be required to convey to the United States an easement over that portion of his or her real property for which he or she is being compensated.

This litigation does not and will not affect the existence, appearance, or use of the railroad right of way or any recreational trail located on that right of way.

On ____________, 2007, the Court ordered that this action be certified as a class action. The complaint alleges that the United States has taken property from the class members without just compensation in violation of the Fifth Amendment to the United States Constitution.

EXHIBIT
tabbies
1

This Notice is given to you because you may be a member of the above class whose rights may be affected by this lawsuit. The Notice is not an expression of opinion by the Court concerning the merits of this case. Instead, this Notice is intended merely to advise you of the pendancy of the action and of your rights with respect thereto.

**THERE IS NO ASSURANCE THAT A JUDGMENT WILL BE GRANTED IN YOUR FAVOR OR IN FAVOR OF ANY CLAIMANT OR THAT PAYMENT WILL BE MADE TO YOU OR ANY MEMBER OF THE CLASS. NEVERTHELESS, ANY JUDGMENT(S), WHETHER FAVORABLE OR NOT, SHALL BIND THE MEMBERS OF THE CLASS.**

Mark F. (Thor) Hearne, II, and Lindsay S.C. Brinton, 10 South Broadway, Suite 1300, St. Louis, Missouri 63102, Telephone (314) 613-2500 and Facsimile (314) 613-2550, are counsel for the class. A special phone number: (888) 622-2217 (toll free) or (314) 613-2575 has been established for matters concerning this action and they may be contacted by e-mail at Thornet@ix.netcom.com or Lbrinton@lathropgage.com.

<u>You are not required to pay any money to be included in this action</u>. Counsel's fees for their services in this matter may be paid from: (1) a contingency fee equal to one-third of the total principal and interest, if any, recovered subject to approval of this Court; or (2) the attorney's fees and litigation expenses of those Plaintiffs who are successful in recovering compensation for the United States for land taken—to the extent the Court determines that such fees and expenses are reasonable—may be paid by the United States pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. 4654 (c).

Only those individuals who owned property abutting or underlying the former San Pedro Railroad right-of-way (previously known as the El Paso and Southwestern Railroad) **on July 25, 2006**, are eligible to join this lawsuit.

If you wish to join this class you must provide a fully completed Entry of Appearance (attached hereto) to the following address no later than **February 18, 2008**:

"Ladd v. United States Class Action,<br>Case No. 07-271 L"<br>Mark F. (Thor) Hearne, II<br>Lathrop & Gage, L.C.<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708

In order to participate in this lawsuit, your fully completed Entry of Appearance must be **received** by class counsel **on or before February 18,**

**2008**. The court will include you in the class action **only if** you request inclusion and provide the information requested in the Entry of Appearance.

If no form is attached to this Notice, or if this Notice appears in a newspaper, you may obtain an Entry of Appearance by sending a self-addressed stamped envelope to "Ladd v. United States" in care of Mark F. (Thor) Hearne, II at address noted), or calling (888) 622-2217 (toll free) or (314) 613-2575.

All pleadings and other papers filed in this action are available for inspection at the office of the Clerk of the Court.

Because of the large number of claimants and the need for review of the Entries of Appearance, you may not receive further communication from counsel until after February 28, 2008.

**DO NOT CONTACT THE COURT OR ITS CLERK IF YOU HAVE QUESTIONS. CONTACT COUNSEL FOR THE CLASS OR YOUR OWN COUNSEL. COUNSEL FOR THE CLASS HAS ESTABLISHED A PHONE LINE FOR QUESTIONS. THAT PHONE NUMBER IS (888) 622-2217 (TOLL FREE) OR (314) 613-2575.**

Dated ______________________

Clerk,

United States Court of Federal Claims.