# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al. | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07-271L |
| | ) | |
| vs. | ) | Honorable Robert H. Hodges, Jr. |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' FILING MEMORANDUM OF THIS COURT'S ORDERS IN *ROGERS V. UNITED STATES* (07-273)**

COME NOW Plaintiffs, Jack Ladd and Marie Ladd, et al., and for their Filing Memorandum hereby file with this Court a copy of the orders issued by Judge Mary Ellen Coster Williams in a similar Trails Act takings case, *Rogers v. United States* (07-273).

The two orders issued by Judge Williams, Scheduling Order and Order Granting Plaintiffs' Motion to Certify Class Action, are relevant to the present case because they are substantively similar to those that have been proposed by Plaintiffs and which are currently pending this Court's consideration in this case. The orders issued by Judge Williams are almost identical to those proposed by the parties in their joint proposed orders for class certification and scheduling.

The Plaintiffs in this case have filed a Motion for Scheduling Order and Class Certification which are substantively identical to those filed jointly by the parties in *Rogers* and subsequently adopted by this Court in the enclosed orders.

| | |
|---|---|
| Date: 11/21/07 | LATHROP & GAGE L.C.<br><br>By: /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |
| | |