# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed November 21, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**STEPHEN J. and LINDA L. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
v. *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

By order this date, this Court certified this action as an opt-in class action pursuant to Rule 23 of the Rules of the United States Court of Federal Claims (RCFC). The parties shall abide by the following schedule:

1. On or before **December 14, 2007**, Class Counsel shall file a List of Potential Property Owners, listing the following information about all known individuals or entities who may be entitled to participation in this class action:

   i. the name of the respective individual or entity,
   ii. the current or last known address of the individual or entity, and
   iii. the "Parcel ID" assigned to the property by the Sarasota County Appraiser's Office if available (and if not available, other identification or description) of the real property owned by the individual or entity.

2. On or before **December 10, 2007**, Class Counsel shall mail to each individual or entity identified on the List of Potential Class Members the following documents, together with an empty return envelope, addressed to Class Counsel:

   i. the Notice, in the form attached to the Joint Motion to Approve Proposed Class Certification Order, Et Al. (Joint Motion) as Exhibit 3 (dates may be changed as needed); and
   ii. a blank Entry of Appearance, in the form attached to the Joint Motion.

EXHIBIT
tabbies
2

3. On or before **December 28, 2007**, Class Counsel shall file an affidavit certifying that the mailing has been made as provided for herein.

4. Individuals and entities who wish to opt-into this class action as a class member must submit a completed Entry of Appearance, including all attachments, to Class Counsel. If Class Counsel believes an Entry of Appearance does not include all required information, Class Counsel shall so notify the prospective class member and suggest that the class member correct such deficiencies. Only those individuals or entities whose completed Entry of Appearance, including all attachments, is received by Class Counsel on **February 11, 2008**, will be considered class members in this lawsuit.

5. On or before **February 19, 2008**, Class Counsel shall file the following documents:

i. a Class Index, which shall identify each property for which an Entry of Appearance was received by Class Counsel on or before **February 11, 2008.** Class Counsel shall assign a separate number to every property on the Class Index. The claim numbers should be assigned such that the properties identified in the Entry of Appearance are numerically organized from one end of the railroad corridor to the other.

ii. a Claim Book, which shall include all information provided by each class member in the Entry of Appearance, organized according to claim number.

6. Only those class members and properties identified on the Class Index and Claim Book will be considered part of this class. The class shall be closed on **February 19, 2008**.

7. Counsel for the United States shall have until **April 24, 2008**, to challenge the eligibility of any prospective class member by filing an objection to any class member based upon the Entry of Appearance and documents included with the class member's Entry of Appearance. These objections will be limited to those objections that can be determined upon a review of the Entries of Appearance and attached documents only. Such objections, if any, shall be filed by counsel for the United States on or before **April 24, 2008.** Proceedings as to all other defenses are deferred pending further order of the court.

8. On **December 17, 2007, at 11:00 a.m. ET**, the Court shall hold a status conference to schedule any further proceedings.

9. Plaintiffs filed their motion for Partial Summary Judgment on November 2, 2007. Defendant shall respond to this motion as permitted under this Court's rules.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**