IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al. | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07-271L |
| | ) | |
| vs. | ) | Honorable Robert H. Hodges, Jr. |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Plaintiffs and, pursuant to RCFC 5.2(b)(1), moves the Court for leave to file an over-length memorandum, and for its motion states as follows:

1. On December 4, 2007, Plaintiffs filed their Motion for Partial Summary Judgment on the issue of the Defendant's threshold liability.

2. In support of that Motion, Plaintiffs have filed a Memorandum of Law.

3. The Memorandum exceeds RCFC 5.2(b)(1) page limit by 5 pages.

4. Plaintiffs hereby request leave to exceed said limit.

WHEREFORE, Plaintiffs seek leave to exceed RCFC 5.2(b)(1) page limit on its Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment by 5 pages and for such other relief as the Court deems just and proper.

| | |
|---|---|
| Date: 12/4/07 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |