This Indenture, Made this 16th day of July A.D. 1903, between B. L. Robinson, party of the first part, and the El Paso & Southwestern Railroad Company, a corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That for and in consideration of the sum of One Hundred (100) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part, the following described tract, piece or parcel of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point Six Hundred Eight and two-tenths (608.2) feet North from the southeast corner of the southwest quarter of so[illegible] quarter of the southwest quarter of Section Eleven (11), Township Twenty-four (24) South Range Twenty-three (23) East, G. & S. R. B. & M., and runs thence northwesterly One Thousand Four Hundred Ninety-one and four-tenths (1,491.4) feet, to a point in the North line of the southeast quarter of the southeast quarter of Section Ten (10), said Township and Range, which said point is thirteen and eight-tenths (13.8) feet west from

Deed Book 19

EXHIBIT A

northeast corner of said southeast quarter of the southeast quarter of said Section Ten; containing three and four hundred and twenty-three one-thousandths (3.423) acres, more or less;

Together with all and singular the tenements, heredita-ments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, piece or parcel of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

B. L. Robinson (Seal)

Territory of Arizona,)
County of Cochise. ) ss.

Before me, M. J. Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared B. L. Robinson, known to be to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 16 day of July, A.D. 1903.

(My Commission expires Jan 4. 1904)

(Seal)

M. J. Cunningham
Notary Public Cochise Co, Arizona.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 am
Frank Hare, County Recorder. By M. A. McHugh, Deputy.

This Indenture, Made this 20th day of July A.D. 1903 between Lydia L. Fike, the party of the first part, and the El Paso & Southwestern Railroad Company, a corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of Eight Hundred And Seventeen (817) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised, and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm unto said party of the second part, the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right-of-way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land 100 feet in width and being 50 ft. on each side of the centre line of the main track of the Railroad of said party of the second part, as the same is now located, and which centre line commences at Station 112 + 66.2 at a point 924.5 ft. West of the Southeast corner of the North one-half of the N.E.-1/4 of Sec. 14 Tp. 24 S. Re. 23 E. G.& S.R.B.& M. and runs thence northwesterly 1133.8 feet to Station 124. Thence in the same general direction with a width of 150 ft. being 75 ft. upon each side of said centre line to Station 130, a distance of 600 feet. Thence in the same general direction with a width of 100 feet, being 50 feet upon each side of said centre line to Station 149 + 20 a distance of 1920 feet, said Station being at a point in the West line of the S.E. 1/4 of S.W. 1/4 of Sec. 11 in said Township and Range and distant 608.2 feet North from

EXHIBIT B

the S.W. corner of said corner of said S.E.1/4 S.W.1/4 of said Sec. 11 and containing 9-076/1000 acres of land, more or less;

Also, a strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point three hundred eighty-three and three-tenths (383.3) feet North of the south-east corner of the South one-half (1/2) of the southwest quarter of Section Four (4), Township Twenty-four (24) South, Range Twenty-three (23) East, G.&S.R.B.&M., and runs thence Westerly Five Thousand Three Hundred thirty-five (5335) feet to a point in the West line of the south one-half of the southeast quarter of Section Five (5), in said Township and Range, and which said last named point is distant one thousand and fifteen (1,015) feet North of the southwest corner of said south one-half of the southeast quarter of said Section Five, and containing Twelve and Twenty-one one-hundredths (12.21) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, pieces and parcels of land and premises, as and for a right-of-way for said railroad, unto the said party of the second part, its successors and assigns forever.

It is understood, however, that the natural flow of water on and over the said described tracts of land shall be preserved as far as practicable, and consistent with the maintenance and operation of said railroad upon said right-of-way.

The party of the first part covenants and agrees

to remove the fencing at present upon said tracts of land so as to furnish such protection as she may require for her said lands, and to maintain said fencing for such purpose.

It is further understood that the party of the second part shall not, while the party of the first part, or direct heirs of her body continues to own the tract of land first herein described, sink any well or wells upon its right-of-way crossing the same, hereby conveyed.

In Witness Whereof, the party of the first part has hereunto set her hand and seal, the day and year first above written.

Lydia L. Fike (Seal)

Territory of Arizona, } ss.
County of Cochise: }

Before me, M J Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Lydia L. Fike, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purpose and consideration therein expressed. Given under my hand and seal of office this 20 day of July, A.D. 1903

(My Commission expires Jan 4 1904)

(Seal)

M. J. Cunningham
Notary Public, Cochise Co., Arizona.

Filed and recorded at request of H. J. Simmons July 31st A. D. 1903. at 9 A.M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy.

This Indenture, Made this 7 day of July A.D. 1903, between Henry Lee Hardt, party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred Seventy-five (175) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm unto said party of the second part, the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point two hundred (200) feet South of the northeast corner of Section Nine (9), Township Twenty-four South Range Twenty-three East, G. & S. R. B. & M., and runs thence westerly nine hundred twenty-five and six-tenths (925.6) feet to a point in the north line of said Section nine, which point is distant nine hundred four and five-tenths (904.5) feet West from the northeast corner of said Section Nine; and containing two and twelve one-hundredths (2.12) acres of land, more or less; also,

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of

EXHIBIT C

second part, as the same in now located, and which said center line commences at a point ninety-one and eight-tenths (91.8) feet north of the southeast corner of the south west quarter of the southeast quarter of Section Four (4), Township Twenty-four South Range Twenty-three East, G.&S. R. B. & M., and runs thence westerly one thousand three hundred fifty-one and three-tenths (1351.3) feet to a point in the West line of said southwest quarter of the southeast quarter of said Section Four, which said point is distant three hundred eighty-three and three-tenths (383.3) feet north from the Southwest corner of said southwest quarter of the Southeast quarter of said Section four; and containing three and one-tenth (3.1) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

To Have and to Hold, the said tracts, pieces or parcels of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tracts of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal the day and year first above written.

Henry Lee Hardt (Seal)

Territory of Arizona, } ss.
County of Cochise }

Before me, M. J. Cunningham, a Notary

Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Harry Lee Hardt, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 7th day of July, A.D. 1903

(My Commission expires Jan 4 1904)

(Seal) M J Cunningham

Notary Public, Cochise Co., A. T.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 A. M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy

This Indenture, Made this 9 day of July A.D. 1903, between E. M. Fike party of the first part, and the El Paso & South-Western Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred and Fifty (150) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part, the following described piece or parcel of land situate in the County of Cochise, Territory of Arizona, as and for a right-of-way of the El Paso & Southwestern Railroad, through, along and over the same; said piece or parcel of land being a strip of land one hundred (100) feet in width, and being fifty feet on each side of the

Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Henry Lee Hardt, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 7th day of July, A.D. 1903

(My Commission expires Jan 4. 1904)

(Seal)

M J Cunningham
Notary Public, Cochise Co., A. T.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 A M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy

---

This Indenture, Made this 9 day of July A.D. 1903, between E. M. Fike party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred and Fifty (150) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part, the following described piece or parcel of land situate in the County of Cochise, Territory of Arizona, to be used for a right-of-way of the El Paso & Southwestern Railroad, through, along and over the same; said piece or parcel of land being a strip of land one hundred (100) feet in width, and being fifty feet on each side of

EXHIBIT

tabbies

D

center line of the main track of the railroad of said party of the second part, and which said center line commences at a point five hundred (500) feet north of the south east corner of the northwest quarter of Section Thirteen (13), Township Twenty-four (24) South Range Twenty-three (23) East, Gila & Salt River Base and Meridian, and runs thence westerly Two Thousand Six Hundred Seventy Six and seven-tenths (2,676.7) feet to a point Eight Hundred and Fifty-five and five tenths (855.5) feet north of the south-west corner of said Quarter Section, as as said center line is now located; said strip or parcel of land containing six and one hundred and forty-seven one-thousandths (6.147) acres of land, more or less; together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, piece and parcel of land and premises, as and for a right of way for said railroad, unto the said party of the second part, its successors and assigns forever.

In Witness Whereof, the party of the first part has hereunto set her hand and seal, the day and year first above written.

E. M. Fike (Seal)

Territory of Arizona,<br>
County of Cochise } ss.

Before me M. J. Cunningham, a Notary Public in and for said County of Cochise, Territory of Arizona on this day personally appeared E.M. Fike, known to me to be the person whose name is subscribed to the foregoing instrument, an acknowledged to me that she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 9 day of July, A.D. 1903

(My Commission expires Jan 4 1904)

(Seal) M J Cunningham

Notary Public, Cochise Co., Arizona.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 A.M.

Frank Hare, County Recorder

M.A. McHugh, Deputy

---

This Indenture, Made this 13th day of July A.D. 1903 between August Bhomfalk, party of the first part and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred Seventy-five (175) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm, unto said party of the second part, the following described tract, piece or parcel of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point seven hundred eighty-three and five-tenths (783.5) feet south of the northeast corner of the northwest quarter of S[illegible]

EXHIBIT

E

(60), Township Twenty-four (24) South Range Twenty-three (23) East, G.&S.R.B.& M., and runs thence westerly two thousand seven hundred and three-tenths (2,700.3) feet to a point in the west line of said quarter section, which said point is distant two hundred (200) feet south from the northwest corner of said quarter section; and containing six and two-tenths (6.2) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, piece or parcel of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

August Dohmfalk [seal]

Territory of Arizona, }
County of Cochise. } ss.

Before me, M.J. Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared August Dohmfalk, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed

Given under my hand and seal of office this 13 day of July, A.D. 1903

(My Commission expires Jan 4 1904)

(Seal) M. J. Cunningham

Notary Public, Cochise Co., Arizona.

Filed and recorded at request of H. J. Simmons July 31 A.D. 1903 at 9 A.M.

Frank Hare, County Recorder

By M. A. McHugh, Deputy

Deed.

This Indenture, Made the 27th of June in the year of our Lord One Thousand Nine Hundred and Three (1903), between E. A. Pirtle Company, a Corporation organized under the laws of the Territory of Arizona, and whose place of business is at Douglas, Cochise County, in said Territory the party of the first part, and Agnes Snyder, of the city, county, and state of New York the party of the second part,

Witnesseth: That the said party of the first part, for and in consideration of the sum of Four Hundred Dollars ($400.00) Dollars lawful money of the United States of America, to it in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, has remised, released, and quit-claimed, and by these presents does remise, release and quit-claim unto the said party of the second part, and to —— heirs and assigns forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following-described real estate and property, situated in the town of Douglas, in the County of Cochise and Territory of Arizona, bounded and described upon a map entitled "Map of Douglas Townsite, made by E. G. Howe, C.E. dated