This Indenture, Made this 30th day of September, A. D. 1903, between R. L. Benton and W. W. McKinn, both of the County of Cochise, Territory of Arizona, the party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation organized and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth: That for and in consideration of the sum of Six Hundred (600) Dollars, lawful money of the United States, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part have bargained, sold, granted, aliened, released, remised and confirmed, and by these presents do bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part, the following described piece or parcel of land situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same; said piece or parcel of land being a strip of land one hundred and fifty (150) feet in width, and being seventy-five (75) feet on each side of the center line of the main track of the railroad of said party of the second part, and which said center line commences at a point in the easterly line of Section Thirteen (13), Township Twenty-four (24) South of Range Twenty-three (23) East, Gila & Salt River Meridian, distant one thousand and fifty (1050) feet North from the Southeast corner of said Section Thirteen, and runs thence Northwesterly through, over and across the Southeast Quarter (S.E. 1/4) and the Northeast Quarter (N.E. 1/4) of said Section Thirteen, to a point in the West line of said Northeast Quarter distant five hundred (500) feet North from the center of said Section Thirteen, as said center line is now located; said strip or parcel of land containing eleven and sixty-three one-hundredths (11 63/100) acre of land, more less, eight and thirty-three one-hundred thereof being in said Southeast Quarter, and three and

EXHIBIT
F
tabbies

thirty one-hundredths acres thereof being in said Northeast Quarter of said Section Thirteen; together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said strip, piece and parcel of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

In Witness Whereof, the party of the first part have hereunto set their hands and seals the day and year first above written.

W. W. McKim
By B. F. Graham his attorney in fact
R. L. Benton.

Territory of Arizona }
County of Cochise } ss.

Before me, S. K. Williams, a Notary Public, in and for the County of Cochise, Territory of Arizona, on this day personally appeared R. L. Benton and B. F. Graham known to me to be the persons whose names are subscribed to the foregoing Instrument and acknowledged to me that they executed the same for the purposes and considerations therein expressed; and the said B. F. Graham acknowledged to me that he subscribed his name to the foregoing Instrument as the Attorney in Fact of W. W. McKim, and the name of the said W. W. McKim thereto as principal, and as such Attorney in Fact he executed the same for the purposes and considerations therein expressed.

Witness my hand and Official Seal at Bisbee, Arizona, this 1st. day of October, A. D. 1903. (My Commission expires Nov. 30-1904)

(Seal) S. K. Williams
Notary Public in and for Cochise County, Arizona Territory.

Filed and recorded at request of H. J. Simmons Oct. 7th A. D. 1903 at 9 a.m.

Frank Hare, County Recorder,
By H. S. Ross. Deputy.

Josefa M. de Elias

Subscribed and sworn to before me this thirtieth day of July, nineteen hundred three.

(Seal)

S. A. D. Upton
Notary Public

Filed and recorded at request of S. A. D. Upton July 30, A. D. 1903 at 1 P. M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy

---

This Indenture, made this 7th day of July A. D. 1903, between P. J. Fike, party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred (100) Dollars, in hand paid by the party of the second part to the party of the first part receipt whereof is hereby acknowledged, said party of the first part has granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm, unto said party of the second part, the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width

EXHIBIT
G

and lying fifty feet on each side of the center line of the main track of the railroad of said party of the second part as the same is now located, and which said center line commences at a point thirteen and eight-tenths (13.8) feet west from the southeast corner of the northeast quarter of the southeast quarter of Section Ten (10), Township Twenty-four (24) South Range Twenty-three (23) East, G. & S. R. B. & M., and runs thence northwesterly one thousand five hundred seventy-eight and six-tenths (1,578.6) feet to a point in the North line of said northeast quarter of the southeast quarter of Section Ten, distant eight hundred fifty-six (856) feet west from the northeast corner of said northeast quarter of the southeast quarter of Section Ten; and containing three and six hundred and twenty-four one-thousandths (3.624) acres of land, more or less;

Also a strip of land one hundred (100) feet in width, and lying fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point eight hundred Eighty-one and five tenths (881.5) feet north from the south-east corner of the southwest quarter of the north-east quarter of Section Ten (10), Township Twenty-four South, Range Twenty-three East, G. & S. R. B. & M., and runs thence northwesterly five hundred sixteen and seven-tenths (516.7) feet

quarter of Section Ten (10), Township Twenty-four (24) South Range Twenty-three (23) East, G. & S. R. B. & M., and runs thence northwesterly one thousand five hundred seventy-eight and six-tenths (1,578.6) feet to a point in the North line of said northeast quarter of the southeast quarter of Section Ten, distant eight hundred fifty-six (856) feet west from the northeast corner of said northeast quarter of the southeast quarter of Section Ten; and containing three and six hundred and twenty-four one-thousandths (3.624) acres of land, more or less;

Also a strip of land one hundred (100) feet in width, and lying fifty feet on each side of the center line of the main track of the railroad of said party of the second part as the same is now located, and which said center line commences at a point eight hundred eighty-one and five tenths (881.5) feet north from the south-east corner of the southwest quarter of the north-east quarter of Section Ten (10), Township Twenty-four South, Range Twenty-three East, G. & S. R. B. & M., and runs thence northwesterly five hundred sixteen and seven-tenths (516.7) feet, to a point in the north line of said south-west quarter of the northeast quarter of Section Ten, which said point is distant one thousand fifty-one (1,051) feet east of the northwest corner of said southwest quarter of the northeast

quarter of said Section Ten; and containing one and eighteen one hundredths (1.18) acres of land, more or less; Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To have and to Hold, the said tracts, pieces and parcels of land and premises, as and for a right of way for said railroad, unto the said party of the Second part, its successors and assigns, forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

P. J. Pike (Seal)

Territory of Arizona,
County of Cochise. } ss.

Before me, S. K. Williams a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared P. J. Pike, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

[illegible] premises, [illegible] for a right of way for said railroad, unto the said party of the Second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

P. J. Fike (Seal.)

Territory of Arizona,
County of Cochise. } ss.

Before me, S. K. Williams, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared P. J. Fike, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 7th day of July, A.D. 1903.

My Commission expires Nov 30/04

(Seal)

S. K. Williams
Notary Public, Cochise Co.,
Arizona.

Filed and recorded at request of H. J. Simmons July [illegible] A.D. 1903 at 9 A.M.
Frank Hare, County Recorder —— By [illegible] Deputy

BOOK 14
PAGES 38 AND 39

This Indenture, Made the 4th day of April, in the year of our Lord, one thousand eight hundred and ninety three, between Phebe A. Hearst by her Attorney in fact, Irwin C. Stump, the party of the first part, and the Arizona and South Eastern Railroad Company, a Corporation organized under the laws of Arizona, the party of the second part. Witnesseth: That the said party of the first part, for and in consideration of the sum of One thousand Dollars, lawful money of the United States of America, to her in hand paid by the said party of the second part, the receipt of which is hereby acknowledged, Has remised, released, and forever quitclaimed, and by the presents does remise, release, and forever quitclaim, unto the said party of the second part and to its successors and assigns, all that certain lot, piece or parcel of land, situate lying, and being in the County of Cochise Territory of Arizona and bounded and particularly described as follows, to-wit: All that certain strip of land lying and being within that certain Grant or tract of land known and claimed as the San Juan de las Boquillas y Nogales Grant, now occupied, held and used by said party of the second part for the purpose of a right of way and the necessary structures, side tracks, switches and telegraph line of the said party of the second part. Said strip or parcel of land being fifty (50) feet in width on each side of the middle of the said right of way as said Rail road is now surveyed and constructed through the said Grant from the point where said Grant adjoins the San Rafael del Valle Grant, to the terminus of said railroad, at or near the town of Fairbank.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and also all the estate, right, title, interest property, possession, claim and demand whatsoever, as well in law as in equity, of the said party of the first part, of, in or to the said premises, and every part and parcel thereof, with the appurtenances.

To Have and to Hold, all and singular the said premises, together with the appurtenances, unto the said party of the second part, and to its successors and assigns forever.

D. 4-4-1893
R. 2-10-1899

EXHIBIT
H

In Witness Whereof, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Signed sealed and delivered in the presence of
F. G. Drum
Arthur McWallace

Phebe A. Hearst [SEAL]
By Irwin C. Stump [SEAL]
her Attorney in fact

State of California
City and County of San Francisco } ss.

On this fifth day of April, in the year one thousand eight hundred and ninety three, before me, H. C. Droger, a Notary Public in and for said City and County of San Francisco, residing therein, duly commissioned and sworn, personally appeared Irwin C. Stump known to me to be the person described in and whose name is subscribed to the within instrument as the Attorney in fact of Phebe A. Hearst, and acknowledged that he subscribed the name of Phebe A. Hearst thereunto as principal, and his own name as Attorney in fact.

In Witness Whereof, I have hereunto set my hand and affixed my official seal, at my office in said City and County of San Francisco, the day and year in this certificate first above written.

[SEAL]

H. C. Droger
Notary Public
In and for the City and County of San Francisco, State of California.

Filed and recorded at request of
Feb. 10, 1899