DEEDS OF REAL ESTATE BOOK 60/205

...Arizona }
...Cochise } SS

...efore me H.E.Dugan, a Notary Public in and for the County of Cochise, State of ... on this day personally appeared A.J.Meier, known to me to be the person whose ... subscribed to the foregoing instrument, and acknowledged to me that he executed ... for the purpose and consideration therein expressed.

...iven under my hand and seal of office this 21st day of November 1914, A.D.19____

H.E.Dugan,
Notary Public.

...y commission expires Feby 16th, 1916.

...Arizona }
...Cochise } SS

...efore me H.E.Dugan, a Notary Public in and for the County of Cochise, State of ... on this day personally appeared Margaret Meier, wife of said A.J.Meier, known to ... the person whose name is subscribed to the foregoing instrument, and acknowled... ...e that she executed the same for the purposes and consideration therein ...sed.

...iven under my hand and seal of office this 21st day of Nov. 1914 A.D.19_____

H.E. Dugan,
Notary Public.

...y commission expires Feby. 16th 1916.

...iled and recorded at request of H.E.Dugan, Nov. 25, 1914 at 1;P.M.

... Johnson, Owen E. Murphy,
... Deputy County Recorder

* * * * * * * * * * * * * * * * * * * * *

WHEREAS THE ARIZONA & SOUTHEASTERN RAILROAD COMPANY, under quitclaim deed ...d by Mrs. Phebe A. Hearst et al dated 4th of April 1893, recorded in Book 14 page ...eq., and the EL PASO & SOUTHWESTERN RAILROAD COMPANY, successor to said Arizona & ...ster Railroad Company, under right-of-way deed executed and delivered by the ...las Land & Cattle Company, dated 18th of October 1909, recorded in Book 50 page 69 ... of land records Cochise County, Arizona, acquired title to and possession of ... tracts, strips and parcels of land lying and situate south and east of the pres... ...tion of Fairbank, on the main line of the said E.P. & S.W.R.R. all of said lands ...cated within the limits of the San Juan de Las Boquillas y Nogales Private Land ... the County of Cochise, and State of Arizona, formerly used and occupied by said ... companies for right-of-way and general railroad uses and purposes.

AND WHEREAS, in the year 1911, a relocation and rebuilding of the main line track ... E.P. & S.W.R.R. was undertaken and carried to completion between the station of ...rings and station of Fairbank above mentioned, requiring additional lands for ...-way, station grounds, drainage ditches, defensive works and general construction ...intenance purposes.

AND WHEREAS, the Bouquillas Land & Cattle Company, on the 20th day of September 1911, ... and delivered to the E.P.& S.W.R.R.Co. a quitclaim deed as appears in Book 55 ..., et seq., of the deed records of Cochise County, Arizona, describing certain ... definite bounds and descriptions, the location of said lands being fixed ... ...ned by the center line of survey of the relocated and constructed main lin...

AND WHEREAS, at the time of the execution of said quitclaim deed, said pa...

EXHIBIT K

entered into an agreement, that ( among other conditions)"5. Any and all portions of right-of-way of the Railroad Company, within the boundaries of said grant, not included right-of-way as relocated, shall be conveyed by the Railroad Company to the Cattle Com by quitclaim deed in due form, which deed shall be executed and delivered as soon as re-located line is completed and in operation".

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS,

THAT the El Paso & Southwestern Railroad Company, a corporation organized and existing under and by virtue of the laws of the Territory (now State) of Arizona, for and consideration of the foregoing premises and the sum of One Dollar ($1.00) lawful money United States of America, to it in hand paid by the Boquillas Land & Cattle Company, receipt of which is hereby acknowledged, has remised, released and quit claimed, and by these presents does remise, release and quitclaim unto the Boquillas Land & Cattle Com a corporation organized under the laws of the State of California and now engaged in transaction of its corporate business in the State of Arizona, its successors and assi all and singular all its right, title, interest, claim and demand, in and to certain parcels, pieces and fractions of land lying and situate on the San Juan de las Boquil y Nogales Grant in the County of Cochise, State of Arizona, south and east of the pres station of Fairbank, on the main line of the N.T. & S.W.R.R. embraced and described in quitclaim deed executed by Phebe A. Hearst etal,. to the A.& S.E.RR.Co., dated 4th of 1893, and the right-of-way deed executed by the Boquillas Land & Cattle Co., to the El & Southwestern R.R.Co., dated 18th of October 1909, being the two deeds referred to in preamble hereto, - not embraced within, described by, referred to or conflicting with general or definite description of land for right-of-way station grounds, drainage, con struction or maintenance purposes, as shown in the quitclaim deed executed and delive the Boquillas Land & Cattle Co. to the El Paso & Southwestern R.R.Co. dated 20th of 1911.

AND ALSO, all of the grantor's interest in and to that portion of real esta quired by the grantor by deed from the Greene Cattle Company, dated 15th day of April and recorded in Book 58, Deeds of Real Estate, page 351, of records of said Cochise Co lying and situated at or near the station of Lewis Springs, on the San Rafael del Valle Grant in said County of Cochise, State of Arizona, which lies westerly from the bounda the lands conveyed to the grantor by contemporaneous deed executed and delivered by the Boquillas Land & Cattle Company- and which real estate was formerly used by the gran a wye track, now abandoned.

TO HAVE AND TO HOLD said several tracts, pieces and parcels and fractions of together with all and singular the rights and appurtenances pertaining to the same, un said Boquillas Land & Cattle Co., its successors and assigns forever.

IN WITNESS WHEREOF, said El Paso & SOUTHWESTERN RAILROAD COMPANY, has execute presents and caused its corporate seal to be hereunto affixed this 28th day of October A.D.1914, by its President and Secretary, thereunto duly authorized by resolution of Board of Directors.

El Paso & Southwestern Railroad Company

By James Douglas,

Its President.

(Corp. Seal)

Attest:

George Notman

Secretary.

D.R.E. BOOK 60/206

ork
}SS
York

strument was acknowledged before me this 28th day of October 1914, by James ident of the El Paso & Southwestern Railroad Company, the corporation men- which executed the foregoing instrument as the party of the first part, and man, the Secretary of said El Paso & Southwestern Railroad Company,

ESS WHEREOF I have hereunto set my hand and affixed my seal of office the irst above written in this certificate.

My commission expires March 30, 1915.

Edward C. Hooker,

Notary Public Bronx Co. No.12

Certificate filed in Register's Office No.505

Certificate filed in New York Co. No.156

New York Co. Register's Certificate No.5269.

o Form

nklin

rneys.

and recorded at request of H.K.Street, Nov.25, 1914 at 1; P.M.

on

Owen E. Murphy,

County Recorder

* _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ * _ *

INDENTURE, Made the 28 day of October A.D.1914, between El Paso & Southwestern mpany, a corporation organized and existing under the laws of the Territory (now izona, the party of the first part, andBoquillas Land and Cattle Company, a organized and existing under the laws of the State of California, and lawfully he transaction of its corporate business in the State of Arizona, the party nd part,

T N E S S E T H : That the said party of the first part for and in consideration of One Dollar ($1.00) lawful money of the United States of America, to it in y the said party of the second part, and other valuable considerations, the re- of is hereby confessed and acknowledged, has remised, released quitclaimed and nd by these presents does remise, release, quitclaim and confirm unto the said second part, its successors and assigns, in fee simple, all that certain lot, rcel of land lying and being in the County of Cochise, State of Arizona, and s follows, viz:

the land formerly occupied for right-of-way purposes by the Benson Branch of the outhwestern Railroad Company, now abandoned, said right-of-way being uniformly (100) feet wide and uniformly fifty (50) feet wide on each side of the center id right-of-way said center line being located and described as follows: nning at Eng. Sta. 982 +90.6 of the said Benson Branch, said Eng. Sta. being on line above described, from which station Corner No.1 of the San Juan de las Bo- ogales Grant in the County of Cochise, State of Arizona, bears South 53 deg. st 4,455 feet;

nce from said Eng. Sta. ~~and along the said Eng. Sta.~~ and along the said center e said abandoned right-of-way as follows:

th 9 deg.27 min. West 857.1 ft; Thence to the left around a 2 deg. curve 510.5 e North 19 deg.49 min. West 222.7 ft., thence to the right around a 1 deg curve thence North 13 deg.2 min, West 648.3 ft., thence to the left around a 6 deg. t., thence North 58 deg. 2 min. West 1198.5 ft. thence to the right around an rve 440 ft., thence North 36 deg.2 min. West 870 ft., thence to the right around curve 505.2 ft., thence North 4 deg.23 min. East 101 ft. thence to the left around 0 min. curve 590.4 ft., thence North 22 deg. 12 min. West 679.2 ft. thence to the nd a 2 deg. curve 203.9 ft. to Eng Sta.900+34.4 of said Benson Branch, said center id right of way as above described being the center line of the railway track maintained by the said El Paso & SouthwesternRailroad Company on its said Benson l as correctly shown on the attacked blue print No.2788, excepting therefrom all y owned by the New Mexico & Arizona Railroad Company within the limits above

HAVE AND TO HOLD the above described premises together with all and singular the nces and privileges thereunto belonging, or in anywise appertaining, unto the said he second part, its successors and assigns forever.

WITNESS WHEREOF, said party of the first part has executed these presents and s corporate seal to be hereunto affixed the day and year first abovewritten, by ent and Secretary, thereunto duly authorized by resolution of its Board of

EL Paso & SouthwesternRailroad Company,
By James Douglas, Its President.

al)

George Notman, Secretary.

New York
SS
New York

is instrument was acknowledged before me this 28 day of October 1914, by James resident of the El Paso & Southwestern Railroad Company, the corporation mentioned ich executed the foregoing instrument as the party of the first part, and by tman, the Secretary of said El Paso & Southwestern Railroad Company.

In Witness whereof I have hereunto set my hand and affixed my seal of offi[illegible] and year first above written in this certificate.

Edward C. Hooker
Notary Public in and for said County and State.
Notary Public Bronx Co.No.12.Certificate filed in R[illegible]
Office No.505. Certificate filed in New York Co. No[illegible]
New York Co. Register's Certificate No.5359.

(SEAL)
Approved as to form
Hawkins & Franklin
General Attorneys.




* CONTINUED ON PAGE 209*

DEEDS OF REAL ESTATE BOOK 60/209




...OF LAND
...ween
...R.R.Co. and Boquillas Land & Cattle Co
...t of Fairbank
...= 400' Sept. 28, 1914.
...Eng'r M.of W. E.P.& S.W.System
2788.

...d and recorded at request of H.K.Street, Nov. 25, 1914 at 1; P.M.
Owen E. Murphy, County Recorder
...Johnson, Deputy

(4—405 a.)

# THE UNITED STATES OF AMERICA,

**To all to whom these presents shall come, Greeting:**

Homestead Certificate No. 1287
Application 4191

**Whereas** There has been deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE OF THE REGISTER OF THE LAND OFFICE at Tucson Arizona, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Ella M. Fike has been established and duly consummated, in conformity to law, for the North West quarter of Section thirteen in Township twenty four South of Range twenty three East of Gila and Salt River Meridian in Arizona, containing one hundred and sixty acres according to the OFFICIAL PLAT of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL:

**Now know ye,** That there is, therefore, granted by the United States unto the said Ella M. Fike the tract of Land above described; To have and to hold the said tract of Land, with the appurtenances thereof, unto the said Ella M. Fike and to her heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. And there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

**In testimony whereof** I, Theodore Rooievelt, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the seal of the GENERAL LAND OFFICE to be hereunto affixed.

GIVEN under my hand, at the CITY OF WASHINGTON, the Fourth day of December, in the year of our Lord one thousand nine hundred and three, and of the Independence of the United States the one hundred and twenty eighth.

BY THE PRESIDENT: T. Roosevelt

By F. M. McKean, Secretary.

[signature], Recorder of the Ge

Recorded Arizona, Vol. 3, Page

EXHIBIT L

only for those portions of the line between mileposts 1040.15 and 1074.3.[1] By decision served on February 14, 2007, an extension was granted until February 21, 2007.

On January 29, 2007, SPROC filed a letter stating that it had consummated the abandonment of the line between: (1) milepost 1084.0 and milepost 1097.3 at Paul Spur, (2) milepost 1097.3 at Paul Spur and milepost 1106.5 near Douglas, and (3) milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee.

On May 11, 2007, SPROC filed a request to postpone for one year, until July 26, 2008, the deadline to consummate abandonment of the remaining portion of the line (from milepost 1040.15 near Curtiss to milepost 1084.0).[2] SPROC states that the extension is needed to arrange for the ultimate disposition of the underlying right-of-way. SPROC has shown good cause to extend the time to consummate the remainder of the abandonment and for filing a notice of consummation in this proceeding. Accordingly, the request will be granted.

This action will not significantly affect either the quality of the human environment or the conservation of energy resources.

It is ordered:

1. SPROC's request for an extension of time to exercise the abandonment authority for that portion of the line from milepost 1040.15 near Curtiss to milepost 1084.0 is granted.

2. The authority to abandon must be exercised, and the notice of consummation must be filed, on or before July 26, 2008.

3. This decision is effective on its service date.

By the Board, David M. Konschnik, Director, Office of Proceedings.

Vernon A. Williams
Secretary

---

[1] The status of the segment of the right-of-way between milepost 1074.3 at the intersection of the rail line with State Highway 92 and milepost 1084.0 was not mentioned by SPROC in its January 29 letter.

[2] Under 49 CFR 1152.29(e)(2), a railroad may, for good cause shown, file a request for an extension of time to file a notice of consummation in abandonment proceedings.

Ella M Fiske
Naco,
Arizona

6441

Fee ________

| Indexed | Compared To | Copied | Blotted |
| --- | --- | --- | --- |
| ✓ | COMPARED PHOTOSTAT | | ✓ |

STATE OF ARIZONA } ss.
County of Cochise }
I hereby certify that the within instrument was filed and recorded at request of

PIONEER ABSTRACT CO
BISBEE, ARIZ.

AUG 20 1948 9 00 AM M
in Book DOCKET 12
on Page 316
Witness my hand and Official Seal the day and year aforesaid.

P. W. Newbury,
County Recorder.
By P. W. Newbury
Deputy Recorder.

U. S. Land Office, Tucson, Ariz.
FILED
DEC 13 1909
M. K. Moore

FEE # 980616283
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
6/01/98 11
REQUEST OF
NORRIS LISCHER & BATTS
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 3

SPECIAL WARRANTY DEED

For valuable consideration, receipt of which is hereby acknowledged, JOHN H. LADD and MARIE W. LADD, husband and wife, Grantors, do hereby convey to JOHN H. LADD and MARIE W. LADD, Trustee under that certain Trust Agreement dated May 22, 1998, wherein JOHN H. LADD and MARIE W. LADD and are the Trustors, Grantee, the following described real property situated in Cochise County, Arizona:

> Portions of Sections 4, 5, 6, 7, 8, 9, 10, 11, 14 and 15 all in Township 24 South, Range 23 East, Gila and Salt River Base and Meridian, Cochise County, Arizona, described as follows:
>
> South half of the southwest quarter and the southwest quarter of the southeast quarter (Less Southern Pacific Transportation Co. Right of Way) of Section 4; south half of the southeast quarter (less Southern Pacific Transportation Co. Right of Way) of Section 5;
>
> West half of the southeast quarter, the southeast quarter of the southeast quarter, the east half of the southwest quarter, the east half of the northwest quarter, the southwest quarter of the northwest quarter (lot 2), and lots one, three and four (less Southern Pacific Transportation Co. Right of Way) of Section 6;
>
> The northeast quarter and the northeast quarter of the northwest quarter of Section 7; the east half and the northwest quarter of Section 8; all (less Southern Pacific Transportation Co. Right of Way) of Section 9; the west half, the southeast quarter, and the southwest quarter of the north east quarter (less Southern Pacific Transportation Co. Right of Way) of Section 10; the southwest quarter (less Southern Pacific Transportation Co. Right of Way) of Section 11; the north half

LADD02.DED
May 14, 1998
mks



EXHIBIT
M

of the northwest quarter of Section 14; and the Northeast quarter of the northeast quarter of Section 15.

Exempt pursuant to A.R.S. § 42-1614 (B.8).

SUBJECT TO: All taxes, assessments, reservations in patents, easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, liabilities and all other matters of record.

And the Grantors do hereby warrant and defend the title against the claim of every person whomsoever claiming by, through or under the Grantors, but not otherwise, and subject to the matters above set forth.

PURSUANT to the applicable provisions of A.R.S. § 33-404.A., the names and addresses of the beneficiaries of the Trust created by the Trust Agreement hereinabove described are as follows:

| Beneficiaries | Addresses |
|---|---|
| John H. Ladd | P.O. Box 4012<br>Bisbee, Arizona 85603 |
| Marie W. Ladd | P.O. Box 4012<br>Bisbee, Arizona 85603 |

DATED: May 22, 1998.

JOHN H. LADD

MARIE W. LADD

98616283

STATE OF ARIZONA )
) ss.
County of Pima )

The foregoing instrument was acknowledged before me this 22 day of May, 1998, by JOHN H. LADD and MARIE W. LADD.

Sherri G. Kerr
Notary Public

My Commission Expires:
2/5/01

Mail tax bill to:

John H. and Marie W. Ladd
P.O. Box 4012
Bisbee, Arizona 85603