FEE # 980616286
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
6/01/98 11
REQUEST OF
MORRIS LISCHER & BATTS
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 3

# SPECIAL WARRANTY DEED

For valuable consideration, receipt of which is hereby acknowledged, JOHN H. LADD and MARIE W. LADD, husband and wife, Grantors, do hereby convey to JOHN H. LADD and MARIE W. LADD, Trustee under that certain Trust Agreement dated May 22, 1998, wherein JOHN H. LADD and MARIE W. LADD and are the Trustors, Grantee, the following described real property situated in Cochise County, Arizona:

> The Northeast quarter of Section 6, Township 24 South, Range 23 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona;
>
> EXCEPTING THEREFROM HOWEVER, the lands and rights of the El Paso and Southwestern Railroad Company, as excepted in that certain Deed Recorded February 17, 1943, in Book 136, Deeds of Real Estate, page 30, records of Cochise County, Arizona.
>
> Exempt pursuant to A.R.S. § 42-1614 (B.8).

SUBJECT TO: All taxes, assessments, reservations in patents, easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, liabilities and all other matters of record.

And the Grantors do hereby warrant and defend the title against the claim of every person whomsoever claiming by, through or under the Grantors, but not otherwise, and subject to the matters above set forth.

LADD005 DED
May 15, 1998
mkd



EXHIBIT
N

PURSUANT to the applicable provisions of A.R.S. § 33-404.A., the names and addresses of the beneficiaries of the Trust created by the Trust Agreement hereinabove described are as follows:

| Beneficiaries | Addresses |
|---|---|
| John H. Ladd | P.O. Box 4012<br>Bisbee, Arizona 85603 |
| Marie W. Ladd | P.O. Box 4012<br>Bisbee, Arizona 85603 |

DATED: May 22, 1998.

John H. Ladd
JOHN H. LADD

Marie W. Ladd
MARIE W. LADD



980616286

STATE OF ARIZONA )
) ss.
County of Pima )

The foregoing instrument was acknowledged before me this 22 day of May, 1998, by JOHN H. LADD and MARIE W. LADD.

Sherrie L. Kerr
Notary Public

My Commission Expires:
2/5/01

OFFICIAL SEAL
SHERRIE L. KERR
PIMA COUNTY, ARIZONA
NOTARY PUBLIC-STATE OF AZ
My Commission Expires 2/5-01

Mail tax bill to:

John H. and Marie W. Ladd
P.O. Box 4012
Bisbee, Arizona 85603



980616280

at the request of Pioneer Title Agency, Inc.

when recorded mail to
JOHN H. LADD & MARIE W. LADD
TRUSTEES U/T/A MAY 22
P.O. BOX4021
BISBEE, AZ 85603

00513121-CB

# SPECIAL WARRANTY DEED

For the consideration of Ten Dollars, and other valuable considerations,
**URSULA WHELAN, A WIDOW, as to an undivided 2/3rd interest and EVELYN ROBERTS, A WIDOW, as to an undivided 1/3rd interest**
hereinafter called the Grantor, hereby conveys to
**JOHN H. LADD & MARIE W. LADD TRUSTEES U/T/A MAY 22, 1998**
the following real property situated in Cochise County, Arizona, together with all rights and privileges appurtenant thereto, to wit:

**See Exhibit A attached hereto and made a part hereof.**

EVELYN ROBERTS, BY SIGNING HEREIN, SWEARS AND AFFIRMS THAT SHE WAS MARRIED TO CHARLES EDWARD ROBERTS ON JANUARY 2, 1973, BY REASON OF INSTRUMENT RECORDED IN DOCKET 832, PAGE 484 AND CORRECTED IN DOCKET 852, PAGE 67, RECORDS OF COCHISE COUNTY, ARIZONA.

LEE E. ESCH, AS ATTORNEY IN FACT FOR URSULA WHELAN, BY SIGNING HEREIN, SWEARS AND AFFIRMS THAT SHE WAS MARRIED TO RAFORD J. WHELAN ON JANUARY 2, 1973 BY REASON OF INSTRUMENT RECORDED IN DOCKET 832, PAGE 490 AND CORRECTED IN DOCKET 852, PAGE 93, RECORDS OF COCHISE COUNTY, ARIZONA.

PURSUANT TO ARS 33-404, THE BENEFICIARIES OF THE TRUST NAMED HEREIN ARE:
JOHN H. LADD AND MARIE W. LADD, PO BOX 4021, BISBEE, AZ 85603.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record and subject to all matters which would be disclosed by a current ALTA survey, the Grantor warrants the title against its acts only and none other.

DATED this ~~3rd day of October 2002~~

[signature] SIGNED IN COUNTERPART — URSULA WHELAN by Lee E. Esch as her attorney in fact *

[signature: Evelyn Roberts] — EVELYN ROBERTS

*SAID POWER OF ATTORNEY IS RECORDING CONCURRENTLY HEREWITH

STATE OF ARIZONA } ss
County of
The foregoing instrument was acknowledged before me this ___ day of ___, 20__, by LEE E. ESCH AS ATTORNEY IN FACT FOR URSUAL WHELAN

OFFICIAL SEAL
PATRICIA A. JENNINGS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 8, 2006

My Commission Expires: ____ [signature: Patricia A. Jennings]
Notary Public

STATE OF ARIZONA } ss
County of
The foregoing instrument was acknowledged before me this 12 day of Oct, 2002 by EVELYN ROBERTS

[signature]
Notary Public

OFFICIAL SEAL
LEE E. ESCH
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 7, 2006

My Commission Expires:

021034971

EXHIBIT O

**Exhibit A**

PARCEL I:

A portion of the West half of the West half of Section 5 and the Northeast quarter of the Southeast quarter of Section 6, Township 24 South, Range 23 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, as described as follows:

COMMENCING at a one-inch buried pin monument for the Northwest corner of said Section 5:
Thence South 00°09'54" East, a distance of 144.30 feet along the line of said Sections to a non-tangent curve point on the Southerly Highway 92 right of way and POINT OF BEGINNING;
Thence 618.40 feet along a right of way curve right having a delta angle of 03°22'30" and radius of 10,500.00 feet;
Thence South 81°25'12" East, a distance of 46.97 feet along said right of way;
Thence South 00°09'54" East, a distance of 3,017.32 feet;
Thence North 50°53'03" West, a distance of 952.38 feet along the Northerly line of railroad;
Thence North 89°55'34" East, a distance of 77.20 feet to the common quarter corner of said Sections;
Thence North 00°09'54" West, a distance of 2,497.54 feet along the line of said Sections to the POINT OF BEGINNING;

EXCEPT an undivided ½ interest in and to all oil and gas as reserved in Deed recorded in Book 147, Deeds of Real Estate, page 143, records of Cochise County, Arizona.

PARCEL II:

A portion of the West half of Section 5 and the East half of Section 6, Township 24 South, Range 23 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, described as follows:

COMMENCING at a buried one-inch pin monument for the Northwest corner of said Section 5;
Thence South 00°09'54" East, a distance of 2,963.64 feet along the line of said Sections to the POINT OF BEGINNING;
Thence South 50°53'03" East, a distance of 1,253.60 feet along the Southerly line of a railroad;
Thence, a distance of 1,361.73 feet along a curve to the left of said railroad line having a delta angle of 29°03'03" and radius of 2,685.68 feet;
Thence North 10°04'49" East, a distance of 50.00 feet along a fenceline;
Thence, a distance of 206.24 feet along a curve to the left of said fenceline having a delta of 04°29'00" and radius of 2,653.68 feet;
Thence South 84°24'09" East, a distance of 234.26 feet along said fenceline;
Thence South 00°09'41" East, a distance of 272.04 feet along the mid-section line;
Thence South 46°49'16" West, a distance of 702.84 feet along a fenceline;
Thence North 79°03'33" West, a distance of 696.50 feet along said fenceline;
Thence North 79°07'54" West, a distance of 471.73 feet along said fenceline;
Thence North 79°07'23" West, a distance of 619.30 feet along said fenceline;
Thence North 51°00'31" West, a distance of 479.11 feet along said fenceline;
Thence North 00°09'54" West, a distance of 469.05 feet along the line of said Sections;
Thence North 89°14'36" West, a distance of 658.93 feet along a fenceline;
Thence North 35°23'33" West, a distance of 494.29 feet along said fenceline;
Thence North 76°34'31" West, a distance of 496.63 feet along said fenceline;
Thence North 00°26'34" East, a distance of 779.62 feet along said fenceline;
Thence North 89°39'47" East, a distance of 1,032.69 feet along said fenceline;
Thence South 50°53'03" East, a distance of 498.64 feet along said railroad line to the POINT OF BEGINNING.

EXCEPT an undivided ½ interest in and to all oil and gas as reserved in Deed recorded in Book 147, Deeds of Real Estate, page 143, records of Cochise County, Arizona.

021034971

STATE OF ARIZONA
County of COCHISE } ss. I hereby certify that the within instrument was filed and recorded FEB 2 '84 2:56 PM

In DOCKET 1736 p 241-243 and indexed in deeds

at the request of

When recorded, mail to:

Lawrence J. Lee, Esq.
1314 N. Third St. Suite 320
Phoenix, Arizona 85004

Witness my hand and official seal

CHRIS...

By

Fee No. 2270

Compared
Photostated
Fee: $5.00

# SPECIAL WARRANTY DEED

For the consideration of Ten Dollars, and other valuable considerations, The San Jose Ranch, Inc., an Arizona corporation,

hereafter called the Grantor, whether one or more than one, hereby conveys to John W. Ladd and JoBeth Ladd, husband and wife, as joint tenants with right of survivorship,

the following real property situated in Cochise County, Arizona, together with all rights and privileges appurtenant thereto, to wit:

See Legal Description Attached hereto and by reference incorporated herein. **

*EXEMPT FROM FILING AFFIDAVIT OF VALUE IN ACCORDANCE WITH ARS§42-1614(B)(7).

**SUBJECT TO ANY HERETOFORE RECORDED EASEMENT TO THE NACO SANITARY DISTRICT if of record.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record, the Grantor warrants the title against all persons whomsoever.

Dated this 24th day of January, 1984.

The San Jose Ranch, an Arizona corporation.
By: [signature]
John H. Ladd, President

STATE OF Arizona
County of Cochise } ss.

This instrument was acknowledged before me this ... January, 19 84, by ...

[signature]

My commission will expire My Commission Expires Jan. 11, 1988

STATE OF ________
County of ________ } ss.

This instrument was acknowledged before me this ______ day of ________, 19___, by ________

Notary Public

My commission will expire

FURNISHED THROUGH THE COURTESY OF TRANSAMERICA TITLE INSURANCE COMPANY

DKT 1736 PG 241

EXHIBIT P

Portions of Sections 11, 12, 13 and 14, all in Township 24 South, Range 23 East, Gila and Salt River Base and Meridian, Cochise County, Arizona, described as follows:

The southeast quarter of Section 11; the southwest quarter of Section 12; the west half (Less Southern Pacific Transportation Co. Right of Way) of Section 13; and the northeast quarter and the east half of the southeast quarter (less Southern Pacific Transportation Co. Right of Way) of Section 14; all less the following described portions of Sections 11, 13 and 14 deeded to the Naco Sanitary District: BEGINNING at the Southeast corner of Section 12, said corner being the POINT OF BEGINNING;

Thence south 00°03'03" east, a distance of 2639.78 feet to a point, said point being the east quarter corner of said Section 13, said point also being the basis of the rectangular coordinate system, having the coordinates north 10000.00, east 10000.00;

Thence return north 00°03'03" West, a distance of 2639.78 feet to a point, said point having the rectangular coordinates North 12639.7793, East 10000.6869, said point being the southeast corner of Section 12;

Thence north 00°10'41" west, a distance of 1365.4057 feet to a point, said point having the rectangular coordinates North 14005.1784, East 9996.4465;

Thence south 88°54'52" west, a distance of 2610.3443 feet to a point;

Thence south 03°05'08" west, a distance of 865.00 feet to a point;

Thence south 45°00'00" west, a distance of 689.00 feet to a point, said point being the TRUE POINT OF BEGINNING;

Thence south 68°30'00" west, a distance of 1347.00 feet to a point;

Thence north 77°30'00" west, a distance of 439.00 feet to a point;

Thence north 55°00'00" west, a distance of 1005.00 feet to a point;

Thence south 41°00'00" west, a distance of 586.90 feet to a point;

Thence south 54°00'00" east, a distance of 1338.00 feet to a point;

Thence south 87°00'00" east a distance of 208.00 feet to a point;

Thence north 68°30'00" east, a distance of 1694.00 feet to a point;

Thence south 35°00'00" east, a distance of 241.00 feet to a point;

Thence north 35°00'00" east, a distance of 45.00 feet to a point;

Thence north 35°00'00" west, a distance of 194.00 feet to a point;

Thence north 68°30'00" east, a distance of 453.00 feet to a point;

Thence north 02°30'00" east, a distance of 270.00 feet to a point;

Thence north 87°30'00" west, a distance of 454.00 feet to a point, said point being the TRUE POINT OF BEGINNING.

Said parcel contains 38.8543 acres.


SONORA
MEXICO
60' U.S.A.
SD 4970
SD 23
704-2-46-1
704-2-47-5
S.P.R.R.
MAP 2/3
HIGHWAY 92
ARIZONA
Arizona Water Co.
MAP 36 PARCEL 6A
102-36-3B
MAP 34 1/3
SEE MAP 35
WILLSON ROAD
MAP 36

EXHIBIT