K

# Warranty Deed

KNOW ALL MEN BY THESE PRESENTS:

That ETOILE F. PARKER, a widow,

of the City of Bisbee, Arizona, for and in consideration of the sum of Ten and no/100 - - - - - - - - - - - - - ($10.00) DOLLARS to her in hand paid by William Lindsey, Howard Lindsey and Helen Lindsey, his wife, has granted, sold and conveyed, and by these presents does grant, sell and convey unto the said William Lindsey, a single man, and Howard Lindsey and Helen Lindsey, his wife, all that certain premises described as follows, viz:

Lots One and Two, in Section Eleven, and the Southwest Quarter of the Northwest Quarter of Section Twelve, Township Twenty-one South, Range Twenty-one East, of the Gila and Salt River Base and Meridian, Cochise County, State of Arizona.

TO HAVE AND TO HOLD the above described premises, together with all and singular the right and appurtenances thereto in anywise belonging unto the said William Lindsey, a single man, Howard Lindsey and Helen Lindsey, his wife, and their heirs and assigns forever.

And I hereby bind myself and my heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto the said William Lindsey, a single man, Howard Lindsey and Helen Lindsey, his wife, and their heirs and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

WITNESS my hand this 12th day of February, A. D. 1962.

Signed and Sealed in the presence of
(WHEN MARK IS USED)

Etoile F. Parker (SEAL)

(SEAL)

(SEAL)

(SEAL)



DOCKET 294/4
RECORDED 2-20-1

EXHIBIT
K

S




EXHIBIT
tabbies
S

T

NOV 13 2002

FEE # 021136305
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
11/13/02 1
REQUEST OF
ANDERSON, NANCY L
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 2

NANCY L. ANDERSON, LLC
6700 N. Oracle Rd Ste. 242
Tucson, Arizona 85704

# QUITCLAIM DEED

A.R.S. 11-1134 B.8 EXEMPTION FROM AFFIDAVIT OF VALUE

For the consideration of One and 00/100 Dollar, and other valuable considerations, James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994, the Grantor, does hereby quitclaim to Michael A. Lindsey, Gail A. Lanham and James A. Lindsey, each as to an undivided one-third (1/3) interest, the Grantees, all right, title and interest in the following described property known as the San Pedro River Parcel situated in Cochise County, Arizona:

LEGALLY DESCRIBED ON EXHIBIT A ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

EXECUTED october 30, 2002

[signature]
James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994

STATE OF ARIZONA )
)ss.
COUNTY OF PIMA )

On october 30, 2002, before me, the undersigned Notary Public, personally appeared James A. Lindsey, Successor Trustee of The Howard A. Lindsey Revocable Trust dated March 30, 1994, personally known to me OR proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his capacity as Successor Trustee.

WITNESS my hand and official seal.

OFFICIAL SEAL
NANCY L. ANDERSON
NOTARY PUBLIC - STATE OF ARIZONA
PIMA COUNTY
My Comm. Expires Sept. 30, 2004

Nancy L. Anderson
Notary Public in and for said State

(SEAL)

021136305

EXHIBIT
T

# EXHIBIT A
# LEGAL DESCRIPTION

**San Pedro River Parcel**
Deeded Acreage
Township 21 South, Range 21 East
Section 11: Lots 1 and 2
Section 12: SW ¼ NW¼

All of the above is in the Gila and Salt River Base and Meridian, Cochise County, Arizona.

021136305

U

FEE # 991031019
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
99/10/13 1
REQUEST OF
FIDELITY NATIONAL TITLE
CHRISTINE RHODES-RECORDER
FEE 11.00 PAGES 2

When Recorded Mail To:

Mr. and Mrs. Charles R. Miller
PO Box 613
Naco, AZ 85620

Escrow No. 20118T-KW

## WARRANTY DEED

For the consideration of Ten and 00/100 Dollars, and other valuable considerations, I or we,

Naco Industrial Park, L.L.C., [illegible]

the GRANTORS do hereby convey to

[illegible] Charles Raymond Miller and Pauline, Miller
Trustees of the Revocable Trust dated June 11, 1986
BENEFICIARIES OF THE TRUST PURSUANT TO ARS [illegible] ARE AS FOLLOWS
the GRANTEES CHARLES RAYMOND MILLER AND PAULINE MILLER P.O. BOX 613, NACO, AZ 85620
the following described real property situated in Cochise County, Arizona
SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO: Current taxes, assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions and restrictions as may appear of record

And the Grantor(s) do(es) warrant the title against all persons whomsoever, subject to the matters above set forth

DATED: August 24, 1999

STATE OF ARIZONA
COUNTY OF COCHISE
This instrument was acknowledged before me this 26TH day of AUGUST 1999
by CHARLES H. SOTELO, MEMBER AND TOM BROCK, MEMBER OF THE NACO INDUSTRIAL PARK DEVELOPMENT L.L.C., an Arizona Limited Liability Company
Signature [signature] Notary Public

My Commission Expires: [notary seal]

Naco Industrial Park, L.L.C., an Arizona Limited Liability Company

[signature]

By: CHARLES H. SOTELO, MEMBER

[signature]

TOM BROCK, MEMBER

FNTA (Rev 6/98) WARRANTY DEED

991031019

EXHIBIT U

Order No. 201181-KW

EXHIBIT "ONE"

PARCEL I:

All that portion of the Northwest quarter of Section 15, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Northwesterly of the Northwesterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995 in Instrument No. 9502-02806, records of Cochise County, Arizona.

PARCEL II:

All that portion of the Northeast quarter of Section 15, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Southeasterly of the Southeasterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995, in Instrument No 9502-02806, records of Cochise County, Arizona.

PARCEL III:

All that portion of the Southeast quarter of the Southeast quarter of Section 10, Township 24 South, Range 24 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, lying Southeasterly of the Southeasterly right-of-way line of the property described in the Deed from Southern Pacific Transportation Company to S.W.K.R. Operating Co., Inc., recorded February 1, 1995, in Instrument No. 9502-02806, records of Cochise County, Arizona.

991031019

FEE # 000411149
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
00/04/20 3
REQUEST OF
STIGLER, TRACY
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 1

And when recorded mail this deed and unless otherwise shown below, mail tax statements to:

Name: MR. & MRS. RAYMOND MILLER
Address: P.O. BOX 613
City State Zip: NACO, ARIZONA 85620

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN #

# QUITCLAIM DEED

The undersigned declares that the documentary transfer tax is $..0.. and is
__ computed on the full value of the interest or property conveyed, or is
__ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale
The land, tenements or realty is located in
__ unincorporated area X, city of NACO

FOR A VALUABLE CONSIDERATION, receipt of which hereby acknowledged,

CHARLES RAYMOND MILLER and PAULINE MILLER, husband and wife as community property with right of survivorship,

do hereby remise, release and forever quitclaim to

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees of the RAYMOND MILLER AND PAULINE MILLER LIVING TRUST DATED March 29, 2000

All of their interest in the following described real property in the County of COCHISE State of Arizona:

> **By metes and bounds – beginning at the southwest corner of the southwest quarter of the southeast quarter, thence north along the half section line 3,566.3 feet, thence east 849.5 feet, thence south 3,566.3 feet, thence along the south line of said section 849.5 feet to a point of beginning, Section 14, township 24 South, Range 24 East, Salt River Meridian and Base, consisting of 69.549 acres.**

SUBJECT TO: ALL LIENS, TAXES, ENCUMBRANCES, RESTRICTIONS, COVENANTS, AND RESERVATIONS IN STATE AND FEDERAL PATENTS, OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF COCHISE COUNTY, ARIZONA.

Exempt per A.R.S. § 11-1134 B(8)

DATED this April 20, 2000

C. Raymond Miller
CHARLES RAYMOND MILLER

Pauline Miller
PAULINE MILLER

State of Arizona )
County of )

On 4/20, 2000 before me, Patricia J. Gee, the undersigned, a Notary Public in and for said State, personally appeared CHARLES RAYMOND MILLER AND PAULINE MILLER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument. WITNESS my hand and official seal

Signature Patricia J Gee

SEAL A. J. GEE ARIZONA COUNTY

000411149

EXHIBIT
V

EXHIBIT "ONE"

IN NW S OF SPRR BY M/B BEG AT SW COR OF NW4 N 780.32' N 68DEG 46MIN E 2832.2' S 1806.5' W 2636.04' TO BEG 78.257AC SEC 15 S2 SEC 15 320AC; LOTS 3, 4 IN NWLESS S 60' & LOTS 1, 2 IN NE LESS S 60' 91.98AC SEC 22 24 24;

IN NW 4 BY M&B BEG 1089' S OF NWCOR OF NW4 S 1551' E 2635.55' N 2640' W 1835.05' S 1089' W 800' TO BEG 134.715AC IN SEC 14 24 24, SW OF SEC 14 24 24 160AC; 294.71AC;

LOTS 3, 4 IN NW LESS S 30' OF SEC 23 24 24 46.119AC

Undivided one-half (1/2) interest in and to the following described property:

IN NW4 BY M&B BEG 272.25' E OF NW COR OF NW4 E 2367.75' S 2640' W 2640' N 1840' E 272.25' N 800' TO BEG 155AC; NE LESS 11.136AC SPRR R/W 148.789AC; SWLESS 13.004AC SPRR R/W 146.931AC; SE LESS 1.854AC SPRRR/W 158.081AC ALL IN SEC 16; LOTS 1, 2, 3, 4 IN N2 LESS S 60' 92.050AC SEC 21 ALL IN T 24 R 24 700.851AC;

SW LESS 12.199AC SPRR R/W & LESS 3.80AC TO COUNTY 143.972AC SEC 17; SE LESS 12.563AC SPRR R/W 147.406AC SEC 17; LOTS 1, 2, 3, 4 IN N2 LESS S60' 92.208AC SEC 20 ALL IN T24 R24 TOTAL 383.59AC;

W2 NE & W2 SE SEC 6 24 24 TOTAL 160.00AC;

E2NW & E2 & NESW 440AC SEC 1 24 23 NW & NWSW & E2SW 289AC SEC 6 E2NW & W2NE & NWSE & NESW 240AC SEC 7 ALL IN T24 R24 960AC.

000411150