FEE # 000411150
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
00/04/20 3
REQUEST OF
STIGLER, TRACY
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 2

And when recorded mail this deed and unless otherwise shown below, mail tax statements to:

Name: MR. & MRS. RAYMOND MILLER
Address: P.O. BOX 613
City State Zip: NACO, ARIZONA 85620

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN #

# QUITCLAIM DEED

The undersigned declares that the documentary transfer tax is $..0.. and is
__ computed on the full value of the interest or property conveyed, or is
__ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
The land, tenements or realty is located in
__ unincorporated area X city of NACO

FOR A VALUABLE CONSIDERATION, receipt of which hereby acknowledged,

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees under that Revocable Trust dated June 11, 1986,

do hereby remise, release and forever quitclaim to

CHARLES RAYMOND MILLER and PAULINE MILLER, as Trustees of the RAYMOND MILLER AND PAULINE MILLER LIVING TRUST DATED March 29, 2000

the following described real property in the County of COCHISE State of Arizona:

**SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF.**

Parcel Identification: 102-36-007A 1

SUBJECT TO: ALL LIENS, TAXES, ENCUMBRANCES, RESTRICTIONS, COVENANTS, AND RESERVATIONS IN STATE AND FEDERAL PATENTS, OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF COCHISE COUNTY, ARIZONA.

Exempt per A.R.S. § 11-1134 B(8)

DATED this April 20, 2000

C. Raymond Miller
CHARLES RAYMOND MILLER

Pauline Miller
PAULINE MILLER

State of Arizona )
County of )

On 4/20, 2000 before me, Patricia J Gee the undersigned, a Notary Public in and for said State, personally appeared CHARLES RAYMOND MILLER AND PAULINE MILLER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument. WITNESS my hand and official seal.

Signature Patricia J Gee

OFFICIAL SEAL
PATRICIA J. GEE
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov 30, 2003

000411150

EXHIBIT
W

FEE # 860816356
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
08/01/86 10
REQUEST OF
MANOVICH, DUSHAN S
CHRISTINE RHODES-RECORDER
FEE : 11.00 PAGES : 2

QUIT CLAIM DEED

For the consideration of Ten Dollars ($10.00) and other good and valuable consideration, we, CHARLES RAYMOND MILLER and PAULINE MILLER, husband and wife, herewith and hereby remise, release and quit-claim unto CHARLES RAYMOND MILLER and PAULINE MILLER, his wife, as Trustees under at Revocable Trust dated June 11, 1986, all right, title, interest, claim, lien or demand whatsoever in and to the following real property situated in the County of Cochise, State of Arizona, being more particularly described as follows:

IN NW S OF SPRR BY M/B BEG AT SW COR OF NW4 N 780.32' N 68DEG 46MIN E 2832.2' S 1806.5' W 2636.04' TO BEG 78.257AC SEC 15 S2 SEC 15 320AC; LOTS 3, 4 IN NWLESS S 60' & LOTS 1, 2 IN NE LESS S 60' 91.98AC SEC 22 24 24;

IN NW 4 BY M&B BEG 1089' S OF NWCOR OF NW4 S 1551' E 2635.55' N 2640' W 1835.05' S 1089' W 800' TO BEG 134.715AC IN SEC 14 24 24; SW OF SEC 14 24 24 160AC; 294.71AC;

LOTS 3, 4 IN NW LESS S 60' OF SEC 23 24 24 46.119AC

Undivided one-half (1/2) interest in and to the following described property:

IN NW4 BY M&B BEG 272.25' E OF NW COR OF NW4 E 2367.75' S 2640' W 2640' N 1840' E 272.25' N 800' TO BEG 155AC; NE LESS 11.136AC SPRR R/W 148.789AC; SWLESS 13.004AC SPRR R/W 146.931AC; SE LESS 1.854AC SPRRR/W 158.081AC ALL IN SEC 16; LOTS 1, 2, 3, 4 IN N2 LESS S 60' 92.050AC SEC 21 ALL IN T 24 R24 700.851AC;

SW LESS 12.199AC SPRR R/W & LESS 3.80AC TO COUNTY 143.972AC SEC 17; SE LESS 12.563AC SPRR R/W 147.408AC SEC 17; LOTS 1, 2, 3, 4 IN N2 LESS S60' 92.208AC SEC 20 ALL IN T24 R24 TOTAL 383.59AC;

W2 NE & W2 SE SEC 6 24 24 TOTAL 160.00AC;

E2NW & E2 & NESW 440AC SEC 1 24 23 NW & NWSW & E2SW 289AC SEC 6 E2NW & W2NE & NWSE & NESW 240AC SEC 7 ALL IN T24 R 24 960AC.

860816356

MANOVICH, DUSHAN S
BOX 4307
BISBEE AZ, 85603

860816356

EXHIBIT
X

TO HAVE AND TO HOL unto the said CHARLES RAYMOND MILLER and PAULINE MILLER, his wife, as Trustees under that Revocable Trust dated June 11, 1986, their heirs and assigns forever.

DATED this 29th day of July, 1986.

CHARLES RAYMOND MILLER

PAULINE MILLER

STATE OF ARIZONA )
: ss.
COUNTY OF COCHISE )

The foregoing deed was acknowledged before me this 29th day of July, 1986, by CHARLES RAYMOND MILLER and PAULINE MILLER, his wife.

Notary Public

My commission expires:

August 3, 1987



86081635C

B-1

The Affidavit and fee required under A.R.S. § 11-1132 and 1133 do not apply to this transfer because the transfer is exempt under A.R.S. § 11-1134 A 7.

DATED: December 28, 2000.

John S .Gay

Mary E. Gay

STATE OF ARIZONA )
: ss.
County of Pima )

SUBSCRIBED, SWORN TO and ACKNOWLEDGED before me this 28th day of December, 2000, by John S .Gay and Mary E. Gay.

OFFICIAL SEAL
G.V. GADARIAN
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Expires July 29, 2002

Notary Public

My Commission Expires:

J:\APPLEBY\Singletree LLC\Gift Deed.wpd



010100416

FEE # 060100088
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/03/06 12
REQUEST OF
RAMAEKER, GARY W
CHRISTINE RHODES- RECORDER
FEE : 10.00 PAGES : 4

At the request of:

Gary W. Ramaeker, P.C.
25 El Camino Real, Suite One
Sierra Vista, Arizona 85635

When recorded mail to the above.

Exemption A.R.S. § 11-1134 B-8

# QUIT CLAIM DEED

For the consideration of Ten Dollars, and other valuable consideration, VICTORIA KELSEY, an unmarried woman, does hereby quit-claim to VALENTIN CASTRO III or DEBORAH ANN CASTRO, TRUSTEES OF THE VALENTIN CASTRO III & DEBORAH ANN CASTRO REVOCABLE LIVING TRUST, DATED NOVEMBER 4, 1999, the following real property situated in Cochise County, Arizona:

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

DATED this 28 day of December, 2005.

VICTORIA KELSEY

Trust Beneficiaries:
Valentin Castro III and Deborah Ann Castro
76 N. Ten Pond Place
Sierra Vista, AZ 85635

THIS DEED IS BEING RE-RECORDED FOR THE SOLE PURPOSE OF CORRECTING THE ORDER OF RECORDING.

STATE OF ARIZONA )
) ss.
County of Cochise )

This instrument was acknowledged before me this 28 day of December, 2005, by VICTORIA KELSEY.

Notary Public

My Commission Expires:

OFFICIAL SEAL
DEBRA L. CEMINO
Notary Public-Arizona
COCHISE COUNTY
My Comm. Exp. 10/19/2008

060103689

060100088

EXHIBIT Y

JOINT TENANCY
ACCEPTED BY:

VALENTIN CASTRO III

DEBORAH ANN CASTRO

STATE OF ARIZONA )
) ss.
County of Cochise )

This instrument was acknowledged before me this 28 day of December, 2005, by VALENTIN CASTRO III and DEBORAH ANN CASTRO.

Notary Public

My Commission Expires:

OFFICIAL SEAL
DEBRA L. CIMINO
Notary Public-Arizona
COCHISE COUNTY
My Comm. Exp 10/19/2008

FEE # 060103669
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/30/06 3
REQUEST OF
RAMAEKER, GARY W
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 4

Cochise County, Arizona, and the West line of the 100.00 foot right-of-way of the Southern Pacific Railroad;
THENCE Southeasterly along said right-of-way line, a distance of 185.18 feet from said pin to the point of intersection with the Northeast corner of a portion of the Carl Wolff Property, West of the Southern Pacific Railroad, the TRUE POINT OF BEGINNING;
THENCE Southeasterly along the West line of said Southern Pacific Railroad right-of-way line, a distance of 85.00 feet, more or less, to the Northeast corner of said tract;
THENCE Southwesterly, South 23° 46' West, parallel to the aquaduct and 50.00 feet therefrom a distance of 160.00 feet, more or less, to the Southeast corner of the pump site tract;
THENCE Westerly, North 66° 44' at right angle to the aquaduct, a distance of 100.00 feet to the Southeast corner of said tract;
THENCE Northeasterly, North 23° 46' East, parallel to the aquaduct and 50.00 feet distance therefrom, a distance of 195.00 feet, more or less, to the North property line of the Carl Wolff Property;
THENCE Easterly, North 89° 46' East along said property line, a distance of 37.00 feet, more or less, to the TRUE POINT OF BEGINNING; and

EXCEPT a one-half interest in all mineral rights as reserved in Deed recorded in Document No. 8509-18427, records of Cochise County, Arizona.

PARCEL II

An easement for ingress, egress and utilities over that portion of the South half of the Southwest quarter of SECTION 18, TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at a point which is North 910.00 feet and East 770.00 feet of the Southwest corner of Lot 4 of said SECTION 18;
THENCE East, a distance of 580.00 feet to a point on the West line of Parcel I above;
THENCE South, along said West line, a distance of 50.00 feet;
THENCE West, a distance of 580.00 feet to a point on the East line of that parcel of land conveyed in Docket 768, page 580;
THENCE North, along said East line, a distance of 50.00 feet to the POINT OF BEGINNING.

000103689 ~~000100083~~ ~~051041779~~

## Exhibit A

**PARCEL I**

All that portion of the following described parcel of land lying Easterly of the center line of the San Pedro River as said River existed on January 26, 1982:

That portion of the South half of the Southwest quarter of SECTION 18, and the Northeast quarter of the Northwest quarter of SECTION 19, all in TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the Southwest corner of the said Southwest quarter of SECTION 18;
THENCE North along the West line of the Southwest quarter, a distance of 133.04 feet;
THENCE North 89° 47' East, a distance of 1067.70 feet to the Northwest corner of a parcel of land described in Deed recorded in Docket 672, page 73 and the TRUE POINT OF BEGINNING;
THENCE North 00° 13' West, a distance of 365.92 feet to a point of intersection with the Easterly extension of the South line of a parcel of land described in Deed recorded in Docket 465, page 50;
THENCE South 89° 47' West, a distance of 40.00 feet to the Southeast corner of the said parcel described in Deed recorded in Docket 465, page 50;
THENCE North 00° 13' West, a distance of 196.04 feet to the South line of a parcel of land described in Docket 408, page 416;
THENCE South 89° 46' East along the South line of said parcel described in Deed recorded in Docket 408, page 416, a distance of 325.03 feet to the Southeast corner thereof;
THENCE North 00° 14' West along the East line of said parcel described in Docket 408, page 416, a distance of 225.00 feet to the Southeast corner of a parcel of land described in Docket 341, page 201;
THENCE North 00° 14' West along the said parcel described in Docket 341, page 201, a distance of 225.00 feet to a point on the South line of a parcel of land described in Deed recorded in Docket 362, page 256;
THENCE North 89° 46' East along the South line of the said parcel described in Docket 362, page 256, a distance of 586.75 feet to the West boundary line of the Southern Pacific Transportation Company right-of-way;
THENCE North 27° 02' West along said railroad right-of-way, a distance of 195.18 feet to the North line of the South half of the Southwest quarter of SECTION 18;
THENCE North 89° 46' East along the North line of the said South half of the Southwest quarter, a distance of 591.00 feet, more or less, to the Northeast corner of the South half of the Southwest quarter of SECTION 18;
THENCE South 00° 12' East, a distance of 1320.00 feet to the South quarter corner of SECTION 18;
THENCE South 00° 12' East along the East line of the Northeast quarter of the Northwest quarter of SECTION 19, a distance of 447.71 feet to the North boundary of a parcel of land described in Docket 287, page 417;
THENCE South 89° 47' West along the North line of the said parcel described in Deed recorded in Docket 287, page 417, a distance of 65.08 feet to the Easterly boundary of a parcel of land described in Deed recorded in Docket 672, page 73;
THENCE North 36° 30' West along the Easterly boundary of said parcel described in Deed recorded in Docket 672, page 73, a distance of 723.02 feet;
THENCE South 89° 47' West along the North line of the said parcel in Deed recorded in Docket 672, page 73, a distance of 900.00 feet to the TRUE POINT OF BEGINNING.

EXCEPTING therefrom any portion of the undefined 20.00 foot ditch as conveyed by Deed recorded in Book 83, Deeds of Real Estate, page 1 and modified by Agreement recorded in Book 35, Miscellaneous Records, page 328; and

EXCEPT a 100.00 foot strip of land conveyed to the Southern Pacific Transportation Company by Deed recorded in Book 53, Deeds of Real Estate, page 232; and

EXCEPT the following described parcel of land:

BEGINNING at a steel pine located at the intersection of the North line of the Southeast quarter of SECTION 18, TOWNSHIP 21 South, RANGE 22 East of the Gila and Salt River Base and Meridian,

060103689 ~~060100033~~ ~~051041779~~

FEE # 010100416
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
01/01/05 3
REQUEST OF
GADARIAN, GREGORY V
CHRISTINE RHODES-RECORDER
FEE : 9.00 PAGES : 2

Recording Data: B

original Copy in File 63D and File ~~H05~~ 1102

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Law Office of Gregory V. Gadarian
2200 East River Road, Suite 123
Tucson, Arizona 85718

**MAIL TAX STATEMENTS TO:**

Singletree Ranch, L.L.C.
c/o John S. Gay and Mary E. Gay
1241 Calle De La Plaza
Sahuarita, Arizona 85629

**GIFT DEED**

We, John S .Gay and Mary E. Gay, husband and wife, hereby give and quit-claim to

**SINGLETREE RANCH, L.L.C.**, an Arizona limited liability company,

any and all right, title, or interest we may have in the real property located in Cochise County, Arizona, described as follows:

> **The West half of the Southwest quarter of Section 17; the Southeast quarter, and the Southwest quarter of the Northeast quarter of Section 18; all in Township 18 South, Range 21 East of the Gila and Salt River Base Meridian, Cochise County, Arizona.**

Subject to: current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record or otherwise.

J:\APPLEBY\Singletree LLC\Gift Deed.wpd

010100416

EXHIBIT Z