AA

FEE # 990722817
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
99/07/23 12
REQUEST OF
PIONEER TITLE AGENCY
CHRISTINE RHODES-RECORDER
FEE : 12.00 PAGES : 2

at the request of Pioneer Title Agency, Inc.
when recorded mail to
JOE LAWRENCE HEINZL
P.O. BOX 522
TOMBSTONE, AZ 85638

00150177-LB

# WARRANTY DEED

For the consideration of Ten Dollars, and other valuable consideration, I or we,

ROBERT D. WALKER and SUE G. WALKER, husband and wife

do/does hereby convey to

JOE LAWRENCE HEINZL, a single man

the following real property situated in COCHISE County, Arizona:

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

The Grantor warrants the title against all persons whomsoever.

DATED this JULY 21, 1999

ROBERT D. WALKER SUE G. WALKER

State of Arizona } ss
County of COCHISE

This instrument was acknowledged before me this 23 day of July, 1999 by ROBERT D. WALKER and SUE G. WALKER

OFFICIAL SEAL
LEE BREWER
NOTARY PUBLIC - ARIZONA
COCHISE COUNTY
My Comm. Expires Oct. 7, 2001

Notary Public

My commission will expire______

State of Arizona } ss
County of COCHISE

This instrument was acknowledged before me this ____ day of _______, 19__ by

Notary Public

My commission will expire______

990722817

EXHIBIT AA

Exhibit A

PTA No. 150177

That portion of the South half of the Southwest quarter of Section 18, Township 21 South, Range 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNIN at a point on the North boundary of Lot 4 of said Section 18, which is South 89° 46' East, a distance of 720.00 feet from the West boundary of said Section 18;
thence North 89° 46' East along the North boundary of the South half of the Southwest quarter of said Section 18, a distance of 1,130.95 feet to a point on the Southwesterly boundary of the Southern Pacific Company right-of-way;
thence South 27° 02' East along the Southwesterly boundary of said Southern Pacific Company right-of-way, a distance of 195.18 feet;
thence South 89° 46' West, a distance of 1,217.55 feet;
thence North 175.00 feet to the POINT OF BEGINNING;

EXCEPT a 20.00 foot strip of land as conveyed by instrument recorded in Book 83, Deeds of Real Estate, page 1, and modified by instrument recorded in Book 35, Miscellaneous Records, page 328.

990722817

183

Please mail to Quentin H. Miller Rt 1 Box 180 St. David Az. 85630

OCT 22 1993 5/.. 7 P

903171

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That STEPHANIE KLOEPPEL, Successor Personal Representative of the Estate of KASPER J. EDER, Deceased, of 1509 Freemont, Thermopolis, Wyoming 82443, and BRENT BLACKWELDER, 3517 Rodham Street N.W., Washington, D.C. 20008, SHIRLEY EATON, 6508 Yadkin Court, Alexandria, Virginia 22310, C. RODNEY EATON, P.O. Box 108, 15 Lakeside Avenue, Silver Lake, New York 14549, BLAKE BLACKWELDER, 3022 Tilden, Houston, Texas 77025, and BRION BLACKWELDER, 1533 Adams Street, Hollywood, Florida 33020, the heirs and devisees of CLARA ANN EDER, Deceased, in Cochise County, Arizona Probate No. 88-00287, for and in consideration of the sum of TEN ($10.00) DOLLARS to QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, in hand paid by QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, have granted, sold and conveyed, and by these presents do grant, sell and convey unto QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, all that certain premises described as follows:

FEE # 931028778
OFFICIAL RECORDS
COCHISE COUNTY
DATE 10/22/93 HOUR 3
REQUEST OF
PIONEER TITLE AGENCY
CHRISTINE RHODES-RECORDER
FEE : 12.00 PAGES : 5

931028778

EXHIBIT BB

PARCEL I:

That portion of the Northwest quarter of the Northeast quarter (NW 1/4 NE 1/4) of Section Eighteen (18), Township Eighteen (18) South, Range Twenty-one East of the Gila and Salt River Base and Meridian, in the County of Cochise, State of Arizona, particularly described as follows:

BEGINNING at a point 283 feet South and 3 feet West of the Northeast corner of said NW 1/4 NE 1/4; thence West 140 feet; thence South 100 feet; thence East 140 feet; thence North 100 feet to the point of beginning.

PARCEL II:

The North half of the Northwest quarter (N 1/2 NW 1/4) of Section Seventeen (17), and the East half of the Northeast quarter (E 1/2 NE 1/4) and the Northwest quarter of the Northeast quarter (NW 1/4 NE 1/4) of Section 18, in Township 18 South, Range 21 East of the Gila and Salt River Base and Meridian, in the County of Cochise, State of Arizona,

EXCEPTING however, the following particularly described parcels:

(a) beginning at a point 30 ft. South and 3 ft. West of the NE corner of the NW 1/4 NE 1/4 of said Section 18; thence W 150 feet; thence S. 125 ft. thence E. 150 ft.; thence N. 125 ft. to the point of beginning;

(b) beginning at a point 283 ft. South and 3 ft. West of the NE corner of said NW 1/4 NE 1/4; thence W. 140 ft.; thence S. 100 ft.; thence East 140 ft.; thence North 100 ft. to the point of beginning.

TO HAVE AND TO HOLD the above described premises, together with all and singular the right and appurtenances thereto in anywise belonging unto QUENTIN H. MILLER, as Trustee of the MILLER FAMILY TRUST dated September 4, 1992, its successors and assigns forever.



931028778

And we hereby bind our heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto QUENTIN H. MILLER, Trustee of the MILLER FAMILY TRUST dated September 4, 1992, its successors and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

WITNESS our hands this 16th day of September, 1993.

Stephanie Kloeppel
STEPHANIE KLOEPPEL, As Successor Personal Representative of the Estate of KASPAR J. EDER, Deceased.

Brent Blackwelder
BRENT BLACKWELDER

Shirley Eaton
SHIRLEY EATON

C. Rodney Eaton
C. RODNEY EATON

Blake Blackwelder
BLAKE BLACKWELDER

Brion Blackwelder
BRION BLACKWELDER



931028778

STATE OF Wyoming )
COUNTY OF Hot Springs ) ss.

The foregoing instrument was acknowledged before me this 16th day of September, 1993, by STEPHANIE KLOEPPEL, Successor Personal Representative of the Estate of KASPER J. EDER, Deceased.

Linda R. Harris
~~Notary Public~~ Clerk of District Court

My ~~commission~~ Term expires:
1st Mon. in Jan, 1995

~~STATE OF~~ District of )
COUNTY OF Columbia :
)

The foregoing instrument was acknowledged before me this 28th day of September, 1993, by BRENT BLACKWELDER.

Katherine [illegible]
Notary Public

My commission expires:
Dec 14, 1996

STATE OF Virginia )
:
COUNTY OF Fairfax )

The foregoing instrument was acknowledged before me this 27th day of September, 1993, by SHIRLEY EATON.

[illegible]
Notary Public

My commission expires:
Nov. 30, 1993



931028778

STATE OF New York )
:
COUNTY OF Wyoming )

The foregoing instrument was acknowledged before me this 6th day of October, 1993, by C. RODNEY EATON.

Judith A. Schoonmann
Notary Public in the State of New York
Qualified in Wyoming County No. 4702333
My Commission Expires 10/31/93

Judith A Schoonmann
Notary Public

My commission expires:
10/31/93

STATE OF TEXAS )
:
COUNTY OF HARRIS )

The foregoing instrument was acknowledged before me this 12 day of October, 1993, by BLAKE BLACKWELDER.

Diana B Lopez
Notary Public

DIANA B. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 4-12-94

My commission expires:

STATE OF FLORIDA )
:
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this eighth day of October, 1993, by BRION BLACKWELDER.

Charlene Irvin Houston
Notary Public

My commission expires:

OFFICIAL SEAL
Charlene Irvin Houston
My Commission Expires
Jan 19, 1997
Comm. No. CC 252841



931028778

CC

FEE # 021239035
OFFICIAL RECORDS
COCHISE COUNTY
DATE HOUR
12/05/02 4
REQUEST OF
FIDELITY NATIONAL TITLE
CHRISTINE RHODES-RECORDER
FEE : 10.00 PAGES : 2

When Recorded Mail To:
Tammy Windsor-Brown
P.O. Box 4495
Bisbee, AZ 85603

Escrow No. 104038-CC
COURTESY RECORD
NO TITLE LIABILITY

Exempt under ARS-11-1134 B 3

# QUITCLAIM DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Pete Brown, husband of Tammy L. Windsor-Brown,

hereby remises, releases and quitclaims to Tammy L. Windsor-Brown, wife of Pete Brown,

the following described real property situated in Cochise County, State of Arizona:

See Exhibit "A" attached hereto and made a part hereof

DATED: November 21, 2002

STATE OF ARIZONA
COUNTY OF Cochise
This instrument was acknowledged before me this 22nd day of November 2002
by Pete Brown

Signature ______________ Notary Public

My Commission Expires: ______________

______________
Pete Brown



021239035

EXHIBIT
CC

## Exhibit A

PTA NO. 510935

That portion of Lot 4 and the Southeast quarter of the Southwest quarter of Section 31, Township 23 South, Range 23 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the West quarter corner of said Section 31;

thence South 00° 02' 30" West, a distance of 1,323.90 feet, and to a point in the Southerly right of way of Southern Pacific Railroad;

thence Southeasterly along said Southerly right of way, a distance of 990.49 feet, to the TRUE POINT OF BEGINNING;

thence South 50° 51' 15" East along said Southerly right of way a distance of 942.08 feet, to the intersection of said Railroad right of way and the Northerly right of way of State Highway 92;

thence South 89° 54' 51" West along said State Highway right of way, a distance of 731.06 feet;

thence North 00° 02' 30" East and parallel to the West line of said Section 31, a distance of 595.95 feet to the TRUE POINT OF BEGINNING.

EXCEPT all coal and other minerals as reserved in Patent from United States of America.

021239035