# In the United States Court of Federal Claims

* * * * * *

JACK LADD and
MARIE LADD, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * *

No. 07-271L

Filed: December 13, 2007

**ORDER**

We ask that the parties agree on a time when they can meet with the court to consider several unresolved issues. For example, counsel states that some of the parties would be alleging a temporary taking. We would like to discuss how the class would be organized, how many plaintiffs would be subject to the February 2007 extension, and whether other issues would divide the group.

We denied defendant's proposed scheduling order, but it is not clear whether another scheduling order is in place. If the Government does not accept plaintiffs' proposed scheduling order, we expect to ensure that a firm schedule is in place.

Plaintiffs' motion for partial summary judgment includes excessive material. This is particularly true of some information filed as part of the appendix. This is a reasonably settled area of the law. We will ask the parties to delineate clearly the factual issues to which these principles should be applied, and to ascertain whether the court can assist the progress of this case by making any legal or factual rulings.

Counsel should contact Ms. Croteau at 202/357-6572 to schedule a hearing. We are willing to consider conducting the hearing in Missouri if plaintiffs would want to attend, or if a site visit at this time would be helpful. Otherwise, we would meet with counsel here in Washington.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge