# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed December 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STEPHEN J. ROGERS, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF PURSUANT TO RCFC 56(f)**

---

Upon consideration of Defendant's motion for relief pursuant to RCFC 56(f), Plaintiffs' response thereto and the entire record herein, it is hereby ordered that Defendant's motion is **GRANTED**. The Court orders the following:

1. Both parties may commence discovery as to liability immediately. Absent further order of the Court said discovery period shall end on **April 30, 2008**;

2. Plaintiffs' motion for partial summary judgment is **STAYED** pending completion of discovery on liability;

3. Defendant's Motion to Strike, or, in the Alternative, to Stay Plaintiffs' Motion for Summary Judgment and Defendant's Motion to Approve Proposed Schedule are **DISMISSED** as moot;

4. Defendant's response to Plaintiffs' motion for partial summary judgment is due on **May 29, 2008**;

5. Plaintiffs' reply is due on **June 20, 2008**;

6. The status conference scheduled for December 17, 2007, is cancelled. The Court will conduct a telephonic conference on **February 15, 2008 at 11:30 a.m., EST.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**