## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| | ) | No. 07-271 L |
| Plaintiffs, | ) | |
| | ) | Honorable Robert H. Hodges, Jr. |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S PRELIMINARY RESPONSE TO DEFENDANT'S MOTION FOR RELIEF PURSUANT TO RCFC 56(f)

1. The Plaintiffs strongly object to the government's request to delay resolution of the Plaintiff's pending motion for partial summary judgment.

2. The Plaintiff opposes the enlargement of time sought in the Defendant's Motion for Relief Pursuant to RCFC 56(f).

3. Due to a large winter storm in St. Louis, Missouri, Plaintiffs' counsel will not be able to prepare or file their response the Defendant's Motion for Relief Pursuant to RCFC 56(f) today.

3. The Plaintiffs intend to file their response to the Defendant's Motion for Relief Pursuant to RCFC 56(f) on Monday, February 4th.

4. The Plaintiff's request that this Court stay any action on said motion until after Plaintiffs have had opportunity to file the Plaintiffs' response to the Defendant's motion.

Respectfully submitted,

| | |
|---|---|
| Date: February 1, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |