# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al., *

Plaintiffs, *                No. 07-271L

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The Rails-to-Trails Conservancy seeks leave to file an *amicus curiae* brief in opposition to plaintiff's pending Motion for Summary Judgment. The motion is GRANTED.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge