**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al.<br><br>For Themselves and As Representatives of a<br>Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-271L<br><br>Honorable Robert H. Hodges, Jr. |

# MOTION TO DIRECT DEFENDANT TO RESPOND TO PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT

COMES NOW Plaintiffs, Jack and Marie Ladd, *et al.*, by and through their counsel, Lathrop & Gage L.C., and in support of their Motion to Order Defendant Respond to Plaintiffs' Proposed Finding of Uncontroverted Facts states as follows:

1. On December 4, 2007, Plaintiffs filed their Proposed Findings of Uncontroverted Fact.

2. Also on December 2, 2007, Plaintiffs filed a Motion for Partial Summary Judgment relying upon their Proposed Findings of Uncontroverted Fact.

3. Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment was originally due on February 2, 2008.

4. On January 31, 2008, Defendant requested a six-month extension of time to respond to Plaintiffs' Motion pursuant to RCFC 56(f).

5. The parties held a status conference with this Court on February 14, 2008.

6. At this status conference, this Court rejected the Defendant's requested six month extension and stated that, "It's hard to imagine how it could take this long to check a title. I mean, all of us have been through that initiation in the practice probably of checking titles. We're talking about eight people here so far. You know, you go down to the courthouse, and by the end of the day, you have it. It may be on computer by now, for all I know. *** But again, I'm sure you don't really need six months." *Ladd v. United States*, 07-271L, hearing before the Hon. Judge Robert H. Hodges, Jr, February 14, 2008, p. 18.

7. The Court indicated at the status conference that it desired the parties to narrow the factual and legal issues and stated that Plaintiffs may propound discovery on Defendant "[i]f there's anything left that [Plaintiffs] don't understand about the Government's position." *Ladd v. United States*, 07-271L, hearing before the Hon. Judge Robert H. Hodges, Jr, February 14, 2008, p. 40.

8. This Court also made clear that it was not advocating that the parties necessarily needed to engaged in "any formal discovery process." *Id.*

9. Plaintiffs desire to narrow the factual and legal issues that are in dispute in order to more quickly and efficiently resolve this case.

10. Toward that end, the Plaintiffs' Proposed Findings of Uncontroverted Fact set forth the title documents and railroad easement instruments relevant to the issues before this Court. The Defendant's responses to the Proposed Findings of Uncontroverted Fact would substantially clarify the government's position regarding the factual issues which are necessary for this Court to resolve – as opposed to those which are not in dispute.

11. The Proposed Findings of Uncontroverted Fact, in significant part, ask the government to admit the authenticity and accuracy of the Exhibits which are copies of documents recorded in the Cochise County, Arizona Recorder of Deeds office.

12. Accordingly, Plaintiffs request that this Court direct the government to respond to the Plaintiffs Proposed Findings of Uncontroverted Fact.

13. The Government has had the Plaintiff's Proposed Statement of Uncontroverted Fact and the attached exhibits since December 4, 2007. (The Defendant has actually had many of these documents since the complaint was originally filed almost a year ago)

14. Therefore, Plaintiffs request that this Court compel Defendants to respond to Plaintiffs' Proposed Findings of Uncontroverted Fact within 10 days as doing so will substantial define those factual and legal issues that are genuinely in dispute and aid in the prompt and cost-efficient resolution of this case.

WHEREFORE Plaintiffs move this court to Order Defendant to file their response to Plaintiffs' Proposed Findings of Uncontroverted Fact within 10 days of the issuance of such Order and for any other relief this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| Date: 2/29/08 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br>ATTORNEYS FOR PLAINTIFFS |