# In the United States Court of Federal Claims

* * * * * *

JACK LADD and
MARIE LADD, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * *

No. 07-271L
Filed: March 10, 2008

**ORDER**

We received plaintiffs' motion to direct defendant to respond on February 29. At a hearing on February 14 we instructed the Government to submit to the plaintiffs its requirements for discovery. We have not received information that the Government submitted its requirements for discovery necessary to argue legal issues that may control the case in the early stages. The Government has not informed the court that it needs additional time. Therefore, defendant will comply no later than March 14 or notify the court of its progress on that date.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge