**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACK LADD and MARIE LADD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07-271 L<br><br>Honorable Robert H. Hodges, Jr. |

**PLAINTIFFS' FILING MEMORANDUM**

COME NOW Plaintiffs, by and through undersigned counsel, and in accordance with the status hearing with the Court on February 14, 2007, Plaintiffs hereby state that they have provided Defendant with their Responses and Objections to Defendant's Interrogatories, Request to Admit, and Request for Production of Documents.

Respectfully submitted,

| | |
|---|---|
| Date: 3/10/08 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |