# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, * No. 07-271L
*
v. * Filed: April 1, 2008
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

The Court held a status conference today, April 1. The parties agree that the Government will file its response to plaintiffs' motion for partial summary judgment and the Government's cross-motion for summary judgment forty-five (45) days from the date of this Order. Plaintiffs will file their reply no more than 45 days from the date the Government files its motion.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge