IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SCHNEIDER, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | 8:99CV0315 |
| PAUL F. SEGER, KAREN M. SEGER, DOUGLAS W. MATSCHULLAT, and HELEN SUE MATSCHULLAT, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | 4:99CV3056 |
| TIMOTHY M. GRAY and MARGARET S. GRAY, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | 4:99CV3154 |
| LAZY HORSESHOE RANCH, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | 4:99CV3153<br>ORDER |

This matter is before the Court on the parties' Joint Status Report (Filing No. 343 in 8:99CV315). A status telephone conference was held on March 10, 2008. The defendant requests a stay of proceedings with respect to the Category 8 parcels pending the outcome of an interlocutory appeal before the Federal Circuit in *Ellamae Phillips Co. v. United States*. In addition, plaintiffs request clarification and/or briefing on the issue of the proper measure of damages in light of the Court's January 15, 2008, order (Filing No. 341 in 8:99CV315). The Court has considered the parties' requests and finds both requests should be granted. Accordingly,

IT IS ORDERED:

1) The proceedings with respect to the Category 8 parcels shall be stayed pending the outcome of the interlocutory appeal in *Ellamae Phillips Co. v. United States*. Defendant shall inform the Court when the Federal Circuit reaches a decision in that matter; and

2) The plaintiffs shall submit a brief on the issue of the proper measure of damages in this class action on or before

**April 4, 2008.** Defendant shall submit a responsive brief on or before **April 18, 2008.**

DATED this 20th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court