**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACK LADD and MARIE LADD, et al., Plaintiffs, | No. 07-271 L |
| v. | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, Defendant. | |

**DECLARATION OF CINDI A. R. STRAUP**

I, Cindi A. R. Straup, declare under penalty of perjury that:

1. I am the Director of Axxion Administration, LLC. I have been engaged in claims administration for over ten years. I have been engaged to obtain the relevant landowner information for over forty lawsuits involving landowners who adjoin active and abandoned railroad corridors. These engagements included review of Valuation maps and tax maps.

2. Axxion Administration, LLC, was retained to conduct title examination work in Ladd v. United States.

3. We were asked to identify the conveyance documents that record how the railroad acquired an interest in the corridor identified in the Surface Transportation Board's Decision and Notice of Interim Trail Use or Abandonment dated July 25, 2006.

4. We used tax maps and tax cards obtained from Cochise County, Arizona along with the documents attached to the Plaintiffs' First Amended Complaint (provided to us) to locate the named Plaintiffs' properties. Using the known location of the Plaintiffs' properties, we correlated each Plaintiffs' property to the Val maps covering those same

locations. Using the Deed Schedules on the Val maps, we obtained the Deed Book and Page for the relevant private conveyance documents. We then obtained a copy of the related source documents from the Cochise County Courthouse.

5. The following chart shows which source conveyance documents conveyed the portions of the corridor that abut the eight named Plaintiffs' properties as of July 25, 2006.[1] The referenced instruments are attached hereto as exhibits.

| Plaintiff | Relevant Conveyance Instrument(s) | | | |
|---|---|---|---|---|
| | Grantor/ Grantee | Date | Record | Exhibit |
| Ladd Family | E.M. Fike/ E.P. & S.W.R.R. Co. | July 9, 1903 | D.R. 19-498 July 31, 1903 | 1 |
| | Lydia L. Fike/ E.P. & S.W.R.R. Co. | July 20, 1903 | D.R. 19-493 July 31, 1903 | 2 |
| | B.L. Robinson/ E.P. & S.W.R.R. Co. | July 16, 1903 | D.R. 19-491 July 31, 1903 | 3 |
| | P.J. Fike/ E.P. & S.W.R.R. Co. | July 7, 1903 | D.R. 19-488 July 31, 1903 | 4 |
| | August Bohrnfalk/ E.P. & S.W.R.R. Co. | July 13, 1903 | D.R. 19-500 July 31, 1903 | 5 |
| | Henry Lee Hardt/ E.P. & S.W.R.R. Co. | July 7, 1903 | D.R. 19-496 July 31, 1903 | 6 |
| | United States/ E.P. & S.W.R.R. Co. | Mar. 3, 1875 | Act of Congress | |
| Lindsey Family | C.L. Cummings/ E.P. & S.W.R.R. Co. | Oct. 30, 1911 | D.R. 53-247 Nov. 15, 1911 | 7 |
| Castro | John E. Logan et ux/ E.P. & S.W.R.R. Co. | Nov. 6, 1911 | D.R. 53-232 Nov. 9, 1911 | 8 |
| | United States/ E.P. & S.W.R.R. Co. | Mar. 3, 1875 | Act of Congress | |
| Joseph Lawrence Heinzl | John E. Logan et ux/ E.P. & S.W.R.R. Co. | Nov. 6, 1911 | D.R. 53-232 Nov. 9, 1911 | 8 |
| | United States/ E.P. & S.W.R.R. Co. | Mar. 3, 1875 | Act of Congress | |
| Miller Family | J.V. Vickers et ux./ E.P. & S.W.R.R. Co. | Jan. 14, 1910 | D.R. 50-416 Feb. 14, 1910 | 9 |

[1] Some of the property described in the deeds attached to Plaintiffs' First Amended Complaint, including all of the property described in Quitclaim Deed #000411149, does not abut the rail line.

| | | | | |
|---|---|---|---|---|
| | Aztec Land and Cattle Company/ Ariz & Col R.R. Co. | Mar. 20, 1903 | D.R. 27-495 Apr. 5, 1905 | 10 |
| | United States/ E.P. & S.W.R.R. Co. | Mar. 3, 1875 | Act of Congress | |
| Singletree Ranch | United States/ Ariz. & Southeastern RR. Co. | Mar. 3, 1875 | Act of Congress | |
| Miller Ranch Trust | United States/ Ariz. & Southeastern RR. Co. | Mar. 3, 1875 | Act of Congress | |
| Tammy Windsor-Brown | United States/ E.P. & S.W.R.R. Co. | Mar. 3, 1875 | Act of Congress | |

6. We determined that Joseph Lawrence Heinzl sold his property on June 6, 2007. The relevant deed is attached as Exhibit 11.

7. We reviewed the original conveyance documents identified as Exhibits F, H, I, and J to Plaintiffs' Proposed Findings of Uncontroverted Fact (provided to us) and determined that they relate to portions of the railroad corridor that do not abut the named Plaintiffs' properties. In addition, we reviewed Exhibit K to Plaintiffs' Proposed Findings of Uncontroverted Fact (provided to us) and determined that it is not an original conveyance document.

8. We determined that the Lindsey Family, Castro, Heinzl, Singletree Ranch, Miller Ranch Trust, and Windsor-Brown Plaintiffs' properties abut portions of the railroad corridor located between milepost 1040.15 near Curtiss and milepost 1074.3 at the intersection of the rail line with State Highway 92.

9. We determined that the Ladd Family property and most of the Miller Family property abut portions of the railroad corridor located between milepost 1074.3 at the intersection of the rail line with State Highway 92 and milepost 1084.0. A small piece of

the Miller Family property abuts a portion of the railroad corridor located between milepost 1084.0 and milepost 1097.3 at Paul Spur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of May 2008 at Dallas, Texas.

Cindi A. R. Straup

198

... in and for the County of Cochise, Territory of ... on this day personally appeared Henry Clue ... well known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 7th day of July, A.D. 1903

(My commission expires January 1904)

(Seal) M J Cunningham
Notary Public, Cochise Co., A. T.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 a M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy

This Indenture, Made this 7 day of July A.D. 1903 between O. M. Fike party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred and Fifty (150) Dollars in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part, the following described piece or parcel of land situate in the County of Cochise, Territory of Arizona, known for a right-of-way of the El Paso & Southwestern Railroad, through, along and over the same; said piece or parcel of land being a strip of land one hundred (100) feet in width, and being fifty feet on each side of the

DEFENDANT'S EXHIBIT 1

center line of the main track of the railroad of said party of the second part, and which said center line commences at a point five hundred (500) feet north of the south east corner of the northwest quarter of Section Thirteen (13), Township Twenty-four (24) South Range Twenty-three (23) East Gila & Salt River Base and Meridian, and runs thence westerly Two Thousand Six Hundred Seventy Six and seven-tenths (2,676.7) feet to a point Eight Hundred and Fifty-five and five-tenths (855.5) feet north of the south-west corner of said Quarter Section, as as said center line is now located; said strip or parcel of land containing six and one hundred and forty-seven one-thousandths (6.147) acres of land, more or less; together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, piece and parcel of land and premises, as and for a right of way for said railroad, unto the said party of the second part, its successors and assigns forever.

In Witness Whereof, the party of the first part has hereunto set her hand and seal, the day and year first above written.

E. M. Fike (Seal)

Territory of Arizona, }
County of Cochise } ss.

Before me M. J. Cunningham a Notary Public in and for said County of Cochise, Territory of Arizona on this day personally appeared E. M. Fike, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purpose and consideration therein expressed.

This Indenture, Made this 20th day of July A.D. 1903 between [illegible] L. Fike, the party of the first part, and the El Paso & Southwestern Railroad Company, a corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of Eight Hundred And Seventeen (817) Dollars, in hand paid to said party of the first part by said party of the second part receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised, and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm unto said party of the second part the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right-of-way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land 100 feet in width and being 50 ft. on each side of the centre line of the main track of the Railroad of said party of the second part as the same is now located, and which centre line commences at Station 112 + 66.2 at a point 924.5 ft. West of the Southeast corner of the North one-half of the N.E. ¼ of Sec. 14 Tp. 24 S. Rge 23 E. G & S R B & M and runs thence northwesterly 1133.8 feet to Station 124. Thence in the same general direction with a width of 150 ft being 75 ft. upon each side of said centre line to Station 130, a distance of 600 feet, thence in the same general direction with a width of 100 feet, being 50 feet upon each side of said centre line to Station 142 a distance of 1200 feet said Station being at a point on the [illegible] line of the N.E. ¼ of [illegible] in said Township and Range and distant 800.2 feet North from

DEFENDANT'S EXHIBIT 2

PENGAD-Bayonne, N. J.

... corner of said corner of said S. E. 1/4 S. W. 1/4 of ... said Sec. 11 and containing 9 076/1000 acres of land, more or less;

Also, a strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point three hundred eighty-three and three-tenths (383.3) feet North of the south-east corner of the South one-half (1/2) of the southwest quarter of Section Four (4), Township Twenty-four (24) South, Range Twenty-three (23) East, G. & S. R. B. & M., and runs thence Westerly Five Thousand Three Hundred Thirty-five (5335) feet to a point in the West line of the south one-half of the southeast quarter of Section Five (5), in said Township and Range, and which said last named point is distant one thousand and fifteen (1,015) feet North of the southwest corner of said south one-half of the southeast quarter of said Section Five, and containing Twelve and Twenty-one one-hundredths (12.21) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, pieces and parcels of land and premises, as and for a right-of-way for said railroad, unto the said party of the second part, its successors and assigns forever.

It is understood, however, that the natural flow of water on and over the said described tracts of land shall be preserved as far as practicable, and consistent with the maintenance and operation of said railroad upon said right-of-way.

The party of the first part covenants and agrees

to remove the fencing at present upon said tracts of land so as to furnish such protection as she may require for her said lands, and to maintain said fencing for such purpose.

It is further understood that the party of the second part shall not, while the party of the first part, or direct heirs of her body continue to own the tract of land first therein described, sink any well or wells upon its right-of-way crossing the same, hereby conveyed.

In Witness Whereof, the party of the first part has hereunto set her hand and seal, the day and year first above written.

Lydia L. Fike (Seal)

Territory of Arizona, }
County of Cochise. } ss.

Before me, M J Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Lydia L. Fike, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 20 day of July, A.D. 1903

(My Commission expires Jan 4. 1904)

(Seal)

M. J. Cunningham
Notary Public, Cochise Co.,
Arizona.

Filed and recorded at request of H. J. Simmons July 31st A. D. 1903. at 9 A. M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy.

This Indenture, Made this 16th day of July A.D. 1903, between [illegible] Robinson, party of the first part, and the El Paso & Southwestern Railroad Company, a corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That for and in consideration of the sum of One Hundred (100) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has bargained, sold, granted, aliened, released, remised and confirmed, and by these presents doth bargain, sell, grant, alien, release, remise and confirm, unto said party of the second part the following described tract, piece or parcel of land, situate in the County of Cochise, Territory of Arizona, used for right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center-line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point Six Hundred Eight and two-tenths (608.2) feet North from the southeast corner of the southwest quarter of the southwest quarter of Section Eleven (11), Township Twenty-four (24) South, Range Twenty-three (23) East, G.&S.R.B.&M., and runs thence northwesterly One Thousand Four Hundred Ninety-one and four-tenths (1,491.4) feet, to a point in the North line of the southeast quarter of the southeast quarter of Section Ten (10), said Township and Range, which said point is thirteen and eight-tenths (13.8) feet west from the

DEFENDANT'S EXHIBIT 3

PENGAD-Bayonne, N. J.

[illegible] corner of said southeast quarter of the southeast [illegible] of said Section Ten; containing three and four [illegible] and twenty-three one-thousandths (3.423) acres [illegible] or less;

Together with all and singular the tenements, heredita[ments] and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold, the said tract, piece or parcel of land and premises, assigned for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

B. L. Robinson (Seal)

Territory of Arizona, }
County of Cochise, } ss.

Before me, M. J. Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona on this day personally appeared B. L. Robinson, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 16 day of July, A.D. 1903.

(My commission expires Jan 4. 1904.)

(Seal)

M. J. Cunningham
Notary Public Cochise Co, Arizona

Filed and recorded at request of [illegible] [illegible] July 2[illegible] A.D. 19[illegible] [illegible]
Frank Hare, County Recorder [illegible] By [illegible] Deputy

... it was partly obliterated and torn; that the missing parts of the document to which this is appended contained the initials "J. M." the same being the initials of this affiant and grantee in said deed. That this affidavit is made for the sole purpose of protecting the said grantee in said deed, in her rights to said lot.

Josefa M de Elias.

Subscribed and sworn to before me this Thirtieth day of July, nineteen hundred three.

(Seal) S.A.D. Upton.

Notary Public

Filed and recorded at request of S.A.D. Upton July 30, A.D. 1903 at 1 P.M.

Frank Hare, County Recorder
By M.A. McHugh, Deputy

---

This Indenture, Made this 7th day of July A.D. 1903, between P. J. Fiky, party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred (100) Dollars, in hand paid by the party of the second part to the party of the first part receipt whereof is hereby acknowledged, said party of the first part have granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm, unto said party of the second part the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
4

and lying fifty feet on each side of the center line of the main track of the railroad of said party of the second part as the same is now located, and which said center line commences at a point thirteen and eight-tenths (13.8) feet west from the southeast corner of the northeast quarter of the southeast quarter of Section Ten (10), Township Twenty-four (24) South Range Twenty-three (23) East, G. & S. R. B. & M., and runs thence northwesterly one thousand five hundred seventy-eight and six-tenths (1,578.6) feet to a point in the North line of said northeast quarter of the southeast quarter of Section Ten, distant eight hundred fifty-six (856) feet west from the northeast corner of said northeast quarter of the southeast quarter of Section Ten; and containing three and six hundred and twenty-four one-thousandths (3.624) acres of land, more or less;

Also a strip of land one hundred (100) feet in width, and lying fifty feet on each side of the center line of the main track of the railroad of said party of the second part as the same is now located, and which said center line commences at a point eight hundred eighty-one and five tenths (881.5) feet north from the southeast corner of the southwest quarter of the northeast quarter of Section Ten (10), Township Twenty-four South, Range Twenty-three East, G. & S. R. B. & M., and runs thence northwesterly five hundred sixteen and seven-tenths (516.7) feet to a point in the north line of said southwest quarter of the northeast quarter of Section Ten, which said point is distant one thousand fifty-one (1,051) feet east of the northwest corner of said southwest quarter of the northeast

... of said Section Ten; and containing one and eighteen onehundredths (1.18) acres of land, more or less; together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To have and to Hold, the said tracts, pieces and parcels of land and premises, as and for a right of way for said railroad, unto the said party of the Second Part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

P. J. Pike. (Seal)

Territory of Arizona, }
County of Cochise. } ss.

Before me, S. K. Williams, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared P. J. Pike, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 7th day of July, A.D. 1903.

My Commission expires Nov. 30/04

(Seal) S. K. Williams
Notary Public, Cochise Co., Arizona.

Filed and recorded at request of H. J. Simmons July 31st A.D. 1903 at 9 AM
Frank Hare, County Recorder — By M. A. Madigh, Deputy

Given under my hand and seal of office this 9 day of ... A.D. 1903

(My Commission expires Jan 4 1904)

(Seal) M. J. Cunningham

Notary Public, Cochise Co., Arizona.

Filed and recorded at request of V. J. Simmons July 31st A.D. 1903 at 9 A.M.

Frank Hare, County Recorder

M. A. McHugh, Deputy

---

This Indenture, Made this 13th day of July A.D. 1903 between August Bhomfolk, party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred Seventy-five (175) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part has granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm, unto said party of the second part, the following described tract, piece or parcel of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part, as the same is now located, and which said center line commences at a point seven hundred eighty-three and five-tenths (783.5) feet south from the northeast corner of the northwest quarter of Section Tw...

DEFENDANT'S EXHIBIT 5
PENGAD-Bayonne, N. J.

(20), Township Twenty-four (24) South Range Twenty-three (23) East, G.&S.R.B.&M., and runs thence westerly two thousand seven hundred and three-tenths (2,700.3) feet to a point in the west line of said quarter section, which said point is distant two hundred (200) feet south from the northwest corner of said quarter section; and containing six and two-tenths (6.2) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining.

To Have and to Hold the said tract, piece or parcel of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tract of land, so as to furnish such protection as he may require for his said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal, the day and year first above written.

August Schimpfalf

Territory of Arizona, } ss,
County of Cochise. }

Before me, M.J. Cunningham, a Notary Public in and for the County of Cochise, Territory of Arizona, this day personally appeared August Schimpfalf, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed

502

... under my hand and seal of office this 13 day of July, A.D. 1903

(My Commission expires Jan 11 1904)

(Seal)

M. J. Cunningham
Notary Public, Cochise Co., Arizona.

Filed and recorded at request of H. J. Simmons July 31 A.D. 1903 at 9 A.M.

Frank Hare, County Recorder
By M. A. McHugh, Deputy

---

Deed.

This Indenture, Made the 27th of June in the year of our Lord One Thousand Nine Hundred and Three (1903), between C. A. Pirtle Company a Corporation organized under the laws of the Territory of Arizona, and whose place of business is at Douglas, Cochise County, in said Territory the party of the first part, and Agnes Snyder, of the city, county, and state of New York the party of the second part,

Witnesseth: That the said party of the first part, for and in consideration of the sum of Four Hundred Dollars ($400.00) Dollars lawful money of the United States of America, to it in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, has remised, released, and quit-claimed, and by these presents does remise, release and quit-claim unto the said party of the second part, and to heirs and assigns forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described real estate and property, situated in the town of Douglas, in the County of Cochise and Territory of Arizona, bounded and described upon a map entitled "Map of Douglas Townsite, made by C. G. Howe," dated

[illegible] Indenture, Made this 7 day of July A.D. 1903, between [illegible] Lee Hecht, party of the first part, and the El Paso & Southwestern Railroad Company, a Corporation created and existing under and by virtue of the laws of the Territory of Arizona, party of the second part, Witnesseth:

That, for and in consideration of the sum of One Hundred Seventy-five (175) Dollars, in hand paid to said party of the first part by said party of the second part, receipt whereof is hereby acknowledged, said party of the first part have granted, bargained, sold, aliened, released, remised and confirmed, and by these presents doth grant, bargain, sell, alien, release, remise and confirm unto said party of the second part, the following described tracts, pieces or parcels of land, situate in the County of Cochise, Territory of Arizona, as and for a right of way of the El Paso & Southwestern Railroad, through, along and over the same, to-wit:

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the second part as the same is now located, and which said center line commences at a point two hundred (200) feet South of the northeast corner of Section Nine (9), Township Twenty-four South Range Twenty-three East, G.& S.R. B.& M., and runs thence westerly nine hundred twenty-five and six-tenths (925.6) feet to a point in the north line of said Section nine, which point is distant nine hundred four and five-tenths (904.5) feet West from the northeast corner of said Section Nine; and containing two and twelve one-hundredths (2.12) acres of land, more or less; also,

A strip of land one hundred (100) feet in width, and being fifty feet on each side of the center line of the main track of the railroad of said party of the

DEFENDANT'S EXHIBIT 6

PENGAD-Bayonne, N.J.

second part, as the same is now located, and which said center line commences at a point ninety-one and eight-tenths (91.8) feet north of the southeast corner of the southwest quarter of the southeast quarter of Section Four (4), Township Twenty-four South Range Twenty-three East, G.&S. R. B.& M., and runs thence westerly one thousand three hundred fifty-one and three-tenths (1351.3) feet to a point in the West line of said southwest quarter of the southeast quarter of said Section Four, which said point is distant three hundred eighty-three and three-tenths (383.3) feet north from the Southwest corner of said southwest quarter of the Southeast quarter of said Section four; and containing three and one-tenth (3.1) acres of land, more or less;

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

To Have and to Hold, the said tracts, pieces or parcels of land and premises, as and for a right of way for said railroad, unto said party of the second part, its successors and assigns forever.

The party of the first part covenants and agrees to remove the fencing at present upon said tracts of land, so as to furnish such protection as he may require for the said lands, and to maintain said fencing for such purpose.

In Witness Whereof, the party of the first part has hereunto set his hand and seal the day and year first above written.

Henry Lee Hardt (Seal)

Territory of Arizona, }
County of Cochise } ss.

Before me, M. J. Cunningham, a Notary

do grant, sell and convey unto the said Andrew Branagh all that certain premises described as follows, viz: Lots numbered Eight (8) and Seven (7) and the west (1/2) half of Lot number Six (6) in Block number One Hundred Thirty-six (136) situate in Douglas, County of Cochise, Territory of Arizona, as bounded and described upon a map entitled "Map of Douglas Townsite, made by E. G. Howe, C. E., dated January 12, 1901, as amended", and filed in the office of the County Recorder, of the said County of Cochise.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Andrew Branagh his heirs and assigns forever.

And we hereby bind ourselves, our heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto the said Andrew Branagh his heirs and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

Witness our hands this 13th day of November, A. D. 1911.

Signed, Sealed and Delivered in the presence of } R. L. Dunagan (SEAL)
- - - - - - - - - - - - - - - - - - - - } Minnie B. Dunagan (SEAL)

TERRITORY OF ARIZONA, } SS.
County of Cochise }

Before me, W. S. Dixon, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared R. L. Dunagan known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this 13th day of November A. D. 1911.

(SEAL) W. S. Dixon,

(My Commission expires Dec. 16, 1912) Notary Public.

TERRITORY OF ARIZONA, } SS.
County of Cochise }

Before me, W. S. Dixon, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Minnie B. Dunaganwife of said R. L. Dunagan known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this 13th day of November, A. D. 1911.

(SEAL) W. S. Dixon

(My commission expires Dec. 16, 1912.) Notary Public.

Filed and recorded at request of W. S. Dixon, Nov 14 1911 at 1 PM.

By H. L. Hutchison, C. A. McDonald,

Deputy. County Recorder.

-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-

THIS INDENTURE, Made this thirtieth day of October, A. D. 1911, between C. L. [illegible], an unmarried man, of Cochise County, Territory of Arizona, the party of the first part, and EL PASO & SOUTHWESTERN RAILROAD COMPANY, a corporation organized and existing under the laws of the Territory of Arizona, the party of the second part,

WITNESSETH: That the said party of the first part for an in consideration of the sum of TWO HUNDRED AND FIFTY DOLLARS ($250.00), lawful money of the United States of America, to him in hand paid by the party of the second part, the receipt whereof is hereby confessed and acknowledged, has bargained, sold, granted, conveyed, aliened, remised, released and confirmed and by these presents does bargain, sell, grant, convey,

DEFENDANT'S EXHIBIT 7

alien, remise, release and confirm unto the party of the second part, its successors and assigns, in fee simple, all that certain lot, piece or parcel of land situated in the County of Cochise, Territory of Arizona, and described as follows, viz:

A strip of land on the east side of the San Pedro River two hundred feet (200 ft.) in width being one hundred feet in width upon each side of the center line survey as now staked out upon the ground for the relocation of the El Paso & Southwestern Railroad Company between the stations of Lewis Springs and Fairbanks, over, through, across and upon the SW 1/4 of NW 1/4, Section Twelve (12) and the extreme northeast corner of Section Eleven (11) in Township Twenty-one South, Range Twenty-one East, G. & S. R. B. & M, said strip of land being approximately nine hundred (900) feet in length upon the center line embracing an area of 4.25 acres of land, more or less, from said tracts above described.

TO HAVE AND TO HOLD the above described premises together with all and singular the appurtenances and privileges thereunto belonging or in anywise appertaining unto the said party of the second part, its successors and assigns forever.

IN WITNESS WHEREOF, said party of the first part has executed these presents the day and year first above written.

C. L. Cummings

TERRITORY OF ARIZONA }
County of Cochise. } SS.

Before me, O. Gibson, a Notary Public, in and for the County of Cochise, Territory of Arizona, on this day personally appeared C. L. Cummings, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN under my hand and seal of office this 10th day of November A. D. 1911.

(SEAL)

My commission expires April 4-1915.

O. Gibson

Notary Public.

Filed and recorded at request of Jas V. Bergen Nov 15 1911 at 9 AM.

By H. L. Hutchison, C. A. McDonald,

Deputy. County Recorder.

WARRANTY DEED

TERRITORY OF ARIZONA, }
County of Cochise. } SS.

KNOW ALL MEN BY THESE PRESENTS:

That We, Jacques Ardisson and Adell Ardisson, his wife of the City of Douglas, County of Cochise, Territory of Arizona, for and in consideration of Ten ($10.00) Dollars, to us in hand paid by Felix Daver have granted, sold and conveyed, and by these presents do grant, sell and convey unto the said Felix Daver all that certain premises described as follows, viz: An undivided one-half interest in and to Lots numbered Fifteen (15) and Sixteen (16) in Block number Seventy-four (74) situate in Douglas, County of Cochise, Territory of Arizona, as bounded and described upon a Map entitled "Map of Douglas Townsite, made by E. C. Howe, C. E., dated January 12, 1901, as amended," and filed in the office of the County Recorder of the said County of Cochise.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Felix Daver his heirs and assigns forever.

thirty-six (36) thirty-seven (37) and thirty-eight (38) in Block six (6).

To have and to hold the same together with all and singular the tenements, hereditaments and appurtenances thereunto belonging unto the said party of the second part, his successors in office, whether as superintendent of the mission conference, or of an annual conference hereafter organized having jurisdiction of the territory in which such lots are located, or assigns, forever.

In trust for the use and benefit of the Ministry and Membership of the Methodist Episcopal Church in the United States of America, subject to the Discipline, Usage, and Ministerial appointments of said Church, as from time to time authorized and declared, and if sold, the proceeds shall be disposed of and used in accordance with the provisions of said Discipline.

Should said party of the second part ever fail of a successor in theoffice aforesaid capable of executing the conditions of the aforesaid trust, then the Superior Judge of Cochise County, Arizona, is hereby authorized and empowered to carry out the terms of said trust.

In testimony whereof the said party of the first part has hereunto set his hand the day and year first above written.

Frank W Goodbody
Probate Judge of Cochise County, Arizona, and
Trustee for the several use and benefit of the
occupants of the Townsite of Pearce.

TERRITORY OF ARIZONA )
} SS.
County of Cochise )

Before me O. Gibson, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Frank W. Goodbody, known to me to be the person whose name is subscribed to the foregoing instrument, and known to me to be the Probate Judge of said County, and Territory, and Trustee for the several use and benefit of the occupants of Pearce Townsite, said County, according to their respective interest and acknowledged to me that he, as such Trustee, executed the said instrument for the purpose and consideration therein expressed.

Given u nder my hand and seal of office this 6th day of November, 1911.

(SEAL) My commission expires April 4, 1915.

O. Gibson
Notary Public.

Filed and recorded at request of Gibson Abstract Co Nov 6-1911 at 5:00 PM.

By H. L. Hutchison, C. A. McDonald,
Deputy. County Recorder.

-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-.-

THIS INDENTURE, Made the sixth day of November, A. D., 1911, between John E. Logan and Belle D Logan, his wife, of Cochise County, Territory of Arizona, parties of the first part, and El Paso & Southwestern Railroad Company, a corporation organized and existing under the laws of the Territory of Arizona, party of the second part,

WITNESSETH: That the said parties of the first part for and in consideration of the sum of One Hundred and fifty and 00/100 ($150.00/100) lawful money of the United States of America, to themin hand paid by the party of the second part, the receipt whereof is hereby confessed and acknowledged, has bargained, sold, granted, conveyed, aliened, remised, released and confirmed, and by these presents do bargain, sell, grant, convey, alien, remise, release and confirm unto the party of the second part, its successors and assigns, in fee somple, all that certain lot, piece or parcel of land situate in the County of Cochise, Territory of Arizona, and described as follows, viz:-

DEFENDANT'S EXHIBIT 8

PENGAD-Bayonne, N.J.

A strip of land one hundred (100) feet in width, being fifty (50) feet in width on each side of the center line of the El Paso & Southwestern Railroad relocation survey between Lewis Springs and Fairbank as now surveyed and staked upon the ground, over, through, across and upon the SE 1/4 of SW 1/4 Section 18, and the NE 1/4 of NW 1/4 Section 19, T 21 S, R 22 E, G & S R B & M, embracing an area of 3.07 acres of land, more or less.

TO HAVE AND TO HOLD the above described premises together with all and singular the appurtenances and privileges thereunto belonging or in anywise appertaining unto the said party of the second part, its successors and assigns forever.

IN WITNESS WHEREOF, said parties of the first part have executed these presents the day and year first above written.

John E Logan

Belle D Logan

TERRITORY OF ARIZONA, }
County of Cochise. } SS.

Before me John Boler, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared John E. Logan, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN under my hand and seal of office this eight day of November A.D. 1911.

(SEAL) My commission expires July 9, 1914.

John Boler

Notary Public.

TERRITORY OF ARIZONA, }
County of Cochise. } SS.

Before me, John Boler, a Notary Public, in and for the County of Cochise, Territory of Arizona, on this day personally appeared Belle D, Logan, known to me to be the person whose name is subscribed to the foregoing instrument as wife of John E. Logan mentioned therein, and acknowledged to me that she executed the same of her own free will and for the purpose and consideration therein expressed.

GIVEN under my hand and seal of office this eight day of November A.D., 1911.

(SEAL) My Commission expires July 9, 1914.

John Boler

Notary Public.

Filed and recorded at request of E. E. Ellinwood Nov 9-1911 at 9:00 AM.

A. L. Hutchison, C. A. McDonald,

County Recorder.

Deputy.

DEED OF RELEASE OF TRUST DEED.

KNOW ALL MEN BY THESE PRESENTS, That PROVIDENT MUTUAL BUILDING-LOAN ASSOCIATION of Los Angeles, California, the cestui que trust in the Trust Deed hereinafter mentioned, party of the first part, in consideration of the payment of Four Hundred and 74/100 Dollars, to it, being full payment of the note secured by the Trust Deed hereinafter set out, and all expenses and charges connected therewith by Thomas L. Seeley of Douglas, Cochise County, Territory of Arizona, the party of the second part, has remised, released and quit-claimed, and by these presents doth remise, release and quit-claim unto the said party of the second part his heirs and assigns all its right, title and interest [illegible] in and to the following described property situated in the County of

therein expressed.

Given under my hand and seal of office, this Seventh day of February, A. D. 1910

Albert M. Sames

Notary Public in and for the County of Cochise
Territory of Arizona, residing at Douglas.
My commission expires January 30th 1912.

(Seal)

Filed and recorded at request of Albert M. Sames, Feb. 11, 1910 at 1 P. M.

By Geo. H. Wales C. A. McDonald

Deputy County Recorder.

DEED FOR RIGHT OF WAY.

This indenture made and entered into the 14th day of January, A. D. 1910, by and between J. V. Vickers and Anna C. Vickers, his wife, of the City of Los Angeles, State of California, the parties of the first part, and El Paso & Southwestern Railroad Company, a corporation organized and existing under the laws of the Territory of Arizona, the party of the second part.

WITNESSETH: That the said parties of the first part, for and in consideration of the sum of One Hundred Dollars ($100.00) lawful money of the United States, to them in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, have remised, released and forever quitclaimed and by these presents do remise, release and forever quit-claim unto the said party of the second part, its successors and assigns, the following strip of land, to-wit:

A strip of land two hundred feet in width, being one hundred feet in width upon each of the center line of the El Paso & Southwestern Railroad, owned and operated by the said party of the second part, as now constructed over, through, across and upon Section Seventeen (17), patented to said J. V. Vickers, and Section Sixteen (16), leased to said J. V. Vickers, both situated in Township Twenty-four South, Range Twenty-four East, Gila and Salt River Base and Meridian, in Cochise County, Arizona.

Said center line of Railroad entering said described land at Engineer Station 91 plus 69. a point on the west boundary line of said Section 17 distant north 979 feet from the Southwest corner of said section; thence running South 89 degrees 56 minutes East to Engineer Station 126 plus 53 point of 2 degrees curve; thence with said curve to the left to Engineers Station 137 plus 18, point of tangent; thence North 68 degrees 46 minutes East, crossing the East boundary line of said Section 17 at a point distant North 1471.3 feet from the Southeast corner of Section 17 and continuing the same course to Engineer Station 202 plus 03, a point on the east boundary line of Section 16, distant South 1752 plus 4 feet from the northeast corner of said Section 16.

The party of the Secton Part to make and maintain four good crossings when and where requested in writing by Party of the First Part.

All situate, lying and being in the County of Cochise, Territory of Arizona, as and for a right of way, for the construction, maintenance and operation of a line or lines of railroad, with such branch lines, spurs, sidetracks, wyes, telegraph and telephone poles and lines, station grounds, railroad yards, stock yards, buildings or other structures as may be necessary requisite or incident to the proper business of a railroad or common carrier.

TO HAVE AND TO HOLD the above described premises as and for such right of way and purposes, with all and singular, the rights and appurtenances thereto in any wise belonging unto the said El Paso & Southwestern Railroad Company, its successors and assigns forever.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands the day and year first above written.

J. V. Vickers

Anna C. Vickers

DEFENDANT'S EXHIBIT 9

PENGAD-Bayonne, N. J.

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES }

Before me, KATHERINE FOREMAN, a Notary Public in and for the County of Los Angeles, State of California, on this day personally appeared J. V. Vickers and Anna O. Vickers, his wife, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 4th day of February, 1910

My commission expires March 24th, 1913.

Katherine Foreman

(Seal) Notary Public.

Filed and recorded at request of Jas. V. Bergery Feb. 14, 1910 at 9 A. M.

By Geo.W.Yates C. A. McDonald

Deputy. County Recorder.

D E E D O F R E L E A S E O F T R U S T D E E D.

KNOW ALL MEN BY THESE PRESENTS, That PROVIDENT MUTUAL BUILDING-LOAN ASSOCIATION of Los Angeles, California, the cestui que trust in the Trust Deed hereinafter mentioned, party of the first part, in consideration of the payment of Five Hundred Dollars, to it being in full payment ~~in full~~ of the note secured by the Trust Deed hereinafter set out and all expenses and charges connected therewith by Sophia Harris and Sidney M. Harris, of Bisbee, Cochise County, Territory of Arizona, the parties of the second part, has remised, released and quit-claimed, and by these presents doth remise, release and quit-claim, unto the said parties of the second part their heirs and assigns all its right, title and interest of, in and to the following described property situated in the County of Cochise, Territory of Arizona, to-wit:

All of Lots Eleven (11) and Twelve (12) of the Brophy & Angius Addition to the Town of Bisbee as shown by the surveyed plat made thereof, said Addition being formerly known as the "Trivolet Homestead" and more particularly described as follows: Beginning at a point Fifty (50) feet Northwest of the corner where the Tombstone road turns Northwest opposite the "Pioneer Soda Works"; thence Northwest along the South side of said Tombstone Road Fifty (50) feet; thence Southwest Ninety-four (94) feet; thence Southeast Fifty (50) feet; thence Ninety-four feet to place of beginning.

TO HAVE AND TO HOLD the same with the appurtenances unto the said parties of the second part, their heirs and assigns forever.

This conveyance is for the purpose of certifying and making known that the debt secured by that certain Trust Deed dated May 11th, 1904, executed by the parties of the second part hereto to the Title Guarantee & Trust Company, in trust for the party of the first part hereto, which said Trust Deed was recorded in Book 3, Pages345-51 of Deeds of Trust of Cochise County, Territory of Arizona, on the 2nd day of June, 1904, has been fully paid, satisified and discharged, and the said Trust Deed is hereby fully released and cancelled.

IN TESTIMONY WHEREOF, the said party of the first part has by appropriate resolution caused this instrument to be executed by its President and Secretary, and its corporate seal to be attached hereunto this twentieth day of January, 1910

L. W. Blinn
President.

J. M. Hunter
Secretary.

(Corp. Seal)

and we do hereby bind ourselves our heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto the said Emil Marks his heirs and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

Witness our hands this 10th day of February A.D. 1905.

Jacob Pirrung, (Seal)

Elizabeth A. Pirrung, (Seal)

George Haninger, (Seal)

Territory of Arizona, (
County of Cochise. (ss.

Before me, M. E. Cassidy, a Notary Public in and for the County of Cochise, Territory of Arizona, on this day personally appeared Jacob Pirrung, Elizabeth A. Pirrung, his wife and George Haninger known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this 10th day of February A.D. 1905.

(Seal) M. E. Cassidy, Notary Public,

(My commission expires Aug. 14th 1905.)

Filed and recorded at request of Emil Marks, Apr. 3, 1905 at 9 A.M.

Frank Hare, County Recorder,

By H. G. Ross, Deputy.

The Aztec Land and Cattle Company, Limited, a corporation organized and existing under and by virtue of the laws of the State of New York, hereby grants and conveys unto the Arizona and Colorado Railroad Company, a corporation, in consideration of one (1) dollar in hand paid, the following described lands situated in Cochise County, Arizona; that is to say:

[illegible]

Deed Book 27
Page 495

DEFENDANT'S EXHIBIT 10

PENGAD-Bayonne, N.J.

Deed Book 27
Page 496

Two (2) three (3) and Four (4) of section Twenty-two (22); and Lots Three (3) and Four (4) of Section Twenty-three (23), all in Township Twenty-four (24) north, Range Twenty-four (24) East, Gila and Salt River Meridian, containing Eleven Hundred and ten (1110) acres, more or less.

Dated and signed on March 20th, 1903.

Aztec Land and Cattle Company, Limited.

By Wm. Singer, Jr., Its attorney in Fact.

State of California, (
(ss.
City and County of San Francisco. (

Before me, E. B. Ryan, a Notary Public in and for the City and County of San Francisco State of California, on this day personally appeared the Aztec Land and cattle Company, Limited, by Wm. Singer, Jr; its attorney in fact, who is known to me to be the person whose name is subscribed to the foregoing instrument; and he acknowledged to me that he executed the same as the act of the company, for the purpose and consideration therein expressed.

Given under my hand and seal of office this 31st day of March 1903.

(Seal) E. B. Ryan, Notary Public in and for the City and County of San Francisco, State of California.

My Commission expires on February 20th 1906.

Filed and recorded at request of E. A. McFarland, Apr. 5, 1905 at 9 A.M.

Frank Hare, County Recorder.

By H. S. Ross, Deputy.

KK
Selection No 6309

The United [illegible]

To all to whom these presents [illegible]

Whereas, The Aztec Land and Cattle Company, Limited being [illegible]

described as follows: The North half of the [illegible]

Township sixteen North of Range [illegible]

FEE # 070619603
OFFICIAL RECORDS
COCHISE COUNTY
DATE 06/12/07 HOUR 12
REQUEST OF
LONG TITLE AGENCY
CHRISTINE RHODES-RECORDER
FEE : 12.00 PAGES : 3

at the request of Title Security Agency of Cochise County
when recorded mail to
McCormack, Michael J,
3123 North Thistle Road
Sierra Vista, AZ 85636

03250349-KB
30468JL

Tax Code: 107-29-008

# WARRANTY DEED

For the consideration of Ten Dollars, and other valuable consideration, I or we,

Joe Lawrence Heinzl, A single man

do/does hereby convey to

McCormack, Michael J. and Catherine M. McCormack, Husband and Wife

the following real property situated in Cochise County, Arizona:

See attached legal

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions obligations and liabilities as may appear of record.

The Grantor warrants the title against all persons whomsoever.

DATED this June 4, 2007

Joe Lawrence Heinzl

State of Arizona }
County of Cochise } ss

This instrument was acknowledged before me this 6 day of June, 2007 by Joe Lawrence Heinzl

Notary Public

My commission expires: ____

OFFICIAL SEAL
SANDRA M. SASSER
Notary Public - State of Arizona
YAVAPAI COUNTY
My Comm. Expires Dec. 7, 2008

070619603

DEFENDANT'S EXHIBIT 11

PENGAD-Bayonne, N. J.

at the request of Title Security Agency of Cochise County

when recorded mail to

McCormack, Michael J.
6934 Emerald Springs Lane
Las Vegas, NV 89113

03250349-KB
304683JL

Tax Code: 107-29-008

# Joint Tenancy Acceptance

THAT CERTAIN DEED DATED June 4, 2007, Wherein

Joe Lawrence Heinzl, A single man

as Grantors, convey to

McCormack, Michael J. and Catherine M. McCormack, Husband and Wife

not as Tenants in Common and not as Community Property Estate, but as Joint Tenants with Right of Survivorship, the property legally described as:

is hereby accepted and approved by the undersigned grantees, therein, it being their intention to acquire said property as Joint Tenants with the Right of Survivorship, and not as Community Property and not as Tenants in Common and not as Community Property with Right of Survivorship.

Dated this June 4, 2007

McCormack, Michael J.

Catherine M. McCormack

STATE OF ~~ARIZONA~~ NV } ss
County of ~~Cochise~~ CLARK

G. MARTINEZ
Notary Public State of Nevada
No. 02-73419-1
My Appt. Exp. Nov. 29, 2010

This instrument was acknowledged before me this 7th day of JUNE, 2007 by McCormack, Michael J. and Catherine M. McCormack

Notary Public

My commission expires: 11-29-10

070619603

That portion of the South half of the Southwest quarter of Section 18, Township 21 South, Range 22 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, ,more particularly described as follows:

BEGINNING at a point on the North boundary of Lot 4 of said Section 18, which is South 89° 46' East, a distance of 720.00 feet from the West boundary of said Section 18;

Thence North 89° 46' East along the North boundary of the South half of the Southwest quarter of said Section 18, a distance of 1130.92 feet to a point on the Southwesterly boundary of the Southern Pacific Company right-0f-way;

Thence South 27° 05' East along the Southwesterly boundary of said Southern pacific Company right-of-way, a distance of 195.18 feet;

Thence South 89° 46' West a distance of 1217.55 feet;

Thence North 175.00 feet to the POINT OF BEGINNING;

EXCEPT a 20.00 foot strip of land as conveyed by instrument recorded in Book 83, Deeds of Real Estate, page 1 and modified by instrument recorded in Book 35, Miscellaneous Records, page 328.

070619603