216063

# United States Department of the Interior

TAKE PRIDE IN AMERICA

BUREAU OF LAND MANAGEMENT
Tucson Field Office
12661 East Broadway
Tucson, AZ 85748
www.az.blm.gov

In Reply Refer To:
6200

March 22, 2006

MAR 23 2006
RECEIVED

Honorable Vernon A. Williams
Surface Transportation Board
1925 K. Street, NW
Washington, DC 20423

Dear Secretary Williams,

This letter provides comment regarding on-going proceedings about the proposed abandonment of the San Pedro Railroad Operating Company, LLC, in Cochise County, Arizona, STB Docket No. AB-1081X, and the potential approval of an Offer of Financial Assistance made by an LLC known as Sonora-Arizona International.

The Bureau of Land Management (BLM) constitutes the majority landowner adjacent to the railroad in question. Over forty-five miles of the rail corridor passes through the San Pedro Riparian National Conservation Area (SPRNCA). This National Conservation Area was designated by act of Congress, and signed into law by President Reagan in 1988, to protect the riparian area and the unique aquatic, wildlife, archeological, paleontological, scientific, cultural, educational and recreational resources of this public land surrounding the San Pedro River in Cochise County, Arizona.

The SPRNCA possesses internationally significant resource values, for which the Bureau of Land Management has invested millions of dollars over the years to preserve, protect and enhance. A small list of the outstanding opportunities for scientific research, and public education, interpretation and visitation, include:

- 84 species of mammals have been documented in the Upper San Pedro Basin. This is only second in the world for mammal species diversity.
- 400 species of birds utilize the SPRNCA. Internationally recognized as one of the worlds most important migratory bird corridors and breeding areas, the SPRNCA is designated as "One of the Important Bird Areas of the United States" by the American Bird Conservancy. 100 of the 400 species of birds are resident species. The remaining species are migratory birds. Several of which are listed under the Threatened and Endangered Species Act.
- 41 species of amphibian and reptiles have been recorded in the SPRNCA.
- 2 of the historically known 13 native fish species (longfin dace and desert sucker) inhabit the SPRNCA.
- 21 different plant associations (Brown, Lowe and Pase classification) are found in the SPRNCA. Including a Fremont cottonwood and Goodding willow gallery, lush riparian under-story, mixed and sacaton grasslands, mesquite bosques, and rare cienega marshes.
- The San Pedro River is one of the only remaining un-dammed rivers in the United States. The river runs 140 miles south to north from Sonora Mexico

Office of Proceedings
Part of Public Record

Def. Exhibit B

to the Gila River. The SPRNCA contains approximately 45 miles of the river and has been designated as "One of the last great places in the world" by The Nature Conservancy.

- Two mammoth sites associated with Clovis Hunters dating back over 11,200 years ago are found in the SPRNCA. These world-class sites document some of the earliest known human occupancy in North America.
- Hundreds of recorded Native American prehistoric sites from 8,000 BP to 1 AD; and Mogollon, Hohokam, and Salado occupation sites from AD 1 to 1450; Sobaipuri occupation sites from 1450 to 1769, and Apache sites from 1600 to 1886.
- Spanish occupation sites from 1539 to 1820 such as the Spanish Presidio of Santa Cruz de Terrenate (1775 to 1780). Terrenate is the only federally managed Presidio that is in a natural setting.
- Mexican and American ranching occupation from 1821 to 1986 utilizing two large Spanish Land Grants. Significant sites such as the Boquillas Ranch Headquarters, the San Pedro House, and the Clanton Ranch have significant scientific and interpretative values.
- Processing of gold and silver ore sites from 1978 and 1890. Nine mills operated adjacent to the San Pedro River to support mining activities in such places as Tombstone, Arizona. These mills were all supplied and serviced by a rich legacy of railroad operations.

As documented in the Final - San Pedro Riparian Management Plan and Environmental Impact Statement, June 1989, the Bureau of Land Management has long indicated its desire to acquire or railbank the railroad corridor running through the SPRNCA, should the line be abandoned. Naturally, the BLM strongly supports recent filings of the San Pedro Operating Company, LLC (SPROC), to abandon the corridor, and the Trust for Public Land's filing of a Public Use Condition to review and negotiate the possible conversion of the San Pedro railroad from a rail corridor to a multiple-use, non-motorized public trail. SPROC's own abandonment documentation cites the lack of economic viability of the railroad, indeed the previous three owner-operator's came to the same conclusion as documented in SPROC's abandonment filing and environmental review.

The company went so far as to suggest the best and highest use of this old railroad line would be the conversion of the rail to a trail. In addition to this endorsement, on January 18th, 2006, the Cochise County Board of Supervisors submitted to the Bureau of Land Management, Resolution No. 06-09, requesting the Surface Transportation Board approve the abandonment requested by SPROC, in favor of Interim Trail Use and Railbanking, with potential development of a significant recreational resource. Of course, railbanking and trail development would not preclude future responsible railroad development.

While the Bureau of Land Management makes clear our desire to convert the San Pedro rail corridor to a 'Rail-Trail,' the BLM is well aware of, and supports the mission of the Surface Transportation Board, however, the subsequent Offer of Financial Assistance (OFA), and the proposed acquisition of the San Pedro railroad by Sonora-Arizona International, LLC, led by Mr. Charles M. Sotelo, several named venture capitalists, and several un-named individuals and financial sources, none of whom appear to be highly experienced railroad operators, represents a disturbing proposition at best.

In the OFA, we read that Sonora-Arizona International, has agreements with undefined Mexican business interests to transport rail freight north, across the International Border through the Naco Port of Entry, and on to Tucson, Arizona. In order to justify Sonora-Arizona International's proposed purchase and development of the railroad, in interviews with local media, Mr. Sotelo has stated that significant numbers of tanker trucks containing suphuric acid and other by-products and waste associated with Mexican copper mining are currently crossing the International Border and are traveling through local communities in Cochise County, putting these communities at great risk due to the possibility of collisions, and spills of these hazardous materials. However, documentation obtained by the BLM from the U.S. Customs Service, indicates over the last year there have been no such traffic through local Ports of Entry. United States Customs agents indicate that all such traffic is currently manifest through the Nogales, Arizona, Port of Entry.

As a result of the information from Sonora-Arizona International regarding their intention to develop the Naco, Arizona, Port of Entry, and the San Pedro railroad for the expressed purpose of transporting extremely hazardous materials for 45 miles along, and through the San Pedro Riparian National Conservation Area and the adjacent watershed, which serves many local landowners and communities, the Bureau of Land Management strongly supports the immediate denial of the OFA of Sonora-Arizona International.

Further, due to the international impacts of this proposal, the Surface Transportation Board should not be bound to decide in favor of Sonora-Arizona International, LLC, without placing the details of the OFA and their plan of operations under significant scrutiny. Prior detailed environmental review of their proposals should be conducted, participation of the Department of Homeland Security and the U.S. State Department should be engaged, and further input from affected individuals, entities and agencies should be sought as a prerequisite to, and condition of, awarding the acquisition of the San Pedro railroad to Sonora-Arizona International.

Thank you for this opportunity to comment on this issue.

Sincerely, and respectfully submitted,

For/ William Childress
Manager
San Pedro Riparian National Conservation Area

Enclosures

Cochise County, Board of Supervisors, Resolution No. 06-09
U.S. Customs Service, Naco, Arizona, Importations through the Port of Naco, AZ, CY2005