THE
TRUST
for
PUBLIC
LAND

Western Regional Office
116 New Montgomery St.
Third Floor
San Francisco, CA
94105
T 415 495 4014
F 415 495 0541
www.tpl.org

FILED
JAN 23 2007
SURFACE TRANSPORTATION BOARD

218502

RECEIVED
JAN 22 2007
MANAGEMENT
STB

ENTERED
Office of Proceedings
JAN 23 2007
Part of
Public Record

January 19, 2007

VIA FEDERAL EXPRESS

Mr. Vernon Williams
Secretary
Surface Transportation Board
1925 K Street, NW, Suite 750
Washington, DC 20423

Re: **REQUEST FOR EXTENSION** – Docket No. AB-1081X, San Pedro Railroad Operating Company, LLC – Abandonment in Cochise County, AZ.

Dear Mr. Secretary:

San Pedro Railroad Operating Company, LLC (SPROC) filed a notice of exemption under 49 CFR 1152 Subpart F – Exempt Abandonments, to abandonment approximately 76.2-mile railroad line in Cochise County, AZ, as follows (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, a distance of 5.6 miles; (2) the Douglas Branch (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, a distance of 9.2 miles, (b) between milepost 1055.8 near Charleston and milepost 1097.3 near Paul Spur, a distance of 41.5 miles, an (c) between milepost 1040.15 near Curtis and milepost 1055.8 near Charleston, a distance of 19.9 miles.

The Trust for Public Land (TPL) filed a request for a Notice of Interim Trail Use (NITU) and for a public use condition regarding the right of way by letter dated January 26, 2006, to permit TPL to negotiate an agreement with SPROC for purchase of its subject right of way for trail use. SPROC responded to TPL's request by letter filed on July 20, 2006, indicating that it was willing to negotiate for trail use with TPL.

On July 25, 2006, the Surface Transportation Board (STB) found that TPL's request complied with the requirements of 49 CFR 1152.29. The STB imposed a public use condition, and issued a NITU for a period of 180 days (i.e. until January 22, 2007) for the parties to negotiate an interim trial use/rail banking agreement.

TPL and SPROC are in the process of completing negotiations of an option for TPL's purchase of the portions of the subject right of way that is owned by SPROC in the Douglas Branch as follows: (a) between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, a distance of 19.9 miles and (b) between milepost 1055.8 near Charleston and (approximately) milepost 1074.3 at the intersection of the rail line with State Highway 92, a distance of approximately 18.5 miles, (collectively the "**Subject Right of Way**"). For clarification, this Subject Right of Way excludes portions of the railroad line under the original abandonment and NITU filing described as (1) the Bisbee Branch, between milepost 1085.0 at Bisbee Junction and milepost 1090.6 at Bisbee, a distance of 5.6 miles, and (2) portions of the subject Douglas Branch, specifically (a) between milepost 1097.3 near Paul Spur and milepost 1106.5 near Douglas, a distance of 9.2 miles and (b) between approximately milepost 1074.3 at the intersection with State Highway 92 and milepost 1097.3 near Paul Spur, a distance of approximately 23 miles. SPROC has indicated to TPL that it desires to terminate those portions of rail shown in the preceding sentence, and not have them subject to further NITU.

RECEIVED
JAN 23 2007
SURFACE TRANSPORTATION BOARD

Def. Exhibit D

Additional time is needed for the parties to negotiate an option agreement for the property in the Subject Right of Way.

Therefore, TPL respectfully requests a 30-day extension of the NITU on the 38.4-mile railroad line described as the Subject Right of Way. A map depicting the Subject Right of Way is included with this request.

Respectfully submitted,

THE TRUST FOR PUBLIC LAND

By: ____________________
Aaron Friedland
Regional Counsel

Encl.

Certificate of Service

I hereby certify that I have on this 19th day of January, 2007 caused a copy of the January 19, 2007 letter **REQUEST FOR EXTENSION** – Docket No. AB-1081X, San Pedro Railroad Operating Company, LLC – Abandonment in Cochise County, AZ to be served by express mail on the following parties:

John D. Heffner, Esq.
1920 N Street, N.W., Suite 800
Washington, D.C., 20036
Attorney for San Pedro Operating Company LLC

Rusty A. Brewer
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington DC, 20004

Mark P. Juszli
Chemical Lime Company
P.O. Box 985004
Fort Worth, Texas 76185

William Childress, Manager
San Pedro Riparian NCA
U.S. Department of the Interior
Bureau of Land Management
12661 East Broadway
Tucson, AZ 85748

Michelle T. Harrington
Rivers Program Director
Center for Biological Diversity
P.O. Box 39629
Phoenix, AZ 85069

Charles A. Spitulnik
Counsel for Sonora-Arizona International LLC
Kaplan Kirsh & Rockwell LLP
1050 Connecticut Avenue, NW
Tenth Floor
Washington DC, 20036

Aaron Friedland
Regional Counsel
The Trust for Public Land


SAN PEDRO & SOUTHWESTERN RAILROAD COMPANY
SYSTEM MAP
Notes:
Refer to accompanying explanation
System map not drawn to scale
NORTH
BENSON YARD 0
BENSON 5.1
CURTISS 8.8
CECIL WASH 10.0
Douglas Branch
(First segment,
Curtiss to Charleston)
FAIRBANK 19.1
CHARLESTON WEST 25.4
CHARLESTON EAST 25.9
LEWIS SPRINGS 30.0
HEREFORD 40.1
Douglas Branch
(Second segment,
Charleston to State Hwy 92)
ARIZONA
MEXICO
NEW MEXICO
DOUGLAS

# EXPLANATION OF SAN PEDRO & SOUTHWESTERN RAILROAD COMPANY SYSTEM MAP FOR REQUEST OF EXTENSION OF NOTICE OF INTERIM RAIL USE

The attached system map shows the rail right-of-way for which extension of Interim Trail Use has been requested in The Trust for Public Land's ("TPL") letter to the Surface Transportation Board dated January 19, 2007. The mileage figures on the system map show the rail carrier's mileage starting from the connection with main rail line at Benson.

**Description of Subject Rail Right of Way**

The "Subject Right of Way" referred to in TPL's letter dated January 19, 2007 to the Surface Transportation Board is a portion of the Douglas Branch. The first segment extends between milepost 1040.15 near Curtiss and milepost 1055.8 near Charleston, a distance of 19.9 miles. The second segment extends between milepost 1055.8 near Charleston and approximately milepost 1074.3 at the intersection of the rail line with State Highway 92, a distance of 18.5 miles.

**Correlation – Rail Carrier Mileage Distances (on attached System Map) to Official Mileposts as described in request**

Point near Curtiss: Near Rail Carrier 6.5 = Milepost 1040.15
Charleston: Rail Carrier 25.9 = Milepost 1055.8
State Highway 92: Rail Carrier 44.4 = Milepost 1074.3