**JOHN D. HEFFNER, PLLC**
1920 N STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 263-4180
FAX (202) 296-3939
j.heffner@verizon.net

RECEIVED
JAN 29 2007
MANAGEMENT
STB

218524

BY FAX AND US MAIL

January 29, 2007

Honorable Vernon A. Williams
Surface Transportation Board
1925 K Street, N.W.
Washington, D.C. 20423-0001

RE: STB Docket No. AB-1081X, San Pedro Railroad Operating Company, LLC—Abandonment Exemption-In Cochise County, AZ,

Dear Mr. Williams:

On behalf of San Pedro Railroad Operating Company (SPROC), I am writing to advise that my client has consummated the above-captioned abandonment between (1) milepost 1084.0 and milepost 1097.3 at Paul Spur, (2) milepost 1097.3 at Paul Spur and milepost 1106.5 near Douglas, and (3) milepost 1085.0 at Bisbee Jct., and milepost 1090.6 at Bisbee, all in the State of Arizona.

Please date stamp and return one copy of this letter.

Sincerely yours,

John D. Heffner

Cc: Mark Lerner, Esq.
All Parties
Mr. David Parkinson
Mr. John Dugan

ENTERED
Office of Proceedings
JAN 29 2007
Part of
Public Record

Def. Exhibit F

01/25/2007 18:52 2022963939 PAGE 02/02