# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-271 L |
| v. | ) | |
| | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO THE GOVERNMENT'S MOTION TO STAY CLAIMS RELATED TO EASEMENTS ACQUIRED PURSUANT TO THE 1875 ACT

COME NOW Plaintiffs and for their Unopposed Motion for Extension of Time to File their Response to Defendant's Motion to Stay Claims Related to Easements Acquired Pursuant to the 1875 Act hereby state as follows:

1. The government filed its Motion to Stay in conjunction with its Cross-Motion for Summary Judgment on May 15, 2008. (Docket Nos. 54 and 56). Both of the government's Motions cross-reference one another.

2. Plaintiffs' Response to the government's Motion to Stay is currently due on June 2, 2008 and its Response to the government's Cross-Motion for Summary Judgment is currently due on June 30, 2008.

3. Plaintiffs desire to expedite resolution of this matter and are accordingly in the process of finalizing their Response to the government's Cross-Motion and intend to file their Response on or before June 9, 2008, well before the June 30, 2008 deadline.

4. In efforts to expedite this litigation and promote judicial efficiency, Plaintiffs wish to file their Response to the government's Motion to Stay and Cross-Motion for Summary Judgment at the same time, on before June 9, 2008.

5. Plaintiffs therefore seek an extension of seven (7) days to respond to the government's Motion to Stay on or before June 9, 2008.

6. The granting of this extension of time for Plaintiffs to file their Response to the government's Motion to Stay will not delay resolution of this case but will actually allow for a quicker more efficient resolution.

7. Plaintiffs' counsel has consulted counsel for the government and the government does not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request this Court to grant an extension of time of seven (7) days to respond to the government's Motion to Stay Claims Related to Easements Acquired Pursuant to the 1875 Act, making such Response due on or before June 8, 2008.

| | |
|---|---|
| Date: June 2, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |