# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, * No. 07-271L
*
v. * Filed: June 2, 2008
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

Plaintiffs' unopposed motion for extension of time to file their response to government's motion to stay claims is GRANTED. Plaintiffs will file their response no later than June 9.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge