# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | No. 07-271 L |
| v. | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN RESPONSE TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiffs and for their Statement of Uncontroverted Facts in Response to the Government's Cross-Motion for Summary Judgment and pursuant to RCFC 56(h)(1)(2), hereby state as follows:

1. The government and/or their agents have physically occupied the Plaintiffs' land since the federal Surface Transportation Board issued a Notice of Interim Trail Use on July 25, 2006. *See* affidavits of John Ladd, John Gay, and Charlie Miller, a copy of each is attached respectively as Exhibits 1,[1] 2, and, 3. *See also* letter from John Ladd to the U.S. Border Patrol, a copy of which is attached as Exhibit 4.

| | |
|---|---|
| Date: June 9, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500 |

[1] Plaintiffs have attached a faxed copy of the affidavit of John Ladd. Once Plaintiffs' counsel receives the original affidavit, counsel will update these Proposed Findings with a clearer, more legible copy.

| | |
|---|---|
| | (314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br>ATTORNEYS FOR PLAINTIFFS |