# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | No. 07-271 L |
| v. | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

COME NOW Plaintiffs, having filed their Response to the Government's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Stay Claims Related to Easements Acquired Pursuant to the 1875 Act, hereby request a status conference before this Court at the Court's earliest convenience.

| | |
|---|---|
| Date: June 10, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br>ATTORNEYS FOR PLAINTIFFS |



STLDOCS 218485v1