**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | No. 07-271 L |
| | ) | |
| | ) | Honorable Robert H. Hodges, Jr. |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME**

The United States, pursuant to RCFC 6(b), requests enlargements of time in which to file its reply in support of its motion to stay and its reply in support of its motion for summary judgment. Specifically, the United States requests an enlargement of time of four days to file its reply in support of its motion to stay (currently due June 23, 2008) and an enlargement of time of seven days to file its reply in support of its motion for summary judgment (currently due June 26, 2008).

The United States requests these enlargements of time because counsel for the United States have several other near-term court filings in other cases.

Accordingly, the United States respectfully requests that the Court grant it (1) a four-day enlargement of time, until June 27, 2008, to file its reply in support of its motion to stay, and (2) a seven-day enlargement of time, until July 3, 2008, to file its reply in support of its motion for summary judgment. The United States has not previously sought extensions of time to file either reply. The extensions will not impact the parties' abilities to meet future deadlines in this case.

Counsel for the United States contacted Plaintiffs' counsel regarding this request. Plaintiffs' counsel does not oppose the granting of this motion.

June 19, 2008

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
JAMES D. GETTE
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024