# In the United States Court of Federal Claims

* * * * * *

JACK LADD and MARIE LADD, et al., *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

No. 07-271L

Filed: June 20, 2008

**ORDER**

Defendant's unopposed motion for extension of time to file its reply in support of the motion to stay and motion for partial summary judgment is GRANTED. Defendant will file its reply to the motion to stay no later than June 27. Defendant will file its reply in support of the motion for partial summary judgment no later than July 3.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge