59TH CONGRESS, 1st Session. } HOUSE OF REPRESENTATIVES. { REPORT No. 4777.

# RAILROAD RIGHTS OF WAY THROUGH PUBLIC LANDS.

JUNE 5, 1906.—Committed to the Committee of the Whole House on the state of the Union and ordered to be printed.

Mr. FRENCH, from the Committee on the Public Lands, submitted the following

## REPORT.

[To accompany S. 3743.]

The Committee on Public Lands, to whom was referred the bill (S. 3743) to amend an act entitled "An act granting to railroads the right of way through the public lands of the United States," approved March 3, 1875, having had the same under consideration, report it back and recommend the passage thereof.

The act of March 3, 1875 (18 Stat. L., 482), grants railroads the right of way through the public lands, and thereunder large mileage has been constructed throughout the western public-land States and Territories, including Arizona and portions of Oklahoma. The act contains the provisions that it—

shall not apply to any lands within the limits of any military park or Indian reservation, or other lands specially reserved from sale, unless such right of way shall be provided for by treaty stipulation or by act of Congress heretofore passed.

By acts of Congress of May 4, 1894 (28 Stat. L., 71, Oklahoma), and April 7, 1896 (29 Stat. L., 90, Arizona), the school sections (16 and 36) in each township in those Territories were so "specially reserved from sale" for the purpose of future grant of the same to the prospective new States, and the Territories were permitted to lease them. In building railroads under the act of March 3, 1875, many of these reserved school sections have been crossed by the roads. Wherever any possession or improvement of an individual settler or occupant thereon has been found the act required the rights of such parties to be compensated for, either by condemnation suit or amicable adjustment and payment. But the lands being so "specially reserved from sale" under the ordinary public-land laws, it may happen that when the new States are created and the fee to these school sections passes to such new States under the grants provided in the enabling act, the railroads will be required to purchase such right of way from the States. The object of this bill is to remove the doubt.

Case 1:07-cv-00271-RHH Document 68-2 Filed 06/27/2008 Page 2 of 2



The right as originally conferred and as proposed to be protected by this bill simply grants an easement or use for railroad purposes. Under the present law wherever the railroad passes through a tract of public land the entire tract is patented to the settler or entryman, subject only to this easement. The present bill does not in any way enlarge the nature of the right conferred.

O