59TH CONGRESS, 1st Session. | SENATE. | REPORT No. 1417.

# RAILROAD RIGHTS OF WAY THROUGH PUBLIC LANDS.

MARCH 1, 1906.—Ordered to be printed.

Mr. FLINT, from the Committee on Public Lands, submitted the following

## REPORT.

[To accompany S. 3743.]

The Committee on Public Lands, to whom was referred the bill (S. 3743) to amend an act entitled "An act granting to railroads the right of way through the public lands of the United States," approved March 3, 1875, having had the same under consideration report it back, with an amendment in the nature of a substitute and as so amended recommend the passage thereof.

The act of March 3, 1875 (18 Stat. L., 482), grants railroads the right of way through the public lands, and thereunder large mileage has been constructed throughout the western public land States and Territories, including New Mexico, Arizona, and portions of Oklahoma. The act contains the provision that it—

shall not apply to any lands within the limits of any military park or Indian reservation, or other lands specially reserved from sale, unless such right of way shall be provided for by treaty stipulation or by act of Congress heretofore passed.

By acts of Congress of May 4, 1894 (28 Stat. L., 71, Oklahoma), and April 7, 1896 (29 Stat. L., 90, Arizona), the school sections (16 and 36) in each township in those Territories were so "specially reserved from sale" for the purpose of future grant of the same to the prospective new States, and the Territories were permitted to lease them. In building railroads under the act of March 3, 1875, many of these reserved school sections have been crossed by the roads. Wherever any possession or improvement of an individual settler or occupant thereon has been found the act requires the rights of such parties to be compensated for, either by condemnation suit or amicable adjustment and payment. But the lands being so "specially reserved from sale" under the ordinary public-land laws it may happen that when the new States are created and the fee to those school sections passes to such new States under the grants provided in the enabling act, the railroads will be required to purchase such right of way from the States. This would be unfair.

The construction of the railroads has peopled these Territories and been the largest factor in advancing them to statehood. Congress intended to give this aid by the act of March 3, 1875, because at that time the policy of reserving school sections in the Territories from sale in order to grant them to the future States had not been heard of, and was not initiated until many years thereafter. Such railroad construction has advanced the value of the school sections, and to compel the railroads to purchase from the future State receiving the grant of the fee many years after the railroads have been built, would be to inflict hardship upon the railroads and in many instances (where the company has paid the occupant) to practically require double payment.

In respect of New Mexico, however, the school lands were granted that Territory by act of June 21, 1898 (30 Stats., 484), and no present legislation of this character affecting that Territory would seem to be proper.

The bill as presented also provides for protection of existing railroad right of way through lands excluded from private land claims and thus restored to the public domain after such railroad construction. It is quite plain, however, that under the act of March 3, 1875, the right of way attaches to such lands, and hence this provision is unnecessary.

It is obvious, however, that where railroads have been constructed and are now in operation under this general right of way act or by special acts of Congress, or under authority of the Territorial laws, such easements, to the extent only now used, should be protected. To accomplish this purpose the committee recommend that the bill be amended by striking out all after the enacting clause and inserting in lieu thereof the following:

Where, under the act of Congress approved March 3, 1875, entitled "An act granting to railroads the right of way through the public lands of the United States," or under special acts of Congress, or under the laws of the Territories of Oklahoma and Arizona, railroads have been constructed and are now in operation in Oklahoma or Arizona, which may pass through any of the lands heretofore reserved for said Territories, such lands shall be disposed of subject to such railroad right or easement, but only to the extent of the right of way conferred by the said act of March 3, 1875, for such railroad purposes.

And that the title be also amended so as to read:

A bill to confirm the right of way of railroads now constructed and in operation in the Territories of Oklahoma and Arizona.

O