# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, * No. 07-271L
*
v.
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

The Rails-to-Trails Conservancy seeks leave to participate in oral argument as *amicus curiae* in opposition to Plaintiffs' Motion for Summary Judgment. The motion is GRANTED.

SO ORDERED.

s/

Robert H. Hodges, Jr.
Judge