**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-271 L |
| | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' OPPOSITION TO RAILS-TO-TRAILS CONSERVANCY MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

COME NOW Plaintiffs and for their Opposition to the Motion for Leave to Participate in Oral Argument filed by the Rails-to-Trails Conservancy ("RTC"), hereby state as follows:

Plaintiffs believe that participation by *amicus curiae* RTC in the oral argument on the issue of the government's liability would not benefit the resolution of this case. Further, RTC's participation would necessitate additional expense and delay to the parties without any benefit to the Court.

Plaintiffs previously consented to RTC's participation in this matter as an *amicus curiae* provided it did not delay resolution or require additional expenses for the parties. RTC accordingly filed a brief on May 15, 2008 (Docket No. 53) and this Court is now fully informed of RTC's position. As noted in Plaintiffs' response to RTC's brief (Docket No. 61), RTC's position is substantively identical to that taken by the U.S. Department of Justice.

The Justice Department is very capably represented by Ms. Dougan and Mr. Gette who Plaintiffs are confident will effectively give voice to the identical legal arguments

made by the Justice Department and the RTC. Allowing the *amicus* RTC to participate in oral argument with essentially a "me too" position would not provide any benefit to the Court and would require Plaintiffs' counsel to respond to two different counsel making the same point. Plaintiffs would undoubtedly be prejudiced by any participation by RTC in oral argument.

Accordingly, Plaintiffs respectfully request that this Court deny the request of the RTC to participate in oral argument.

| | |
|---|---|
| Date: June 30, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br>ATTORNEYS FOR PLAINTIFFS |