**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | No. 07-271 L |
| v. | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**REPLY IN SUPPORT OF MOTION OF RAILS-TO-TRAILS CONSERVANCY FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Rails-to-Trails Conservancy ("RTC") seeks to participate in oral argument on the basis that its expertise in the areas of law at issue in this case will provide a valuable resource to assist this Court in resolving the important issues of first impression presented by this case. RTC does not seek leave to participate in oral argument merely to duplicate the government's argument.

This case concerns the Federal Railbanking Law. As the Supreme Court has explained, the Railbanking Law is "the culmination of congressional efforts to preserve shrinking rail trackage <u>by converting unused rights-of-way to recreational trails</u>" in order to further "the national policy to preserve established railroad rights-of-way for future reactivation of rail service, to protect rail transportation corridors, and to encourage energy efficient transportation use." *Preseault v. Interstate Commerce Comm'n*, 494 U.S. 1, 5-6, 7 (1990)(emphasis added).

RTC's position is not duplicative of the government's. RTC's reason for existence is to convert unused rights-of-way to recreational trails – i.e., to further the purpose of the Railbanking Law. On the other hand, here the government represents the Surface Transportation Board, an agency with no interest in the actual rails-to-trails conversions under the Railbanking

Law. RTC's particular expertise and expertise with respect to the Railbanking Law will serve as a valuable resource for this Court during oral argument to advocate a position not otherwise represented here – the purpose of the Railbanking Law and the potential impacts of this Court's ruling on furthering that purpose. Indeed, that was the purpose of RTC requesting to participate as an *amicus* in this action. In short, RTC does not expect nor intend to duplicate the government's argument. If RTC has nothing to add once the government argues its position, RTC will so state.

Allowing RTC to participate in oral argument will not cause any additional expense or delay with respect to this case. All briefing in this matter is now complete. RTC does not require any special accommodations for oral argument, but rather will attend the already-scheduled argument on July 10, 2008, or whenever the Court might otherwise schedule the hearing.

For the foregoing reasons, as well as those set out more fully in the Motion for Leave to Participate in Oral Argument, RTC respectfully requests that this Court grant it leave to participate in oral argument as *amicus curiae* in opposition to Plaintiffs' Motion for Summary Judgment and in support of the United States' Cross-Motion for Summary Judgment.

Dated: July 1, 2008

Respectfully submitted,

RAILS-TO-TRAILS CONSERVANCY

By: /s/ Andrea C. Ferster

Andrea C. Ferster
aferster@railstotrails.org
Rails-To-Trails Conservancy
2121 Ward Ct., NW, 5th Floor
Washington, DC 20037
Telephone: 202.331.9696
Facsimile: 202.223.9257

OF COUNSEL:
MORRISON & FOERSTER LLP
Mark C. Zebrowski
Greg Reilly
greilly@mofo.com
Ramin Tohidi
Sarah E. Simmons
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Ketanji B. Jackson
ketanjijackson@mofo.com
2000 Pennsylvania Ave. NW
Suite 5500
Washington, DC 20006
Telephone: 858.887.1500
Facsimile: 858.887.0763

Attorneys for Amicus Curiae RAILS-TO-TRAILS CONSERVANCY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2008, a true and correct copy of the foregoing was filed with this Court's electronic filing system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing unable as indicated on the Notice of Electronic Filing

/s/ Andrea C. Ferster
Andrea C. Ferster