**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-271 L |
| | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSES TO PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN RESPONSE TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant responds to Plaintiffs' Proposed Findings of Uncontroverted Facts In Response to Government's Cross-Motion for Summary Judgment, Docket No. 64, as follows:

Plaintiffs' Proposed Fact 1: The government and/or their agents have physically occupied the Plaintiffs' land since the federal Surface Transportation Board issued a Notice of Interim Trail Use on July 25, 2006. *See* affidavits of John Ladd, John Gay, and Charlie Miller, a copy of eached is attached respectively as Exhibits 1, 2, and, 3. *See also* letter from John Ladd to the U.S. Border Patrol, a copy of which is attached as Exhibit 4.

Defendant's Response to Proposed Fact 1: Defendant disputes this proposed finding. Defendant agrees that the Surface Transportation Board issued a Notice of Interim Trail Use ("NITU") on July 25, 2006, which became effective on July 26, 2006. Defendant disagrees with all of the remaining allegations set forth in the proposed finding. Defendant disagrees that the government and/or its agents have physically occupied the Plaintiffs' land. Defendant also

disagrees with the proposed finding to the extent that it suggests that Plaintiffs own the railroad corridor described in the NITU. Plaintiffs do not have any property interest in the railroad corridor. Finally, Defendant disagrees with the proposed finding to the extent that it suggests that the NITU authorized any new physical occupation of the instant railroad corridor.

July 3, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
JAMES D. GETTE
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024