# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, — No. 07-271L
* — Filed: July 8, 2008
v.
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

The Rails-to-Trails Conservancy seeks leave to participate *amicus curiae* in oral arguments to be held on July 10. The motion is GRANTED.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge