**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACK LADD and MARIE LADD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 07-271 L |
| | ) Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD**

On July 10, 2008, this Court held oral argument on the parties' cross-motions for summary judgment. Among the issues raised during the hearing was whether the July 26, 2006 Notice of Interim Trail Use ("NITU") issued by the Surface Transportation Board ("STB") is still in effect.[1/] Because the attached letter by the STB Director speaks directly to that issue, Defendant respectfully seeks leave to supplement the record with the letter.

August 6, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rachel A. Dougan
RACHEL A. DOUGAN
JAMES D. GETTE
Trial Attorneys

[1/] The existing record already demonstrates that the July 26, 2006 NITU is no longer in effect. See Docket 56 Ex. A at 3 (NITU authorizing 180-day negotiation period ending January 22, 2007) & Ex. E at 3 (Decision extending NITU negotiating period until February 21, 2007 for a portion of the line). However, because the status of the NITU was raised during oral argument, Defendant believes that the attached letter addressing the issue, may be helpful to the Court.

Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Rachel.Dougan@usdoj.gov

Of Counsel:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024