## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACK LADD and MARIE LADD, et al., | ) | |
| Plaintiffs, | ) | No. 07-271 L |
| v. | ) | Honorable Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD

COME NOW Plaintiffs and respond to Defendant's Motion to Supplement the Record filed on August 6, 2008 (Document 75). In support of their motion, Plaintiffs state as follows:

1. Defendant's Motion to Supplement the Record contains a letter from their "client", the Surface Transportation Board ("STB"), to its attorney, Rachel Dougan, at the Department of Justice.

2. This letter from David M. Konschnik, Director, at the STB states that "I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2008."

3. The Defendant did not seek consent of Plaintiffs, did not notify Plaintiffs, nor seek leave of Court, to file this "letter" which contains language indicating it is meant as an affidavit.

4. The government submits this "letter" to add to the record in this case after all the parties pleadings have been filed, after cross-motions for summary judgment have been fully briefed, and after this Court has already held oral argument

5. This "letter" contains no facts that were unavailable to Defendant at the time the parties briefed these issues on summary judgment or at the time of the hearing on July 10, 2008.

6. Therefore, this "letter" is an improper supplement to the record, as the STB is a party to this case, and the letter does not present any new facts that were not available to the government at the time of filing their Cross-Motion for Summary Judgment and Reply.

7. In response to the issues raised by the Defendant's Motion to Supplement the Record, the Plaintiffs attach and incorporate hereto their Memorandum in Response to the Defendant's Motion to Supplement the Record.

WHEREFORE the government having moved this Court to supplement the record with a letter from their client, Plaintiffs ask this Court consider the Plaintiffs' Response to the government's "Supplement" of the Record.

| | |
|---|---|
| Date: August 6, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br>ATTORNEYS FOR PLAINTIFFS |