# In the United States Court of Federal Claims

* * * * * *

JACK LADD and *
MARIE LADD, et al.,
*
Plaintiffs, No. 07-271L
* Filed: August 14, 2008
v.
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

Plaintiffs object to defendant's motion to supplement the administrative record on the grounds that the letter from Mr. Konschnik dated July 30, 2008 is irrelevant. We agree with plaintiffs that the letter has no particular significance to the legal issues as we now perceive them, and may be cumulative of other material that is properly a part of the record.

We grant defendant's motion to supplement the administrative record. Plaintiffs are welcome to submit affidavits that address the same or similar points. For counsel's information, we are considering the possibility of scheduling another hearing to discuss very limited legal issues. We may resolve these by written submissions, but in either event will advise the parties by order in advance.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge